(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Frank Brett

_____

(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION NO. 06-410

ndre Woodlett Scot Gelnett - (American Family Mortgage)
Sovereign Bank - Scot Gelnett's brother in Law / Loan Department - (Vice President)
Dennis Muir -

(Name of Defendant or Defendants)

COMPLAINT

15 USC - 1639 -
15 USC - 1681

15 USC - 1601-1613
12 USC - 2601
12 CFR - 226.9 -

1. This action is brought pursuant to _____
   (Federal statute on which action is based)

   for discrimination related to _____ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   U.S. vs Zimmerman N.D.W.VA, 1997 - 957-F.Supp. 94
   (Federal statute on which jurisdiction is based)   5 DCA - 2114

2. Plaintiff resides at 6551 SE. Federal Highway - Apt. 7
   (Street Address)
   Stuart     Martin       Florida      34997
   (City)     (County)     (State)      (Zip Code)
   (954) 802-0448
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at   SE Attachment A.
   (Street Address)

   _____
   (City)  (County)  (State)  (Zip Code)

4. The alleged discriminatory acts occurred on  7th , January , 05  - 1st time
                                              (Day)  (Month)  (Year)
                                              27th   January   05   - 2nd time

5. The alleged discriminatory practice  ☒ is   ☐ is not  continuing.

6. Plaintiff(s) filed charges with the ___*None*___
(Agency)

_____
(Street Address)    (City)    (County)    (State)  (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☐    No ☐

If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)
*SEE Attachment B*

_____
_____
_____
_____
_____
_____
_____

10. Defendant's conduct is discriminatory with respect to the following:

   A. ☐    Plaintiff's race
   B. ☐    Plaintiff's color
   C. ☐    Plaintiff's sex
   D. ☐    Plaintiff's religion
   E. ☐    Plaintiff's national origin

11.   Plaintiff prays for the following relief:   (Indicate the exact relief requested)

I would Like to sue for $ 25,800.00

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/28/06

_____
(Signature of Plaintiff)

[Attachment A]

Scot Gelnett – American Family Mortgage Corp.
Andre Woodley – American Family Mortgage Corp.
2115 Concord Pike – Suite 201
Wilmington Delaware, 19083

Sovereign Bank – Scot Gelnett's (Brother in Law)
P.O. Box 12649 – Reading PA, 19612

Dennis Muir – 2 West Baltimore Avenue, Suite 320
Media Pa. 19063

Scot Gelnett made false and misleading statements to me a times.

He led me to believe I could get a loan with no points and No prepayment penalties. When I 1st met him I had great credit a 780 score A plus credit. I did not want to pay any points. He kept changing the Loan to get more money for him and his brother in Law (Sovereign bank.) by raising the pts.

#2. He did not tell me about his brother in Law at Sovereign Bank until after I had Done the 1st Lock in Rate on 1/7/05. He kept pushing for Sovereign Bank.

#3 This was a Bait + switch scheme by Scot Gelnet. Violates Truth in Lending + Lock in Rate changed. To profit Scot Gelnett

| | |
|---|---|
| Sot Gelnett + Andre Woodley<br>American Family Mortgage Corp.<br>2115 Concord Pike - Suite 201<br>Wilmington Delaware 19803 | Sovereign Bank    Pg. 2<br>PO Box - 12649<br>Reading PA, 19612 |

## ATTACHMENT B

On 1/6/05 I spoke with Scot Gelnett (American Family Mortgage Corp.) He stated he could get me a 3/1/year Arm at 5.375% with no points. I said great, that I didn't want to pay any points. I didn't want any Prepayment penalty either, with No Income Verification too. I said great, I'd run this by my attorney Dennis Muir, I called Dennis Muir on 1/6/05 he said it sounds good and he would get everything from Scot Gelnett. On 1/7/05 Scot Gelnett met with me at my home. We signed all the papers, but now the rate had changed to 6.25% on a 300,000. 30 year, 3/1 Arm with Opts. Scot said the rates changed overnight. He had his cell phone on right next to the paperwork. I called Dennis Muir, I asked him if interest rate had increased almost 1 point overnight. Dennis said yes, that's the way it is sometimes. Dennis said everything looked good with the Truth in Lending and with the Lock in Rate Letter on 1/7/05. On 1/20/05 Scot Gelnett called me and said Sovereign Bank and his brother in Law (Vice President in Charge of Loans) changed the rates to 5 3/4 with 3/4 points. This meant this was going to cost me $ 2,200.00 more at settlement. I was not happy. Cheryl Brett told me she spoke with Joni and she talked to Scot Gelnett on 1/20/05. On Monday 1/24/05, Kristine Calalang, spoke with Scot Gelnett about taking the

home off the MLS. (Multiple Listing Service) without my permission. On Wendsday 1/26/05 Scot Gelnett called me and told me he changed the rate and added 3pts. I was very upset. I called Dennis Muir and told him that Scot Gelnett had done. He said he would call him. On 1/27/05 On 1/27/05 I met with Scot Gelnett he had changed the Interest rate from (Sovereign Bank) and had changed the pts to plus 2 pts again. I was not happy. Scot Gelnett said his friend Andre Woodley could answer any questions if I could not reach Scot. He had his cell phone on again. I called Dennis Muir and asked him if this tactic was called bait + switch. He said no. I asked Dennis Muir Why Kristin Calalang is talking to my mortgage person. I told Dennis Muir that it was his job to talk to my Mortgage person. That is why I was paying him. I told Dennis Muir that Kristine Calalang told Scot Gelnett I was occasionally going to a strip bar. Dennis Muir said it does not matter. Dennis said I could go to whorehouses u any strip bar. it does not matter. Dennis said he would make sure everything was Ok. Dennis Muir did not. This cost me $6,600.00 plus $2,000.00 for Real Estate Attorney. I also told Dennis Muir that Scot Gelnett had his cell phone on during our conversations. I asked Dennis Muir if this was a violation of my 1st Amendment Rights. He said No. He was mad and he called me a Dude.

06-410

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Frank Brett
6551 SE Federal Highway
Apt. 7 Stuart FL. 34997

(b) County of Residence of First Listed Plaintiff: Martin - FL.
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Scot Gelnett + Andre Woodley
Sovereign Bank - (Scot Gelnett Brother In Law
Dennis Mush -

County of Residence of First Listed Defendant: Newcastle - Delaware
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | [X] 430 Banks and Banking |
| 140 Negotiable Instrument | 365 Personal Injury - Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 330 Federal Employers' Liability | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 340 Marine / PERSONAL PROPERTY | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 345 Marine Product Liability / 370 Other Fraud | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 350 Motor Vehicle / 371 Truth in Lending | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | 360 Other Personal Injury / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights / 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
12 CFR 226.9 + 15 USC 1639

Brief description of cause: Bait + Switch - Truth in Leading

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE: 6/28/06
SIGNATURE OF ATTORNEY OF RECORD: Frank Brett

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 6 - 4 1 0__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___4___ COPIES OF AO FORM 85.

___6/28/06___  ___[signature]___
(Date forms issued)  (Signature of Party or their Representative)

___Frank Brett___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# 06-410

CASE CAPTION: Frank Brett v. Andre Woodley, et al

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: 6/28/06        Signed: Frank Brett
                                                   Pro Se Plaintiff

Date Received by Clerk's office: 6/28/06   Signed: [signature]
                                                   Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04