FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 SEP 22  PM 4: 19

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Frank Brett

---

(Name of Plaintiff or Plaintiffs)

v.                                    CIVIL ACTION NO. 06-410-GMS

Andre Woodley, Scot Gelpett -(American Family Mortgage) Sovereign Bank -
Scot Gelnett's brother in Law! Loan Department-(Vice President) Dennis Muir, Kristine Calalang,
(Name of Defendant or Defendants)  Joni Berner, Cheryl Brett!

Amended **COMPLAINT**

USC
Title 47- Section 222, 223
214, 225, 332
USC 47-605

15 USC - 1639
15 USC - 1681
15 USC - 1601-1613
12 - USC - 2601
12 - CFR - 226.9

1.  This action is brought pursuant to _____
                                    (Federal statute on which action is based)

for discrimination related to _____ jurisdiction exists by virtue of
                              (In what area did discrimination occur? e.g. race, sex, religion)

U.S. vs Zimmerman N.D.W.V.A, 1997-957-F.Supp,94) SDCA - 2114

---

(Federal statute on which jurisdiction is based)

2.  Plaintiff resides at 120 Valencia Rd,
                         (Street Address)

Rochledge        Brevard        Florida        32955
(City)           (County)       (State)        (Zip Code)

---

(Area Code)  (Phone Number)

3.  Defendant resides at, or its business is located at SEE Attachment A,
                                                        (Street Address)

---

(City)           (County)       (State)        (Zip Code)

4.  The alleged discriminatory acts occurred on 6th, 7th, 13th, 20th, January 05 1st Time
                                                (Day)    January    05  2nd Time
                                                January       (Month)  (Year)  3rd Time
                                                January                4th Time

5.  The alleged discriminatory practice  ☒ is  ☐ is not continuing.

Scanned- _____  1 7

6.     Plaintiff(s) filed charges with the ___*None*_____

(Agency)

_____

     (Street Address)     (City)        (County)      (State)  (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____

(Date)

7.     Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.     Was an appeal taken from the agency's decision?     Yes  ☐        No ☐

       If yes, to whom was the appeal taken?_____

9.     The discriminatory acts alleged in this suit concern:  (Describe facts on additional sheets if necessary)

___*SEE Attachment B.*_____

_____

_____

_____

_____

_____

_____

10.               Defendant's conduct is discriminatory with respect to the following:

               A.     ☐        Plaintiff's race

               B.     ☐        Plaintiff's color

               C.     ☐        Plaintiff's sex

               D.     ☐        Plaintiff's religion

               E.     ☐        Plaintiff's national origin

11.    Plaintiff prays for the following relief:    (Indicate the exact relief requested)

I would Like to sue For # 415,800.00

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _9/22/06_

_Fred Brett_
(Signature of Plaintiff)

Attachments #3.  P

Scot Gelnett made false and misleading
statements to me 2 times.

He led me to believe I could get a loan
with no points and No prepayment penalties.
When I 1st met him I had great credit a 780 score
A plus credit. I did not want to pay any points.
He kept changing the Loan to get more
money for him and his brother in Law (Sovereign - (V President)
bank,) by raising the pts.

#2. He did not tell me about his brother in
Law at Sovereign Bank Until I had Done the 1st Lock
in Rate on 1/7/05. He kept pushing for Sovereign
Bank.

#3 This was a Bait + switch scheme by
Scot Gelnet. Violates Truth in Lending + Lock in
Rate changed. To profit Scot Gelnett + (Sovereign Bank
employee.)

#4. Scot Gelnett, Andre Woodler, Sovereign Bank,
Cheryl Brett, Kristine Calalang, Joni Berner, ~~Cheryl Brett~~
Dennis Muir all Violated My rights to Privacy.
(Title 47 USC 605). None of these people did I say they
could record my conversations. That They all divulged
information by recording me to cost me money for their
own personal gain. That I was deceived by Dennis Muir
when I Told him Scot Gelnett + Cheryl Brett had
recorded my conversations Several Times. That Cheryl
Brett had Bad Intent and She used foul Language
Several Times. Cheryl Brett said She was going to Kill
me and steal all my money for the Last 2 years
since end of July 2004.

