FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 OCT -6  PM 3: 26

10/6/06

06-410 GMS

New Address: From: Frank Brett
120 Valencia Rd.
Rockledge, FL. 32955

To: United States District court For the District of Delaware:

I "Frank Brett" would Like to Reissue Summons because I moved to a new Address.