Frank Brett
vs
Andre Woodley
et. al

Case Number 06-410

I Frank Brett need more time to serve my complaint. I sent registered mail signed receipt to several attorneys and other people I am suing. The postal inspector (post master in Rockledge Florida told me that the 2 attorney Joni Berner and Kristine Calalang were not in their suites in their office at the time the post man tried to serve them. For American Family Mortgage. Employees Scot Iselmet and Andre Woodley both registered letters were received, whited out and then returned to me.

Frank Brett
10/20/06