⌖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Frank Brett

V.

Andre Woodley

et al

*Alias*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-410 GMS

TO: (Name and address of Defendant) Andre Woodley

(American Family Mortgage Corp)
2115 Concord Pitre - Suite 201
Wilmington Delaware, 19803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FILED

NOV - 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Frank Brett
120 Valencia Rd,
Rockledge, FL, 32955

an answer to the complaint which is served on you with this summons, within ___ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

10/6/06

CLERK

DATE

Monica Mosley

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

Service of the Summons and complaint was made by me[1]   DATE  10-24-06

NAME OF SERVER *(PRINT)*  Greg Lynch   TITLE  Legal Courier

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Robert McLaughlin C/O Andre Woodlet American Family Mortgage Corp., 2115 Concord Pike, Suite 200, Wilmington, DE 19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-24-06
   Date

*Signature of Server*
832 King Street
Wilmington DE 19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.