AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Frank Brett

V.

Andre Woodley
et. AL

Alias

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-410 GMS

TO: (Name and address of Defendant)

Joni Berner - 123 S. Broad Street
Suite 1710
Philadelphia Pa. 19109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank Brett
120 Valencia Rd.
Rockledge, FL. 32955

**FILED**
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    10/6/06
CLERK                              DATE

Monica Mosley
(By) DEPUTY CLERK

⛬AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/24/06 |
| NAME OF SERVER (PRINT) Corey Acmideo | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Jes Maaswinkel, c/o Joni Berner 1528 Walnut Street Suite 1100, Philadelphia, PA 19102

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-__-06
Date

Signature of Server: Corey Acmideo

Address of Server: 827 King Street, Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.