AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Frank Brett

v.

Andre Woodley
et, AL

Alias

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-410 GMS

TO: (Name and address of Defendant)

Cheryl Brett - 123 S. Broad Street
Suite 1710
Philadelphia Pa, 19109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank Brett
120 Valencia Rd.
Rockledge, FL. 32955

FILED
NOV -1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              10/6/06
CLERK                                        DATE

Meca Mosley
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/24/06 |
| NAME OF SERVER (PRINT) Corey Armideo | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Jes Maas Winkel c/o Cheryl Brett, 1528 Walnut St. Suite 1528, Philadelphia PA 19102

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-24-06
             Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.