IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. 06-410 GMS |
| v. | : | |
| | : | |
| ANDRE WOODLEY, | : | |
| SCOTT GELNETT (AMERICAN FAMILY | : | |
| MORTGAGE), | : | |
| SOVEREIGN BANK, | : | |
| SCOTT GELNETT'S BROTHER IN LAW | : | |
| (LOAN DEPARTMENT VICE | : | |
| PRESIDENT), | : | |
| DENNIS MUIR, ESQUIRE, | : | |
| KRISTINE CALALANG, | : | |
| JONI BERNER,     and | : | |
| CHERYL BRETT, | : | |
| | : | |
|    Defendants. | : | |

## DEFENDANT SOVEREIGN BANK'S MOTION TO DISMISS

Defendant Sovereign Bank ("Sovereign" or "Movant"), by and through its undersigned counsel, Buchanan Ingersoll & Rooney PC, pursuant to Fed. R. Civ. P. 8(a), 12(b) (6) and 12(e) respectfully moves (the "Motion") that this Court dismiss all counts of the Amended Complaint filed by plaintiff Frank Brett ("Brett" or "Plaintiff") against Sovereign on the grounds that this Court lacks jurisdiction over Sovereign and on the grounds that the Amended Complaint fails to state a claim upon which relief may be granted. As grounds for and in support of this Motion, Sovereign contemporaneously files, together with this Motion, its Memorandum in Support of Motion ("Memorandum") and incorporates same and makes it a part hereof by this reference.

WHEREFORE, Sovereign Bank respectfully requests that this Court enter an order dismissing all counts of the Amended Complaint filed against Sovereign Bank and granting all

and such further relief as the Court deems appropriate.

Dated: November 2, 2006
Wilmington, DE

Respectfully submitted,

BUCHANAN INGERSOLL PC

By: /s/ Margaret M. Manning
Margaret M. Manning (#4183)
Magdeline D. Coleman (# 4804)
The Nemours Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 428-5500
(302) 428-3996 (fax)
Attorneys for Sovereign Bank

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **FRANK BRETT,** : | |
| : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 06-410 GMS** |
| v. : | |
| : | |
| **ANDRE WOODLEY,** : | |
| **SCOTT GELNETT (AMERICAN FAMILY** : | |
| **MORTGAGE),** : | |
| **SOVEREIGN BANK,** : | |
| **SCOTT GELNETT'S BROTHER IN LAW** : | |
| **(LOAN DEPARTMENT VICE** : | |
| **PRESIDENT),** : | |
| **DENNIS MUIR, ESQUIRE,** : | |
| **KRISTINE CALALANG,** : | |
| **JONI BERNER,    and** : | |
| **CHERYL BRETT,** : | |
| : | |
| Defendants. : | |

## ORDER

Upon review of Defendant Sovereign Bank's Motion to Dismiss the Amended Complaint and Brief filed in support thereof, and any and all responses filed thereto, and in full consideration thereof, it is hereby ORDERED THAT:

1. The Motion to Dismiss is GRANTED.

2. The Amended Complaint is DISMISSED as to defendant Soveign Bank with prejudice.

Dated: _____, 2006                    _____
Wilmington, DE                                                        J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 06-410 GMS |
| v. | : | |
| | : | |
| ANDRE WOODLEY, | : | |
| SCOTT GELNETT (AMERICAN FAMILY | : | |
| MORTGAGE), | : | |
| SOVEREIGN BANK, | : | |
| SCOTT GELNETT'S BROTHER IN LAW | : | |
| (LOAN DEPARTMENT VICE | : | |
| PRESIDENT), | : | |
| DENNIS MUIR, ESQUIRE, | : | |
| KRISTINE CALALANG, | : | |
| JONI BERNER,    and | : | |
| CHERYL BRETT, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Margaret M. Manning, do hereby certify that I caused a true and correct copy of defendant Sovereign Bank's Motion to Dismiss the Amended Complaint and Opening Brief in Support thereof upon the following via U.S. Mail:

Frank Brett
120 Valencia Road
Rockledge, Florida 32995

Dated: November 2, 2006                                By: /s/ Margaret M. Manning
Wilmington, DE                                              Margaret Manning