11/3/06

Case # 06-410 GMS
Frank Brett vs Andre Woodley.

I Frank Brett am asking the court for a Jury Trial. I am also asking for a 30 Day Extension of time to Find the Employee Scot Gelnett said was his brother in Law for Sovereign Bank! Frank Brett

Scot Gelnett said he referred a lot of business to his Brother in Law, Vice President in Charge of Loans at Sovereign Bank. "This Brother in Law had dealings with In the underwriting Department with Sovereign Bank. and Sue Shock from American Family Mortgage a Mortgage commitment officer.

Frank Brett

CC   Margaret Manning

Dennis J. Muir