# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT,                                    : | |
| : | |
| Plaintiff                                       : | |
| : | CIVIL ACTION NO. 06-410 GMS |
| v.                                              : | |
| : | |
| ANDRE WOODLEY,                                  : | |
| SCOTT GELNETT (AMERICAN FAMILY    : | |
| MORTGAGE),                                      : | |
| SOVEREIGN BANK,                                 : | |
| SCOTT GELNETT'S BROTHER IN LAW    : | |
| (LOAN DEPARTMENT VICE                           : | |
| PRESIDENT),                                     : | |
| DENNIS MUIR, ESQUIRE,                           : | |
| KRISTINE CALALANG,                              : | |
| JONI BERNER,     and                            : | |
| CHERYL BRETT,                                   : | |
| : | |
| Defendants.                                     : | |

## CERTIFICATION OF COMPLETION OF BRIEFING

Defendant Sovereign Bank ("Sovereign"), by and through its undersigned counsel, Buchanan Ingersoll & Rooney PC, hereby file this Certification of Completion of Briefing and states as follows:

1.      On June 28, 2006, Frank Brett ("Plaintiff") filed his complaint ("Complaint") against various defendants including Sovereign. On September 22, 2006, he filed his amended complaint ("Amended Complaint").

2.      On November 2, 2006, Sovereign filed and served its Motion to Dismiss the Complaint ("Motion to Dismiss") for failure to state a claim and improper venue and opening brief in support thereof.

3.      Pursuant to Court Local Rule 7.1.2(a)(2), any answering brief was to have been filed and served no later than November 16, 2006.

4.  Upon review of this Court's docket immediately preceding the filing of this certificate, no answer or other response to the Motion has been filed.

WHEREFORE, Defendant respectfully submits that pursuant to District Court Local Rule 7.1.2, the briefing on the motion has been completed.

Respectfully submitted,

Dated: December 1, 2006  
Wilmington, DE

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Margaret M. Manning  
Margaret M. Manning (#4183)  
Magdeline D. Coleman (# 4804)  
The Brandywine Building  
1000 West Street, Suite 1410  
Wilmington, DE 19801  
Telephone: (302) 552-4200  
Facsimile: (302) 552-4295

*Attorneys for Sovereign Bank*