Frank Brett
5716 Windover Dr. Apt. #D
Orlando FL. 32819

Case # 06-410 GMS

Frank Brett vs. Andre Woalley

Certificate of Service. Reply Brief! pg 1,

11/21/06   Motion to Extend to Response

Motion by Dennis J. Muir. and Sovereign Bank.
On the grounds that New evidence has come
into play. That I hired a private Investigator
and Found out on 11/13/06 That Scott Gelnett's
2 brother's in Law do not or have not ever worked
For Sovereign Bank. Scott Gelnett Lied to me on
1/20/05 when he called me and said Sovereign Bank
and his brother in Law (Vice President in charge of Loans Sovereign)
changed the rates to 5 3/4 ~~6%~~ with 3/4 points, This
meant he violated the Truth in Lending Act, 15 USC -1601.
This is deciegtful business practice. This
Violates the 2nd Lock in Rate on 1/27/05 I signed
with Scott Gelnett. On 1/24/05 Kristine Calalang
attorney For (Cheryl Brett) spoke with Scott Gelnett.

#1. Kristine Calalang and me (Frank Brett never
spoke.) That is a Lie in Sovereign Bank's Motion to Dismiss
and Dennis Muir Motion to Dismiss.

#2, I never gave permission For a company I hired
To Fulfill a Contract, To speak with opposing Counsel.
Dennis Muir gave Kristine Calalang the phone number
to call Him (Scott Gelnett)

#3, On ~~Friday~~ - 1/27/05 When I met with
Scott Gelnett he had changed the Interest rate from
(Sovereign Bank) and he had changed the pts again to
plus 2 pts again, Scott told me that on Monday
1/24/05, in his joking manner to me. That Kristine
Calalang told him that I was going to strip bar

cc Margaret Manning
cc Dennis J. Muir

Scott Gelnett said to me not to worry about
it. Scott Gelnett told me he used to go to strip
bars as guests of clients all the time. He
told me some wild stories. I told him everyone
I know has a story about a strip bar. Scott Gelnett
had his cell phone on breaking the 1934
communications ACT-Title 47, section 222.
That Dennis Muir and his partner Vince Carossela
had Bell phones on everytime I whent into
Dennis Muin office. I caught Vince Carossela a few
times hiding outside the office on 1/26/05 with his
cell phone on, Breaking the Title 47, section 222 Act
In my conversations with Dennis Muin on 1/26/03
I asked Dennis Muir about Sovereig Bank and
told him my privacy rights were being violated
by Scott Gelnett and his brother in Law (Vice President)
of Sovereign Bank. (The real person is unknown
who Scott Gelnett talked to at Sovereign Bank.)
I have been Lied to by Sovereign Bank employees
ever since I obtained a Mortgage with them.
As of 11/30/04 Dennis Muir had stopped giving
me a Bill with detailed times of calls (description
of calls.) I have sent certified mail asking for this
desciption And a Bill and have not received one yet.
My mail from Sovereign bank I have not recieved
since 7/1/06. I need more time to get a good
Lawyer. Scott Gelnett told employees of Sovereign Bank
my Personal Life, breaking By using a cell phone.
Title 47. Section 222

Frank Brett
    Plaintiff
VS.
Andre Woodley

Case of Action No
06-410 GMS

Pg 1. B

Certificate of Service : Motion to Extend to Response.

#1. The relief I am asking from Sovereign Bank is $175,000 for the pain and suffering and mental abuse by its employees and "as a result of confersations by Andre Woodley and Scott Gelnett and American Family Mortgage. That the Lies that these employees spread caused me many hours in paying my bills, that were unnecessary. That Sovereign bank broke my rights to Privacy and also harrassed me. I have 18 counts of Harassment by Sovereign bank employees Who knowingly broke my rights to Privacy, who did nothing to correct any problems with the phone pay system when I alerted them of this problem. These employees did nothing to correct and help me receive a proper billing statement.

