Frank Brett
5716 Windover Dr. Apt. #D 5716 Apt. D
Orlando FL. 32819

Case # 06-410 Gms
Frank Brett vs. Andre Woodley

Notice of Change of Address:

I had to move because I was threatened by several friends of Landlord in Rockledge FL. 35-40 yr. ITalian man in a red Jaguar who was Following me around. To Rockledge post office and when I went out on the last day I was there on 11/15/06. He was the Landlord's gardener 1 day while I was there. He had a Buttoned Long sleve striped shirt and Jordash Jeans, on while gardening the 1st week I was There. (Realy nice clothes for gardening. Tiffany Direnzio was the landlord. I have the License Plate # of the gardener and am researching his Identity. All the mail was interfered with by this man, and his friend the postmaster at Rockledge post office. I had several pieces of mail that were never delivered to Tiffany Direnzio that were certified. Tiffany was trying to avoid me the last 2 weeks I lived there in Rockledge FL 329_

    CC    Margaret Manning
    CC    Dennis J. Muir.

## Certificate of Service

The undersigned Certifies that copies of the foregoing were caused to be served this 15th day of December 2006, Upon the following in the manner indicated.

**By Certified Mail with Receipt !**

Dennis J. Muir Esquire
2 West Baltimore Ave.
Suite 320 Media, Pa. 19063

Margaret M. Manning
The Nemours Building
1000 West Street, Suite 1410
Wilmington, DE. 19801

_Frank Brett_
Frank Brett

5716 Windover Dr. Apt. D
Orlando FL. 32819
(786) 266-1016