IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, | : |
| | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 06-410 GMS |
| v. | : |
| | : |
| ANDRE WOODLEY, | : |
| SCOTT GELNETT (AMERICAN FAMILY | : |
| MORTGAGE), | : |
| SOVEREIGN BANK, | : |
| SCOTT GELNETT'S BROTHER IN LAW | : |
| (LOAN DEPARTMENT VICE | : |
| PRESIDENT), | : |
| DENNIS MUIR, ESQUIRE, | : |
| KRISTINE CALALANG, | : |
| JONI BERNER,        and | : |
| CHERYL BRETT, | : |
| | : |
| Defendants. | : |

### DEFENDANT SOVEREIGN BANK'S EMERGENCY MOTION
### (I) TO STRIKE REPLY; (II) TO STAY BRIEFING SCHEDULE; AND
### (III) REQUESTING STATUS CONFERENCE

Defendant Sovereign Bank ("Sovereign"), by and through its undersigned counsel, Buchanan Ingersoll & Rooney PC, hereby submits its emergency motion (i) to strike the reply brief filed by Plaintiff Frank Brett; (ii) to stay the briefing schedule; and (iii) requesting that this Court schedule a status conference ("Motion to Strike"). This Motion is being filed on an emergency basis as it is seeking relief from a possible briefing deadline of December 27, 2006. In support of its Motion to Strike, Sovereign states as follows:

### FACTS

1.      On June 28, 2006, Frank Brett ("Plaintiff") filed his complaint ("Complaint") against various defendants including Sovereign. On September 22, 2006, he filed his amended complaint ("Amended Complaint").

2. On November 2, 2006, Sovereign filed and properly served its Motion to Dismiss the Complaint ("Motion to Dismiss") for failure to state a claim and improper venue, and opening brief in support thereof.

3. Pursuant to District of Delaware Local Rule ("D. Del. LR") 7.1.2(a)(2), the Plaintiff was required to file and serve any answering brief no later than November 16, 2006.

4. On December 1, 2006, when no answering brief was filed, Sovereign filed and properly served a Certificate of Completion of Briefing.

5. On December 15, 2006, Plaintiff filed his reply brief ("Reply")[1] as well as a Notice of Change of Address. In the Notice of Change of Address Plaintiff states that, due to the actions of his former landlord, several of her employees and "the postmaster at Rockledge Post Office," he was prevented from getting "several pieces of mail."

## RELIEF REQUESTED AND BASIS THEREFORE

6. Sovereign hereby requests that this Court strike Plaintiff's Reply, stay the current briefing schedule, and schedule a status conference.

### A. Plaintiff's reply brief is untimely and improper and should be stricken from the record.

*The Reply is untimely*

7. Pursuant to D.Del. LR 7.1.2, Plaintiff was required to file a reply to Sovereign's Motion to Dismiss no later than November 16, 2006 but failed to do so. Rather, on December 15, 2006, a full month past the reply deadline, Plaintiff filed his Reply and Notice of Change of Address stating therein that, through the actions of his former landlord, several of her acquaintances as well as the local post master, he was deprived of several pieces of mail.

---

[1] Pursuant to D. Del. LR, this responsive document is actually an answering brief. For purposes of the instant Motion to Strike and for consistency with Plaintiff's filing, it will be referred to as "Reply."

Presumably, though not directly stated in the Notice of Change of Address, one of the items that Plaintiff claims he did not receive was Sovereign's Motion to Dismiss.

### *The Reply is procedurally deficient*

8. Plaintiff did not seek the Court's approval to file a brief beyond the established deadline, nor did he offer any excusable neglect for failing to comply with the deadline.

9. On the other hand, if Plaintiff's Reply is accepted as filed, Defendant Sovereign must file its response on or before December 27, 2006, which timing may prove to be difficult given the end of the year holiday season and vacations and office absences that often occur during this time.

10. Pursuant to D. Del. LR 7.1.3(c), all briefs are required to include such items as a table of contents, a table of authorities, a summary of the argument and a concise statement of the facts, among other things. While failure to comply with such procedural requirements may not by itself provide a basis for dismissal, such items would be particularly beneficial in this case given that it is extremely difficult, if not impossible, to follow Plaintiff's argument throughout the Reply.

11. Therefore, Plaintiff's Reply should be stricken and the Court should consider the Motion to Dismiss as unopposed given that Sovereign will be faced with responding in a very short time period and at a time when it may be difficult to meaningfully do so, and forced to spend time and money responding to an untimely, somewhat incoherent reply brief that does not procedurally comply with the rules of this Court.

### *The Reply is substantively inappropriate*

12. Plaintiff begins his Reply by stating that "new evidence has come into play" (See Reply, Page 1) and goes on to allege what he considers "11 counts of harassment by Sovereign

Bank employees" as well as actions constituting breaking and entering and theft on the part of Sovereign and/or its employees (see Reply, page 6). Further, Plaintiff, for the first time in his Reply, asserts that he is seeking no less than $125,000.00 in monetary damages against Sovereign for "pain and suffering and mental abuse" (See Reply, page 1.B.). The additional "counts" alleged and damages sought are not appropriate in an answering brief and should be stricken. To the extent that this Court deem Plaintiff's Reply to constitute a second amended complaint (which it should not pursuant to Federal Rule of Civil Procedure 15(a))[2], Sovereign respectfully requests that it be granted time to properly respond.

