IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE WOODLEY, SCOT GELNETT,<br>SOVEREIGN BANK, and DENNIS J. MUIR,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-410-GMS<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO:   Clerk of the Court

Kindly enter the appearance of Sean J. Bellew, Esquire as counsel for American Family Mortgage in the above-captioned matter. American Family Mortgage expressly reserves its right to answer or otherwise respond to the Complaint as permitted by the Court's rules.

Dated: December 28, 2006

COZEN O'CONNOR

Sean J. Bellew (No. 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: sbellew@cozen.com

*Attorneys for American Family Mortgage*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, :<br><br>      Plaintiff, :<br><br>v. :<br><br>ANDRE WOODLEY, SCOT GELNETT, :<br>SOVEREIGN BANK, and DENNIS J. MUIR, :<br><br>      Defendants. : | Civil Action No. 06-410-GMS |

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, certify that I am not less than 18 years of age, and that service of the *Entry of Appearance* was made on December 28, 2006 upon the following party via first class mail:

    Frank Brett
    6551 SE. Federal Highway, Apt. 7
    Stuart, FL 34997

    - and –

    Frank Brett
    5716 Windover Drive, Apt. D
    Orlando, FL 32819

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 28, 2006

                COZEN O'CONNOR

                Sean J. Bellew (No. 4072)
                1201 N. Market Street, Suite 1400
                Wilmington, DE 19801
                Telephone: (302) 295-2000
                Facsimile: (302) 295-2013
                Email: sbellew@cozen.com
                *Attorneys for American Family Mortgage*