IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, :<br>   Plaintiff, :<br> v. :<br>ANDRE WOODLEY, SCOT GELNETT, :<br>SOVEREIGN BANK, and DENNIS J. MUIR, :<br>   Defendants. : | Civil Action No. 06-410-GMS |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on December 28, 2006, I electronically filed an *Entry of Appearance* with the Clerk of Court using CM/ECF which sent notification of such filing to the following counsel of record:

  Margaret M. Manning, Esquire
  Buchanan Ingersoll & Rooney P.C.
  1000 West Street, Suite 1410
  Wilmington, DE 19801

I further certify that service of the *Entry of Appearance* was made on December 28, 2006 upon the following party via first class mail:

  Dennis J. Muir
  2 West Baltimore Avenue, Suite 320
  Media, PA 19063

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 28, 2006

          COZEN O'CONNOR

          Sean J. Bellew (No. 4072)
          1201 N. Market Street, Suite 1400
          Wilmington, DE 19801
          Telephone: (302) 295-2000
          Facsimile: (302) 295-2013
          Email: sbellew@cozen.com
          *Attorneys for American Family Mortgage*