IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRANK BRETT                       :
      Plaintiff               :
v.                                : Civil Action No. 06-410 GMS
ANDRE WOODLEY, et al.             :
      Defendants              :

### ORDER

WHEREAS, on June 28, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on September 22, 2006, an amended complaint was filed by the plaintiff (D.I. 3);

WHEREAS, on October 23, 2006, a motion to dismiss was filed on behalf of the defendant Dennis J. Muir (D.I. 5);

WHEREAS, on November 2, 2006, a motion to dismiss was filed on behalf of the defendant Sovereign Bank (D.I. 11);

WHEREAS, on December 1, 2006, a notice of certification of completion of briefing was filed on behalf of the defendant Sovereign Bank (D.I. 14);

WHEREAS, on December 15, 2006, the plaintiff filed an answering brief in opposition to the defendant Sovereign Bank's motion to dismiss (D.I. 15);

WHEREAS, on December 21, 2006, the defendant Sovereign Bank filed a motion to strike the plaintiff's answering brief (D.I. 17);

WHEREAS, to date, the court's docket reflects that the plaintiff has failed to respond to both D.I. 5 and D.I. 17.

IT IS HEREBY ORDERED that:

The plaintiff shall file separate responses to both the defendant Dennis J. Muir's motion to dismiss (D.I. 5), and the defendant Sovereign Bank's motion to strike within 10 days of the date of this Order. Failure to file responses to both motions may result in dismissal of the defendants Dennis J. Muir and Sovereign Bank.

_____
UNITED STATES DISTRICT JUDGE

January __18__, 2007



FILED

JAN 1 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE