IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT,<br><br>  Plaintiff,<br><br>v.<br><br>ANDRE WOODLEY, et al.,<br><br>  Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 06-410-GMS<br>:<br>:<br>:<br>: |

**MOTION TO DISMISS OR FOR MORE DEFINITIVE STATEMENT
OF DEFENDANTS ANDRE WOODLEY AND SCOTT GELNETT**

  Defendants Andre Woodley ("Woodley") and Scott Gelnett ("Gelnett"), by and through their undersigned counsel, Cozen O'Connor, pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move that this Court dismiss the Amended Complaint filed by Plaintiff Frank Brett ("Brett") against Woodley and Gelnett on the grounds that the Amended Complaint fails to state a claim upon which relief may be granted. In the alternative, Woodley and Gelnett move pursuant to Fed. R. Civ. P. 12(e) for a more definitive statement of Brett's claims to allow them to properly respond thereto. In support of their Motion, Woodley and Gelnett, submit the following:[1]

**BACKGROUND**

  1. American Family Mortgage Corporation ("American Family") is a company engaged in the business of brokering residential mortgages to consumers. American Family solicits prospective loan applicants and then works with its lender network (e.g. Sovereign Bank) to provide its customers with residential mortgage loans for purchase. American Family is, and

---

[1] Woodley and Gelnett also incorporate herein and rely on the operative arguments set out in the Motions to Dismiss of Defendants Dennis J. Muir, Esquire (D.I. 5) and Sovereign Bank (D.I. 11, 12).

was at all relevant times, licensed to do business in Pennsylvania and licensed to provide brokering services in connection with the re-finance loan in question here.

2. Woodley and Gelnett were employees of American Family at all relevant times. Woodley served as American Family's Sales Manager. American Family employed Gelnett as a loan officer.

## **FAILURE TO STATE A CLAIM**

3. Federal Rule of Civil Procedure 12(b)(6) provides that a Court should dismiss a matter if the pleader fails to properly articulate a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). While the Court should afford a plaintiff the benefit of every reasonable inference from the facts at the motion to dismiss stage, it is incumbent upon the plaintiff to plead a cognizable legal cause of action. *Derensis et al. v. Coppers & Lybrand Charted Accountants et al.*, 930 F. Supp. 1033, 1012 (D.N.J. 1996).

4. Although it is not clear, it appears from the Amended Complaint that Brett is claiming that Woodley and/or Gelnett misrepresented certain facts to him regarding the terms of his loan and/or changed the terms of his loan without his knowledge.

5. On January 27, 2005, the terms of proposed loan were detailed in writing for Brett by Gelnett. (Authorization dated January 27, 2005, attached hereto as Exhibit "A".) Brett acknowledged these terms by signing an acknowledgement sheet to that effect. (*Id.*) Moreover, at the closing of the loan on February 7, 2005, Gelnett provided Brett with a standard Settlement Statement detailing the settlement charges and fees involved with the procuring of the loan. (Settlement Statement dated February 7, 2005, attached hereto as Exhibit "B".) Brett signed the Settlement Statement as his agreement to the charges and the intended disbursement of the loan proceeds. (*Id.*)

6.  Because Brett's complaint is unintelligible and he has plead nothing to overcome the clear effect of his signed acknowledgement regarding his consent to the terms of the loans and the closing cost involved, he has failed to plead a cause of action for which this Court can grant relief. Accordingly, the Amended Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) as it relates to Woodley and Gelnett.

## MORE DEFINITE STATEMENT

7.  Federal Rule of Civil Procedure 12(e) allows for a motion for a more definite statement where a complaint "is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading." Fed. R. Civ. P. 12(e). Brett makes general sweeping allegations as to a purported "bait and switch" and he recites certain factual allegations with no relation to a legal cause of action. Accordingly, Brett should, at minimum, be required to set out his factual contentions in orderly paragraphs and relate these alleged facts to legal theories upon which he believes he is entitled to recover.

