Frank Brett
VS
Andre Woodley

Civil Action # 06-410-GMS

Pg. 1 of 3
5 Exhibits From ACLU.

## Motion to Extend The Time on Motion to Dismiss for a More Definitive Statement of Defendants, Andre Woodley and Scott Gelnett.

Background — That I mailed to Dennis Muir on 10/14/06 a letter. Stating in this letter, I need all the Bills and Descriptive pages with the Times and Dates on them from him. When I employed him, who, what the contents were, where and when he spoke with anyone, All the E Mails he sent and received in regards with my case. I have not received anything back from him. He is withholding the key elements and evidence in this case. "I evoke the Freedom of Information Act. Dennis Muir told me I would never get another Lawyer. This was his threat. He told me that I would never have a day in court to tell this story. Maybe Tiffany Direnzo, her friend might have the Letter from Rockledg Florida

Fnk Brett
2/2/07

That I have had my mail stolen or delayed where I have lived for the last 2 years.
This is the 2nd letter I sent to Dennis Muir where there was no reply.

From: Frank Brett
130 Valencia Rd,
Rockledge FL.

10/14/06

To Dennis Muir: If I could please have the Bills and Descriptive pages, with the times and Dates on them from you. When I employed you, who, what the contents were, where and when you spoke with anyone. All the E mails you sent and received in regards with my case.

Thank You
Frank Brett

This Letter was sent to ACLU and to Dennis Muir on 6/06/06. I never received any reply from Dennis Muir, I received a reply from Samaatha Cohen of the ACLU.

Dennis Muir is with holding evidence, he is trying to cover up what he did to me. He was aided by attorney Vince Carasella and another attorney named Armstrong. They recorded me with the use of a cell phone and played it to their friends.

Frank Brett
2 W. Baltimore Avenue, Suite 320          6551 SE. Federal Highway
Median, Pa. 19063                                    Apt. 7 Stuart, Florida 34997

(Pg 1.)

Please Answer these Questions and Return as soon as Possible. A few days if possible. Thank You!   Frank Brett

#1. Why did you not tell me about the use of a cell phone! Recording Possibilities? The uses in court?

#2. The last day I spoke with you, you asked me if I knew about the deal that was made for me to come back to PA. in 8/03. I did not know anything. Can you explain it to me again?
You said the Deal was between Bud Berman (my Attorney) Remi Bishay — (Cheryl Brett's) Attorney — Brendan Brett, (Attorney-Cheryl Brett) John Carroll — (Joe Sullivan's Attorney) and several other Attorney's! What was it about? When did it go into effect exactly? Who made this deal up? Where did the deal take place? How did it exactly apply to your client?

#3. I told you that Cheryl Brett and her Techy (Technology brother) had been recording me since 2000. maybe even earlier? Her friends, Patty Johnson, Frank McCullough!

#4. I told you that Cheryl Brett had recorded me in her home in Glen Mills with Mary Cerbo and Joanna D'Bianca and I asked you to subpoena them for Questioning?

#5. Response to your letter 12/20/04! I was waiting for you to help me get a plumber? I told you I called 10 people with no response.

Exhibit #1                                                Delaware Court

Questions for Dennis Muir - Continued

#12. The Last Day in Your office You told me I would never get another Attorney? Why?

#13. I Told you at Butts Tavern in Delaware that Ray Amy's brother a (Marine had threatened to kill me in the Men's Room). I also told you that several State Troopers from Lima Barracks were there, and 2 Blonde (white Troopers) had been talking to Ray Amy's brother. Also the black State trooper who was 255 lbs who was at Butts. The 2 Blonde (white Troopers) had been to my home on 1/12/04 in 607 N. Middletown Rd. in Media, When Ray Amy was asked to leave the home and never come back?

#14. I need to know you Nationality? Are you Jewish?

#15. I asked you to Subpena Anne O'Reilly and Maureen Stewart Computer records? They had given away peoples address illegally. Computer crimes against me with 1st Amendment violations also against My wife Cheryl Brott and Her brother Rob Lauff?

#16 I asked you if you knew the name of Cheryl Brott PA State Trooper Laison? (The guys who Beat him up

#17. Did you or the police ever find the Murderer of Jim the Carpenter? The guys were in Bru's Room Pub in Deerfield beach in December 05. Also in Elbow room July 05 in Ft. Lauderdale Florida.

Exhibit 2

#6. I told you I even asked Dan Haydan? *For a Plumber?* He brought a friend of his over to the home and he never gave me an estimate. I asked Dan Haydan for this estimate from his plumber several times? I never got an estimate?

