IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-410 GMS |
| | ) | |
| ANDRE WOODLEY, et al. | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

WHEREAS, on June 28, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on September 22, 2006, an amended complaint was filed by the plaintiff (D.I. 3);

WHEREAS, on November 1, 2006, summons were returned executed for the defendants Andre Woodley, Kristine Calalang, Joni Berner, and Cheryl Brett (D.I. Nos. 7, 8, 9, and 10);

WHEREAS, on January 18, 2007, the defendants Woodley, Calalang, Berner, and Brett were ordered to answer or otherwise respond to the complaint within five (5) days of the date of the Order (D.I. 21);

WHEREAS, the court's docket reflects no answers or other responsive pleadings filed by the defendants;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendants Andre Woodley, Kristine Calalang, Joni Berner, and Cheryl Brett.



February __5__, 2007

FILED
FEB - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
UNITED STATES DISTRICT JUDGE