IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANDRE WOODLEY, KRISTINE )<br>CALALANG, JONI BERNER, AND )<br>CHERYL BRETT )<br>)<br>Defendants ) | Civil Action No. 06-410 GMS |

### ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the above-named defendants on November 1, 2006, and that said defendants have failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: February 5, 2007

/s/
By: Marie McDavid, Deputy Clerk