Scot Gelnett + Andre Woodley | Sovereign Bank    Pg 2
American Family Mortgage Corp. | Po Box - 12649
2115 Concord Pike - Suite 201 | Reading PA, 19612
Wilmington Delaware 19803

## ATTACHment B

On 1/6/05 I Spoke with Scot Gelnett (American Family Mortgage Corp.) He stated he could get me a 3/1/ year Arm at 5.375% with No points. I said great. That I did'nt want to pay any points. I did'nt want any PrePayment penalty either, with No Income Verification too. I said great, I'd run this by my attorney Dennis Muir, I called Dennis Muir on 1/6/05 he said it sounds good and he would get everything from Scot Gelnett. On 1/7/05 Scot Gelnett met with me at my home, We signed all the papers, but now the rate had changed to 6.25% on a 300,000. 30 year, 3/1/ Arm with Opts, Scot said the rates changed overnight, He had his cell phone on right next to the paperwork, I called Dennis Muir, I asked him if interest rate had increased almost 1 point overnight. Dennis said yes, that's the way it goes sometimes, Dennis said everything looked good with the Truth in Lending and with the Lock in Rate Letter on 1/7/05. On 1/20/05 Scot Gelnett called me and said Sovereign Bank and his brother in Law (Vice President in charge of Loans) changed the rates to 5.3/4 with 3/4 points. This meant this was going to cost me $ 2,200.00 more at Settlement. I was not happy. Cheryl Brett told me she spoke with Joni and she talked to Scot Gelnett on 1/20/05. On Monday 1/24/05. Kristine Calalang, spoke with Scot Gelnett about taking the

home off the MLS, (Multiple Listing Service) without my permission. On Wendsday 1/26/05 Scot Gelnett called me and told me he changed the rate and added 3pts, I was very upset. I called Dennis Muir and told him that Scot Gelnett had done. He said he would call him. On 1/27/05 On 1/27/05 I met with Scot Gelnett he had changed the Interest rate from (Sovereign Bank) and had changed the pts to plus 2 pts again. I was not happy. Scot Gelnett said his friend Andre Woodley ~~xxxx~~ could answer any questions if I could not reach Scot. He had his cell phone on again. I called Dennis Muir and asked him if this tactic was called bait + switch. He said no. I asked Dennis Muir Why Kristin Calalang is talking to my mortgage person. I told Dennis Muir that it was his job to talk to My Mortgage person. That is why I was paying him. I told Dennis Muir that Kristine Calalang told Scot Gelnett I was occasionally going to a strip bar. Dennis Muir said it does not matter. Dennis said I could go to whorehouses y any strip bar. it does not matter. Dennis said he would make Sure everything was Ok. Dennis Muir did not. This cost me $6,600.00 plus $2,000.00 For Real Estate Attorney. I also told Dennis Muir that Scot Gelnett had his cell phone on during our conversations. I asked Dennis Muir if this was a Violation of my 1st Amendment Rights. He said No, He was mad and he called me a Dude.

I spoke to Cheryl Brett in person on Saturday January 15th, 05. I told her that I was trying my best to secure a loan. She wanted to know all the details. I said to talk to your Lawyer Joni Berner. I reasured Cheryl Brett again that I would get the Loan. She was very angry with me. Cheryl said I was a basterd and said the (F) word to me. She said my Lawyer was taking too Long. I said I was trying my best to get a Loan for the Last 2½ months. That my Lawyer Dennis Muir was moving too slow. Cheryl said it was all my fault. She cursed again at me. Cheryl Brett began to walk away. Cheryl had her cell phone hidden behind her back in her Jeans, it was on I could see it as she walked away. I told Dennis Muir on Monday 1/17/05. Dennis Muir said it does not Matter. Dennis said a cell phone cannot record a message. Than the rates changed. Went up.

I spoke to Cheryl Brett in person again on Saturday January 22nd, 05. I told her again. I was trying my best to get the loan. She wanted to meet in person again. I said OK. She cursed at me saying I was taking money out of Tristan's college fund. I said No. I am trying my best. I Asked her where her cell

Pg. 5

phone was. She used the (F) word again And told me to go to hell. I told Cheryl Brett she better not be recording me. She said No. After our conversation about Tristan, She turned to walk away. I could see her cell phone in her pants Leg. I called Dennis Muir and told him that Cheryl Brett must be recording me. He said not to worry about it. I told Dennis Muir that after every conversation with Cheryl Brett And Scot Gelnett that my rates changed + went up. This is Deceptive Business Practice.