#2 There was retaliation with Sovereign bank as a direct result of filing this Law suit. That on 10/2/06 my home at 607 N. Middletown Rd. Media, 19063 was broken into by men who were employed by Sovereign bank. They proceeded to cut the electric power to the home and turned off the water. They also changed the lock on the front door. There was no verbal or written, notice given. They did this with a Middletown Township official. I was told this by Steve Kupshig a painter who witnessed this. They were cutting the grass in the front yard when he stopped to talk to them at my home. Also a 40 Ft. Aluminum Ladder was Stolen. This is $400.00 value, Change of Locks $75.00 dollar value. This is

89 2.

breaking and entering and grand theft by employees of Sovereign bank and a Middletown Township official. I am current on my bills at this residence.

Title 47 USC Section 222.

That Andre Woodley and Scott Gelnett with the use of a cell phone told Joan Pearson, Maria Frees, Tabitha, Barbara, Margerie, Rob, Jessica Hantuist, Selma Marian, Joan and Rich Jennings of Sovereign bank my personal business with my wife Cheryl Brett. That on 1/20/05 Scot Gelnett said how he used to go to strip bars as guest of clients he worked for. He asked me about strip bars. "I told Scott Gelnett every man has a story about a strip bar. From 4/27/05 Joan Pearson employee at Sovereign bank I told the phone pay system was messed up. IT took me an hour and fifteen minutes to pay my bill.

5/31/05 1:40 pm – I told Maria Frees that I was having trouble with the phone pay system and needed her help to pay bill. That I was having to speak to a Representative to pay my bill for the 2nd month in a row. Took me 1 hour to pay bill.

7/1/05 Tabitha an Employee at Sovereign bank I told about how I was having trouble with the phone pay system.

7/29/05 – 2:05 pm. I spoke with Maria Frees an Employee at Sovereign bank. I told her the phone pay system was messed up. This has happened to me Several times. IT took me over 1 hour to pay my bill by phone. Please Fix this problem.

Frank (kop)
Plaintiff
    VS
Andre Woodley

Civil Action No,
06-410GMS

Pg 3,

☆   9/12/05 - 2:47 pm   I told Tabitha and Rob
a mortgage man who Tabitha transferred me to) I
told them both it took me over an hour to pay my bill
by phone. These to employees kept transferring me to
other employees in the mortgage Loan Department.
This was the Department Scott Gelnett and Andre Woodley
were speaking with. These were the employees who slandered
me and broke my Rights To Privacy. Telephone Number
1 (800) 753-7366.

    10/14/05 - 2:15 pm I spoke with Barbara from Sovereign
bank Mortgage Dept. I told her the phone pay system
has been messed up for months. Barbar said that
she would pay the School Taxes and Delaware County Taxes
on the property through Sovereign Bank. She said there was
an over payment and it would be escrode into next
years bills. She paid Bill For month it took me over
an hour. 11/14/05 - 1:25 pm Margerie a Sovereign bank
employee I told her that the phone pay system does not
work properly. That it cuts out in the middle of me
paying it. That could someone Fix this problem. Is
this problem Company wide. It took me 45 minutes to
pay bill with her help.

    1/17/06 - Joan Pearson a Sovereign bank employee.
I asked Joan if the Phone pay system is ever going to work
properly. It took me over I hour to pay my bill with
Joan's help.

2/5/06 - Rich Jenning a Sovereign bank employee.
I Told him the phone pay system has been messed up
for over 5 months now. Every time I tried to use this
system it cut out. It took me close to an hour
to pay my bills.

I am going to seek an Anti-Slapp lawsuit against
public participation. That laws can be applied in my
case to attempt to curb abuses of the legal system
by individuals and corporations who are utilizing
and retaliating against me for being a whistle blower.
I am the victim, that Sovereign Bank and its
employees and Dennis Muir are trying to silence
my speech. Under Rico I could show that
these Lawyers, Dennis Muir, Vince Carasella,
Kristine Calalang, Joni Berner, Barbara Claw,
Margaret Manning and Magdeline Coleman and their
clients, Cheryl Brett, Scott Gelnett, Andre Wadley,
Rich Jenning, Joan Pearson, Maria Freese, Tabitha, Barbara,
Margerele, Rob, Jessica Hantuist, Selma Marian,
and Scott Gelnetts 2 brothers in Law, Stephen Brock
and Todd Rieger have conspired and collaborated to
concoct a fictitious legal complaint solely in retribution
and retaliation for themselves, brought before the courts.
This Motion to Dismiss would hide the truth what
these people have done to me. The Last Time I spoke
with Dennis Muir he told me that I would never get another
lawyer. That him and Vince Carasella would see to that.
I have called over 15 lawyers in Wilmington No one will take this case.