### B. Briefing on the Motion to Dismiss should be stayed pending the determination of the Motion to Strike.

11.     At a minimum, for the reasons set forth above, Sovereign requests that it be excused from the current deadline of December 27, 2006 to respond to Plaintiff's Reply until such time as the Court enters a ruling on the relief requested in Sovereign's instant Motion to Strike.

### C.    A status conference is appropriate.

12.     There are several named defendants in this matter, only two of which (including Sovereign) have filed any type of response to the Complaint. The *pro se* plaintiff has sought the Court's permission for time to identify additional defendants and possibly amend his complaint. It is unclear whether any of the defendants have been properly served in this matter and whether the Court is inclined to grant any of the relief requested in the various motions that are currently pending.

---

[2] Rule 15(a) of the Federal Rules of Civil Procedures states in part "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served…[o]therwise a party may amend the party's pleading only be leave of court or by written consent of the adverse party…" Plaintiff's complaint has already been amended one time, Sovereign has filed a responsive pleading and Sovereign does not consent to an amendment.

13.  Sovereign respectfully requests that this Court schedule a status conference in the above captioned matter at the Court's earliest convenience so that the Court may direct the parties as to how to further proceed.

WHEREFORE, Sovereign respectfully requests that this Court enter the relief sought herein on an emergency basis and enter an order (i) striking Plaintiff's late filed reply brief and to consider Sovereign's Motion to Dismiss as unopposed; (ii) staying the current briefing schedule on the Motion to Dismiss until the Court makes a determination with respect to the instant Motion to Strike; and (iii) scheduling a status conference in this matter.

| | |
|---|---|
| Dated: December 21, 2006<br>Wilmington, DE | Respectfully submitted,<br>BUCHANAN INGERSOLL & ROONEY PC |

By: /s/ Margaret M. Manning
Margaret M. Manning (#4183)
Magdeline D. Coleman (# 4804)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Attorneys for Sovereign Bank*

IN THE UNITED STATES DISTRICT COURTFOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT,                      : | |
|                                    : | |
|     Plaintiff                      : | |
|                                    : | CIVIL ACTION NO. 06-410 GMS |
|     v.                             : | |
|                                    : | |
| ANDRE WOODLEY,                     : | |
| SCOTT GELNETT (AMERICAN FAMILY     : | |
| MORTGAGE),                         : | |
| SOVEREIGN BANK,                    : | |
| SCOTT GELNETT'S BROTHER IN LAW     : | |
| (LOAN DEPARTMENT VICE              : | |
| PRESIDENT),                        : | |
| DENNIS MUIR, ESQUIRE,              : | |
| KRISTINE CALALANG,                 : | |
| JONI BERNER,      and              : | |
| CHERYL BRETT,                      : | |
|                                    : | |
|     Defendants.                    : | |

**ORDER**

The Court, having considered the Motion of Sovereign Bank seeking entry of an order (i) striking the reply brief filed by Plaintiff Frank Brett; (ii) staying the briefing schedule; and (iii) requesting that this Court schedule a status conference ("Motion to Strike") on an emergency basis, and any and all responses filed thereto, and in full consideration thereof, it is hereby ORDERED THAT:

1. The Motion to Strike is GRANTED;

2. The Plaintiff's Reply Brief is STRICKEN from the record:

3. Defendant Sovereign Bank is not required to submit additional briefing on its Motion to Dismiss; and

4. A status conference is scheduled for _____ at _____ __.m.

Dated: _____, 2006                    _____
Wilmington, DE                            The Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT,   :<br>   :<br>   Plaintiff   :<br>   :  CIVIL ACTION NO. 06-410 GMS<br>   v.   :<br>   :<br>ANDRE WOODLEY,   :<br>SCOTT GELNETT (AMERICAN FAMILY   :<br>MORTGAGE),   :<br>SOVEREIGN BANK,   :<br>SCOTT GELNETT'S BROTHER IN LAW   :<br>(LOAN DEPARTMENT VICE   :<br>PRESIDENT),   :<br>DENNIS MUIR, ESQUIRE,   :<br>KRISTINE CALALANG,   :<br>JONI BERNER,     and   :<br>CHERYL BRETT,   :<br>   :<br>   Defendants.   : | |

## CERTIFICATE OF SERVICE

I, Margaret Manning, do hereby certify that I caused a true and correct copy of the forgoing Motion to Strike filed by Sovereign Bank upon Plaintiff, Frank Brett, via over-night mail at the following address:

5716 Windover Drive, Apt. D
Orlando, FL 32819

Dated: December 21, 2006                    By: Margaret Manning
Wilmington, DE                              Margaret Manning (DE 4183)