Dated: January 25, 2007

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew (No. 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: sbellew@cozen.com

*Attorneys for Andre Woodley and Scott Gelnett*

# EXHIBIT "A"

**American Family Mortgage Corporation**
2115 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 888-1993 Office
(302) 888-2059 Fax

Date  1/27/2005

Borrower's Name  Frank M. Brett

Co-Borrower's Name  _____

Property Address  607 N. Middletown Road, Media, PA 19063

Changes to be made  Drop Rate from 5.75% to 5.125%
Change Loan Discount Points from .75% to 2.25%

I, the undersigned, hereby authorize American Family Mortgage to make the above noted changes to my loan application. I understand and agree to the terms and conditions of these changes.

Frank Brett   1/27/05
Borrower          Date                        Co-Borrower            Date

[signature]  1/27/05
Loan Officer Signature

## GOOD FAITH ESTIMATE - RESPA

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement which you will be receiving at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost for items paid at settlement.

1/27/2005

**AMERICAN FAMILY MORTGAGE CORP.**

Scott Geinett
2115 CONCORD PIKE
SUITE 201
WILMINGTON, DE 19803
Phone: (302) 888-1993   Fax: (302) 888-2059

BORROWER(S): Frank M Brett

PROPERTY: 607 N. Middletown Road
Media, PA 19063

Loan Program: Conventional 3 Yr / 1 Yr Arm
BuyDowns: None
Balloon in Months:
Note Rate: 5.125 %
Term in Months: 360
Loan to Value: 75.00 %
Cumulative LTV: 75.00 %

### ESTIMATED CLOSING COSTS

| # | Item | | Amount |
|---|---|---|---|
| 801 | Loan Origination Fee | | 0.00 |
| 802 | Loan Discount Points | 2.250% | 6,750.00 |
| 803** | Appraisal Fee | | 0.00 |
| 804** | Credit Report Fee | | 0.00 |
| 805 | Lender's Inspection Fee | | 0.00 |
| 806 | Application Fee | | 395.00 |
| 807 | Lender Fee | | 820.00 |
| 808 | Mortgage Broker Fee | | 0.00 |
| 809 | Tax Service Fee | | 0.00 |
| 810 | Processing Fee | | 159.00 |
| 811 | Underwriting Fee | | 0.00 |
| 1101 | Settlement or Closing Fee | | 140.00 |
| 1105 | Document Preparation | | 0.00 |
| 1106 | Notary Fee | | 0.00 |
| 1107 | Attorney's Fee | | 0.00 |
| 1108 | Title Insurance | | 1,673.00 |
| 1109 | Title Binder | | 200.00 |
| 1201 | Recording Fee | | 130.00 |
| 1202 | City / County Tax / Stamps | | 0.00 |
| 1203 | State Tax / Stamps | | 0.00 |
| 1301 | Survey Fee | | 0.00 |
| 1302 | Pest Inspection | | 0.00 |

Estimated Closing Costs (f.)  $ 3,517.00
Discount (if Borrower pays) (h.)  6,750.00
Total Closing Costs  $ 10,267.00

** these fees are non-refundable

### ESTIMATED PREPAID ITEMS

| # | Item | | | Amount |
|---|---|---|---|---|
| 901 | Interest for 15 days @ $42.71 | | $ | 640.65 |
| 902 | Mortgage Insurance Premium | | | 0.00 |
| 903 | Hazard Insurance Premium | | | 0.00 |
| 904 | Flood Insurance Premium | | | 0.00 |
| 905 | VA Funding Fee/HUD MIP | | | 0.00 |
| 1001 | Hazard Insurance | 2 | Mths | 134.00 |
| 1002 | Mortgage Insurance | 0 | Mths | 0.00 |
| 1003 | | 0 | Mths | 0.00 |
| 1004 | Property Taxes | 12 | Mths | 3,600.00 |
| 1005 | Association Dues | 0 | Mths | 0.00 |
| 1006 | Flood Insurance | 0 | Mths | 0.00 |
| 1007 | School Taxes | 0 | Mths | 0.00 |
| 1008 | Aggregate Escrow | | | 0.00 |