#7. Did you know that Mark Goldman (Private Investigator), Did he bug the house? My home at 607 N. Middletown in Media.

#8. Why did you not help me when my home at 607 N. Middleta Rd. Media was broken into in December 04. Cheryl Brett admitted to State Troope she broke the door open. She never had a key. She stole a $60.00 Halloween Costume (Pirate Costume). She could not find all contracts she was looking for. Insurance pox + other illegal items she did. She gave me buy mistake. Her + Her brother Rob"s Social Security Fraud. That's what she was looking for?

#9. I asked you why Kristine Calalang was calling Scot Gelnett. I never gave her permission to call him. Scot Gelnett told me I was going to strip bars She heard this from Kristine Calalang. Did you give Kristine Scot Gelnett's phone number or did Joni Berner do this?

#10. I asked you not to speak with Joe McIntosh! Why did you?

#11. I asked you why didn't you report me being poisoned with arsenic? To the police?
There was no Arsenic in the home! IT was tested! I was sick for a week in April of 2004. I told you this? + Dr. Peter Prescott?

Exhibit    #3 — Delaware Court

18c. When I 1st hired you Dennis you said it was all over Now? I can go out, I can go to strip bars, any bars, whore houses if I wanted to (I never did went). go anywhere it does not matter? Without being harrased?

19. I told you about Mifte from Delaware Following me several times.

Exhibit #4

## EXPRESS MAIL (upside down label)

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**
DELIVERY (POSTAL USE ONLY)

Delivery Attempt: Time AM/PM, Employee Signature
Delivery Attempt: Time AM/PM
Delivery Date: ED736169458US

CUSTOMER USE ONLY
☐ WAIVER OF SIGNATURE (Domestic Mail Only)
☐ NO DELIVERY — Weekend / Holiday
Mailer Signature

TO: (PLEASE PRINT) PHONE ( )
A.C.L.U.
4500 Biscayne Blvd,
Suite # 340
Miami FL, 33137

ZIP+4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
33137+

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

**EMS** www.usps.com
Call 1-800-222-1811
FOR PICKUP OR TRACKING

FROM: (PLEASE PRINT) PHONE (954) 803-0448
Frank Breth
6534 SE Federal Highway
Building # 6551, Apt # 7
Stuart FL, 34997

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 34997
Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $14.40
Scheduled Date of Delivery: Month 6 Day 5/06
Scheduled Time of Delivery: ☐ Noon ☒ 3 PM
Return Receipt Fee: $1.85
COD Fee / Insurance Fee
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $16.25
Weight: 3 lbs 0 oz
Int'l Alpha Country Code
Acceptance Emp. Initials

ED 736169458 US

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   4500 Biscayne Blvd,
   Suite # 340
   Miami FL, 33137

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by ( Printed Name ): Samantha Cohen
C. Date of Delivery: 6-6
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): ED 736 169 458 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit 5

This was sent to me ALL from Frank Brett

To Who it may concern I Lui's Goddaya was at 27 Isles of Venice around 8 o'clock on Friday September 30th 05. I witnessed Frank Brett go and get a piece of mail out of his locked mail box. It was mail from Sovereign Bank. It was opened. Steve Howard was home & Terry the landlord came over to me very nasty and kept telling me and Frank Brett to move the truck. Frank said OK. I witnessed Terry saying he would have been thrown out the next day anyway out of the apartment. Steve Howard kept bothering Frank. He called one of his goons around 10 o'clock. The Security guard and Joe showed up at the same time. Frank said he never saw this guy Joe before. But had heard stories from Steve Howard how he beats people up with some of his friends. Joe was very mad at 1st and when Frank said he was moving out and just wanted Steve Howard to leave him alone. Joe turned and yelled at Steve Howard and than drove away in his car. Frank said he has a $1259. error since then with Soverign Bank.

12/29/05

Exhibit 6

Frank Brett
Plaintiff
vs
Andre Woodley

Civil Action
06-410GMS

Certificate of Service

The Undersigned hereby Certifies that copies of the foregoing were caused to be served this 2nd day of February 2007, Upon the Following in the manner indicated. By Certified Mail with Receipt!

Andre Woodley + Scott Gelnett

Cozen O'Connor

Sean J. Bellew
Sean J. Bellew (No 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE. 19801

Dennis Main
2 West Baltimore Ave
Suite 320
Media Pa. 19063
Pro SE

Frank Brett
Frank Brett

5716 Windover Dr. Apt. D
Orlando, FL. 32819