Frank Brett
Plaintiff
vs
Andre Woolly

Civil Action NO
06-410 GMS

Fig. 5

5/15/06 - 2:55 pm - I spoke to
Jessica Hantuist (A Sovereign bank employee)
I told her that the phone pay system
doesn't work for Sovereign Bank. I asked
Jessica about an increase in my payment
of $88.98. She told me because I
was put onto State Insurance and Taxes
Increased. I received no written Notice
from Sovereign bank or State Farm
my Insurance Carrier at that time
This increase was also on 4/20/06 of
$88.98 I Told Jessica Hantuist all of
This story.

6/15/06 - I spoke with Selma Marion
an employee of Sovereign bank.
I Told Selma that I have not received
nothing in writing from Sovereign bank
about the $88.98 increase for June.
I Told Selma Marion that the phone pay
system does not work. I was on the
phone with her for over half hour to
pay phone bill.

8/15/06 - Phone pay system finally
works. This is after I file lawsuit on
6/28/06 in Delaware. There was another
increase to $1793.76 ck #1104
Wachovia Bank. Conformation # 13682.
I have never received anything in writing
about the increase in the amount by

Sovereign Bank of #121.86. This was
a second increase in payment to Sovereign
bank. Till This day I have never received
a notice of Increase from Sovereign Bank.
11/22/06.

I consider this to be 11 counts of
Harassment by Sovereign bank employees,
who did nothing to correct the Phone pay
system. or to Insure that I received
a proper billing Statement.

On 10/2/06. My home at 607 N. Middletown
Rd. media 19063 was broken into by Sovereign
Bank. There was no notices to me.
The Lock on the Front door was changed
and the electric was shut off and
the water was shut off. This was
breaking and entering by Sovereign bank
Employees. I did not find this out
until. 11/8/06. I am also missing
a 40ft alluminum Ladder stolen out of
Garage. This Value is around #400.00
I am also upset, thousands of dollars
of plantings were ruined by Sovereig
bank Employees who cut my Lawn, without
my permission.

Fred Brett  11/22/06

This is retaliation by Sovereign bank,
for suing them.

Frank Brett
Plaintiff
vs
Andre Woolley

Action No
06-410GMS

pg 7

3500, 14-E₁   Agreement or Understanding that
Scot Gelnett kept emphasizing his brother in Law
works for Sovereign Bank and he could guarantee me
the Loan with my great Credit Score of 780 and
the best Loan out there on the market. Scot Gelnett
Lied to me and that his brother In Law is a Landscaper
in Reading Pa. Near the Mortgage Loan Dept. where
I aquired the loan.

Real Estate Settlement and Procedures Act,
Scott Gelnett
(Pg.1)
(Pg8)

24 CFR #3500 App A . Section L, Plaintiff
claims that the disclosures in 1/7/05 ①
good faith estimate that he signed were
inadequate because there was no disclosure
of the 2pts mortgage broker fee to
be signed by Scott Gelnetts brother
in Law for Sovereign Bank would eventually
receive, Since this brother in Law is not
an employee of Sovereign Bank which I found out
on 11/17/06 A Section 8 violation
3500.14 Prohibition against Kickbacks
and unearned fees.
      Any violation of this section is a violation
of section 8 of Respa (12 USC, 2607)
and is subject to enforcement as such
under 3500,19.
      B. No Referral Fees. Scot Gelnett
told me he refers a lot of Business
to his brother in Law A Vice President
of Sovereign Bank, So that I would
go with his brother in Law at Sovereign and they
would make $ 6,600 dollars off the
2 pts on Mortgage Loan. This to
me is a Kickback or Other thing of Value
pursuant to any agreement or understanding
oral or otherwise, that business incident
to or part of a settlement service involving
a federally related mortgage loan shall
be referred to any person, C. No split of
Charges. This constitutes an unearned Fee.
violates this section.