Estimated Prepaid Items (e.)  $ 4,374.65
Prepaid PMI, MIP, Funding Fee  0.00
Total Prepaid Items  $ 4,374.65

| | | |
|---|---|---|
| a. Purchase price | $ | 0.00 |
| b. Alterations, improvements, repairs | | 0.00 |
| c. Land (if acquired separately) | | 0.00 |
| d. Refinance (debts to be paid off) | | 182,259.00 |
| e. Estimated Prepaid Items | | 4,374.65 |
| f. Estimated Closing Costs | | 3,517.00 |
| g. PMI, MIP, Funding Fee | | 0.00 |
| h. Discount (if Borrower will pay) | | 6,750.00 |
| i. Total costs (items a - h) | | 196,900.65 |
| j. Subordinate Financing | | 0.00 |
| k. Closing costs paid by Seller | | 0.00 |
| l. Application Deposit | | 395.00 |
| Earnest Money Deposit | | 0.00 |
| | | 0.00 |
| m. Loan Amount (base) | | 300,000.00 |
| n. PMI, MIP, Funding Fee Financed | | 0.00 |
| o. Loan Amt. with Mortgage Insurance | | 300,000.00 |
| p. Cash from / (to) Borrower | $ | (103,494.35) |

### PROPOSED PAYMENT (PITI)

| | | |
|---|---|---|
| First Mortgage (Interest Only) | $ | 1,281.25 |
| Other Financing (P&I) | | 0.00 |
| Hazard Insurance | | 67.00 |
| Real Estate Taxes | | 300.00 |
| Mortgage Insurance | | 0.00 |
| Homeowner Assn. Dues | | 0.00 |
| Other: Lines 1003, 1006, 1007 | | 0.00 |
| Total Payment (PITI) | $ | 1,648.25 |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA).
Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender.
The undersigned acknowledges receipt to the booklet "Settlement Costs," and the Consumer Handbook on ARM Mortgages, if applicable.

Borrower  Frank M Brett  Date _____

Co-Borrower _____  Date _____

Byte Enterprises, Inc. 1-800-695-1008 (211)

# EXHIBIT "B"

Previous editions are obsolete                                                            form HUD-1 (3/86) ref Handbo

## A. Settlement Statement

**B. Type of Loan**

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265 (expires 9/30/2006)

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | HSS-1036 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement
Printed 02/07/2005 at 14:1

| D. NAME OF BORROWER: | FRANK M BRETT |
| ADDRESS: | 607 N MIDDLETOWN ROAD, MEDIA, PA 19063 |
| E. NAME OF SELLER: | REFINANCE |
| ADDRESS: | |
| F. NAME OF LENDER: | SOVEREIGN BANK |
| ADDRESS: | 1130 BERKSHIRED BLVD, WYOMISSING, PA 19610 |
| G. PROPERTY ADDRESS: | 607 N MIDDLETOWN ROAD, Media, PA 19063 |
| | Middletown Township |
| H. SETTLEMENT AGENT: | HARVARD SETTLEMENT SERVICES, LLC, Telephone: 610-565-8137 Fax: 610-565-8354 |
| PLACE OF SETTLEMENT: | 200 EAST STATE STREET, SUITE 302, MEDIA, PA 19063 |
| I. SETTLEMENT DATE: | 02/07/2005       DISBURSEMENT DATE:    02/11/2005 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 70,130.40 | 403. | |
| 104. Payoff of First Mortgage Loan | 182,011.66 | 404. | |
| ABN AMRO MORTGAGE GROUP, INC. | | | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 252,142.06 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 300,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 300,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 252,142.06 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 300,000.00 | 602. Less reduction amount due seller (line 520) | |
| 303. CASH TO BORROWER | 47,857.94 | 603. CASH TO SELLER | |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____ / _____       SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

Previous editions are obsolete                                                                                           form HUD-1 (3/86) ref Handoo

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT            File Number: HSS-1036
**SETTLEMENT STATEMENT**                                    TitleExpress Settlement System  Printed 02/07/2005 at 14:18 DMT