Fredrick Banks
Plaintiff
vs
Andre Woodley

Civil Action #
06-410 GMS

Pg.9

Answer to Sovereign banks that this court lacks personal jurisdiction over Sovereign Bank.

As Articulated in 10 Del. Code 3104 Delaware long arm-statute.

Scott Gelnett and Andre Woodley spoke to me several times from his office in Delaware. That he conducted his business from this office. That he had done a lot of business in the past with Sovereign bank. That Scot Gelnett called me from his office in Delawar on 1/6/05, 1/7/05, 1/10/05, 1/18/05, 1/20/05, 1/26/05, 1/27/05. That is 7 Contacts with Scott Gelnett plus he faxed and spoke with Dennis Muir several Times.

Under the Interstate and International Procedures Act "a Single act" or contact, which allows jurisdiction to be imposed on a non resident defendent on the basis of a single Transaction, or contact, with the Forum State. Moore vs. Little Giant.

That Scott Gelnett had Bad Intent.
▓▓▓ He lied to me about his Brother in
Law was a Vice President at Sovereign Bank.
who could get me the Best rate on the market,
Truth in Lending.

That Scott Gelnett and Andre Woolley
were directly in touch with Sovereign
Bank Employees. Slandering my name
with the use of a hidden cell phone.
That Scott Gelnett and Andre Woolley
directly told Sovereign Bank Employees
that I went to Strip bars, In
Violation of Title 47 USC. Section 222

From Then on Sovereign bank employees,
harassed me y lied to me, never fixed
the phone pay system until this
law suit was filed.
That Kristine Calalang I never spoke
to her. I never gave her permission
to speak with Andre Woolley y Scott Gelnett
or any Sovereign bank employees.
Dennis Muir knew all of this.
He must have gave Kristine Calalang
and Joni Berner the phone number to speak
to Scott Gelnett and Kristine Calang and
Sovereign bank.

I contend that Sovereign Bank had knowledge and actively participated in harassment and in a Bait + Switch Scheme from 1/7/05. He kept pushing for Sovereign Bank.

I contend That Kristine Calang, Joni Berner and Dennis Muir when conspiring to bump up the price of the Mortgage and where making extra Phone calls to each other to bump up the price of their own Fees.

I specifically spoke to Dennis Muir before and after every time I spoke to Scott Gelnett, I had asked him for Advice on what to do.

Dennis Muir at the same time was pressuring me to take an offer from realtor Dan Haydan, This offer was for $760,000. That the appraisal was off by Dan Haydan.

I had another appraisal done which valued the home at $500,000. Dennis Muir knew all of this, He stopped giving me his bill on 12/3/04.

I had requested a copy of this Bill. Itemized scandalous, corrupt, conspiring and predjudice Attorney. who I later fired.

Frank Brott                    Civil Action No                    Pg 12
      Plaintiff                      06-410 GMS
         vs
Andre Woodley

That I ask the court to grant me
a subpoena for all Video. from 1/20/04 until
2/4/05 of Sovereign banks films, AT The branch
where the work was was done on my mortgage in
Reading Pa. 1(800) 753-7366 . To see if Stephen
Brott (Scott Gelnets brother in Law had any contact
with the employees of Sovereign Bank.) He is a Landscaper
who lives in Reading Pa. I had to hire a private investigator
to find this out. (where he lives.)

That I am asking the court for more time
because I have been harassed by a Delaware FBI Agent
who is breaking my rights to privacy with the
Private Investigator I hired, back on 10/25/06
until present time. That on 11/18/06 I was to meet
Robert Broadnax from real eyes detective agency at 6:30
pm. at TGI Fridays on RT 202 in Wilmington, Delaware.
I went to watch the second half of the Ohio State vs Michigan
football game, Robert has never been late. He showed up
at 8:10 pm. (AT 7:55 pm I was sitting at the bar, an
FBI Agent in a green Jacket that said Delaware FBI,
He was about 50 years old, Italian man, Balding, around
5'10' inches tall about 180 lbs. He started making phone calls
for 15 minutes strait on his cell phone. Around 9:00 pm
he Leaves TGI Fridays he payed with his credit card,
at that time. He drives a tan boxy Hynda e or Jeep Suv
Delaware plates, I could see him Leave from the window in
Front of TGI Fridays, Robert Broadnax asked me

IF I was going to be in TGI Friday's all night.
("I said No.") I believe Robert Broadnax is giving
my Imformation to this Italian FBI Agent.