| L. SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FR SELLER FUNDS SETTLEM |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee | % | | | |
| 802. Loan Discount | %AMERICAN FAMILY MORTGAGE | | 6,750.00 | |
| 803. Appraisal Fee | to AMERICAN FAMILY MORTGAGE | (P.O.C.) 395.00 Buyer | | |
| 804. Credit Report | | | | |
| 805. Lender's Inspection Fee | | | | |
| 806. Mortgage Application Fee | | | | |
| 807. Assumption Fee | | | | |
| 808. BROKERS COMMITMENT FEE to AMERICAN FAMILY MORTGAGE | | | 170.00 | |
| 809. PROCESSING FEE | to AMERICAN FAMILY MORTGAGE | | 159.00 | |
| 810. COMMIITMENT FEE | to SOVEREIGN BANK | | 650.00 | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 02/11/2005 to 03/01/2005 @$ /day 18 Days | | | 731.25 | |
| 902. Mortgage Insurance Premium for | to | | | |
| 903. Hazard Insurance Premium for | to | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance | 6 mo. @ $ | 64.75 /mo | 388.50 | |
| 1002. Mortgage Insurance | mo. @ $ | /mo | | |
| 1003. City Property Tax | 2 mo. @ $ | 11.18 /mo | 22.36 | |
| 1004. County Property Tax | 2 mo. @ $ | 60.68 /mo | 121.36 | |
| 1005. School Taxes | 9 mo. @ $ | 227.56 /mo | 2,048.04 | |
| 1009. Aggregate Analysis Adjustment to SOVEREIGN BANK | | | -942.00 | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee | | | | |
| 1102. Abstract or title search | | | | |
| 1103. Title examination | | | | |
| 1104. Title insurance binder | | | | |
| 1105. Document Preparation/DEED | to Harvard Land Transfer, LLC | | 175.00 | |
| 1106. Notary Fees | to DONNA M TYRRELL | | 20.00 | |
| 1107. Attorney's fees | | | | |
| (includes above items No: | ) | | | |
| 1108. Title Insurance | to Harvard Land Transfer, LLC | | 1,758.30 | |
| (includes above items No: | ) | | | |
| 1109. Lender's Policy | 300,000.00 - 1,338.30 | | | |
| 1110. Owner's Policy | - 420.00 | | | |
| 1111. End 100, End 300, End 710, End to Harvard Land Transfer, LLC | | | 200.00 | |
| 1112. FED EX PAYOFF/PKG | to Harvard Land Transfer, LLC | | 30.00 | |
| 1113. ClosingSvcLtr | to Harvard Land Transfer, LLC | | 35.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees Deed $ 60.00 ; Mortgage $ 120.00 ; Release $ | | | 180.00 | |
| 1202. City/County tax/stamps | Deed $ | ; Mortgage $ | | |
| 1203. State Tax/stamps | Deed $ | ; Mortgage $ | | |
| 1204. RECORDING SERV FEE | to Harvard Land Transfer, LLC | | 10.00 | |
| 1205. INCOMING WIRE | to Harvard Land Transfer, LLC | | 25.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | | | | |
| 1302. Pest Inspection | | | | |
| 1303. TAX CERT | to Harvard Land Transfer, LLC | | 35.00 | |
| 1304. 2004 COUNTY | to DELAWARE COUNTY TREASURER | | 713.59 | |
| 1305. 2004 TWP | | | 350.00 | |
| 1306. COMMISSION | to LONG & FOSTER | | 1,000.00 | |
| 1307. PAYMENT | to CHERYL J. BRETT | | 55,500.00 | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | | 70,130.40 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

*Frank M. Brett* (signature)
FRANK M BRETT

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transac I have caused or will cause the funds to be disbursed in accordance with this statement.

By: _(signature)_  2/7/05
                        DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT,<br><br>   Plaintiff,<br><br>v.<br><br>ANDRE WOODLEY, SCOT GELNETT,<br>SOVEREIGN BANK, and DENNIS J. MUIR,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No. 06-410-GMS<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, certify that I am not less than 18 years of age, and that service of the *Motion to Dismiss or for More Definitive Statement of Defendants Andre Woodley and Scott Gelnett* was made on January 25, 2007 upon the following parties in the manner indicated:

*Via First Class Mail*

Frank Brett
5716 Windover Drive, Apt. D
Orlando, FL 32819

Cheryl Brett
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

Kristine Calalang
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

Dennis J. Muir, Esquire
2 West Baltimore Avenue, Suite 320
Media, PA 19063

Joni Berner
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

*Via CM/ECF*

Margaret M. Manning, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 25, 2007

COZEN O'CONNOR

*/s/ Sean J. Bellew*
Sean J. Bellew (No. 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: sbellew@cozen.com
*Attorneys for Andre Woodley
and Scott Gelnett*

WILMINGTON\49358\1 197188.000