Frank Brett
   Plaintiff

     vs
Andre Woodley

Civil Action No
06 - 410 GMS

Pg /4

    The relief I am asking from Dennis Muir
is what ever the Maximum relief would be from the
Jury I requested, I requested a Jury Trial.

             Thank You
                Frank Brett,



**Real-Eyes Professional**
**Investigative & Security Services**
P.O. Box 63
Kirkwood, DE  19708-0063
Telephone: (302) 838-0364
Cellphone: (302) 559-3999
Fax: (302) 838-1207
E-mail: RealEyesPI@aol.com
www.realeyespi.com

.

## FINAL REPORT #2

November 13, 2006

Frank Brett
639 NE 9th Avenue, Apt. # 2
Fort Lauderdale, FL 33304

Reference: RE Case # 0123-06(Brett, Frank)

Mr.  Brett

**The service you requested of Real-Eyes on the following date(s):**
1.  October 25, 2006, conduct place of employment search of Scott Gelnett's two brothers-in-laws' 60-year-old Stephen H.  Brock, 1005 Westminster Lane, Mansfield, TX 76063-2561, telephone # 817-453-8271 and 43-year-old Todd L.  Rieger, 526 Susquehanna Avenue, Sunbury, PA 17801-1314, telephone # 570-286-0571 because you suspect one of them worked for Sovereign Bank and you have filed a civil law suit.

**The results of your service request are as follows:**
1.  Investigation reveal Real-Eyes conducted a place of employment search for Brock and Rieger utilizing reliable confidential sources to verify and locate their employment.  Stephen Brock is married to Scott's sister Mary, employed by Chevron USA, 401 North 1st Street, Artesia, NM 88210-2107 and Todd Rieger was married to Scott's other sister Ginger, a self-employed landscaper, at his above address.  Further investigation reveal neither individual has ever worked for Sovereign Bank.

This report concludes the service of your investigative request by Real-Eyes and thank you for selecting us to conduct your request.  Please contact Real-Eyes again at the above address/telephone numbers for any future investigative service you may require.

Sincerely,

Robert H. Broadnax
Chief Investigator



# AMERICAN FAMILY MORTGAGE CORPORATION

2115 CONCORD PIKE, SUITE 201
WILMINGTON, DE 19803

Phone: (302) 888-1993  Fax: (302) 888-2059

January 10, 2005

Mr. Frank M. Brett
607 N. Middletown Road
Media, PA 19063

Dear Frank,

Congratulations!  You are pre-approved for a $300,000.00 loan for
refinancing of your home on North Middletown Road.

During the period while you are refinancing your home it is important that
you do not incur any additional major debts and that you continue to make all
monthly payments when due.  Also, do not move any major sums of money
into or out of your bank accounts. Your current credit scores are excellent and
as such, qualify you for the no ratio loan you applied for last week.

I will be contacting you periodically to update you on the progress of your
loan file.  If I can be of any further assistance or answer any questions don't
hesitate to contact me at 302-888-1993 extension 110, or during the evening
or weekends, on my cell phone at 484-459-8689.

Sincerely,



Scott Gelnett
Mortgage Banker
302) 888-1993 ext. 110
mobile  (484) 459-8689
scott@ScottGelnett.com
www.ScottGelnett.com

Cc: Dennis Muir, Esq.

FILE No.106 01/18 '05 17:00  ID:                    FAX:                    PAGE  1/ 1





## AMERICAN FAMILY MORTGAGE CORPORATION

2115 CONCORD PIKE, SUITE 201
WILMINGTON, DE 19803

Phone: (302) 888-1993  Fax: (302) 888-2059

January 18, 2005

Mr. Dennis J. Muir, Esquire
Flagship Corporate Center
2 W. Baltimore Avenue, Suite 320
Media, PA 19063

Re: Frank Brett Mortgage Application

Dear Dennis:

This letter is to confirm that Frank Brett applied for a mortgage with my company for the property at 607 N. Middletown Road, Media, PA. The application was in Frank's name alone.

The property has appraised for $405,000.00 and as such will allow us to meet the cash out objectives on the loan. Mr. Brett is pre-approved for the loan and I anticipate a January 28, 2005 closing.

The lender will require that the property is no longer listed for sale. To expedite the loan, the property should be immediately taken off the market so that it no longer appears on the Multiple Listing Service.

If you have any further questions, please do not hesitate to contact me.

Sincerely,



**Scott Gelnett**
Mortgage Banker
(302) 888-1993 ext. 110
mobile  (484) 459-8689
Scott@ScottGelnett.com
www.ScottGelnett.com

Cc: Frank Brett

American Family Mortgage Corporation

Rate Lock Letter,
Application Fee Disclosure

Borrower(s): *Frank M. Brett*    Date: *Jan. 7, 2005*
Property Address: *607 N. Middletown Road, Media, PA 19063*

Before American Family Mortgage Corporation (hereafter called AFMC) can process your application, you must pay AFMC certain fees. The components of the fees and the amounts are estimated as follows:

Application Fee                    $395.00 *(non-refundable)*
Multi-Family Property Fee          $75.00 per unit over 1 *(non-refundable)*

In addition to the application fee, you will be required to pay a fee equal to 1% of your loan amount when you lock the interest rate or when your loan has been approved, whichever occurs first. If this is a lock fee paid prior to commitment and you are not approved for financing, the fee will be refunded provided you have not withdrawn your application or refused to cooperate in providing information necessary for approval. This will become a *non-refundable* fee upon approval. If this fee is paid at commitment, but prior to lock-in, this is a *non-refundable* fee. This fee will be credited to the total fees charged at closing.

**You fully understand that you must pay these fees and that AFMC has made no promises or commitment that it will make a loan to you. You also understand that these fees are not refundable except as they have been disclosed above.**

Interest Rate Disclosure

$*300,000*        *30 yrs*    *3/1 Arm/Convent*    *6.25%*      *-0-*
Mortgage Amount    Term       Program Type       Interest Rate  Points

AFMC will "lock-in" the interest rate and points on your requested mortgage for *30* calendar days from the date of this disclosure. Since a "lock-in" has been established, the loan must close as applied for or the "lock-in" is void. If the "lock-in" expires, in no case will the new terms be more favorable to you than those of the original "lock-in".

### AFMC APPLICATION DISCLAIMER

AFMC does not warrant that the application and evaluation process will be completed or that a commitment on any terms can or will be obtained. It is possible a commitment may be offered to you for a program different than the one applied for. In that case, the terms may differ from your lock.

You acknowledge that it is possible that processing your loan application may be discontinued or may not be completed within the "lock-in" period committed to due to the volume of applications or for other reasons. You also acknowledge that you must cooperate with AFMC by promptly providing the information that AFMC requests. Your failure to do so could delay your closing or prevent you from getting a commitment.

You agree that AFMC does not guarantee any terms beyond the "lock-in" period committed to. You also agree that your loan must close and disburse by the end of the "lock-in" period.

We, the undersigned, have read and acknowledge all information provided in this disclosure. We hereby acknowledge that we have received a copy of the aforementioned.

_____        *Frnl M. Brett*    *1/7/05*
Witness as to both              Borrower            Date

_____        _____    _____
Approved and Accepted by        Borrower                    Date
Kevin M. Lyons
Vice President AFMC

The undersigned hereby certifies that copies of the foregoing were caused to be served this 15th day of December 2006, upon the following in the manner indicated.

<u>By Certified Mail with Receipt!</u>

Dennis J. Muir Esquire
2 West Baltimore Ave.
Suite 320 Media, Pa. 19063


Margaret M. Manning
The Nemours Building
1000 West Street, Suite 1410
Wilmington, De. 19801


Fred Brett
Frank Brett


5716 Windover Dr. Apt. D.
Orlando, Fl. 32819
(786) 266-1016