# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054

T 302 552 4200
F 302 552 4295

www.buchananingersoll.com

**Margaret M Manning**
302 552 4213
margaret.manning@bipc.com

February 6, 2007

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:    Frank Brett v. Woodley, et al., Civil No. 06-410 GMS

Dear Judge Sleet:

On January 18, 2007, this Court entered an order (the "Interim Order") directing Plaintiff to respond to the Motion to Strike filed by Sovereign Bank ("Sovereign") or risk dismissal of its complaint against Sovereign (D.I. No. 20). As of the date of this filing, Plaintiff has failed to file a response, nor have I been served any such document.

To provide the Court with a brief procedural history of the case, I submit as follows:

Plaintiff filed his *pro se* Complaint on June 28, 2006 and his *pro se* Amended Complaint on September 22, 2006. Sovereign filed its Motion to Dismiss the Complaint on November 2, 2006.

Plaintiff failed to timely respond to the Motion to Dismiss; rather, on December 16, 2006, one month past the filing deadline and two weeks after Sovereign filed a Certificate of Completion of Briefing, Plaintiff filed a "Reply Brief". Based on Plaintiff's failure to offer any excusable neglect for the late filing, on December 21, 2006, Sovereign filed its Motion to Strike, requesting that the Court strike Plaintiff's "Reply" and consider Sovereign's Motion to Dismiss as unopposed.

After Plaintiff missed the deadline to respond to the Motion to Strike, The Court entered its Interim Order directing Plaintiff to respond to the Motion to Strike.

As of the date of this filing, Plaintiff has failed to comply with the Court's Interim Order by failing to file any response to the Motion to Strike. Plaintiff has, however, very recently filed a motion seeking additional time to respond to the motion to dismiss the complaint filed by

February 6, 2007
Page - 2 -

defendants Woodley and Gelnett. While the Plaintiff's latest filing shows that he is still aware of the activity of this Court's docket and his interest in possibly pursuing his cause of action against various defendants, he has failed to comply with this Court's order and continues to ignore filing deadlines imposed upon him by the Federal Rules of Civil Procedure. In addition, while the Complaint fails to state a claim and fails to properly plead a case, it does suggest that the Plaintiff has enough access to legal resources such that he should be aware of the deadlines imposed by the Federal Rules of Civil Procedure. Furthermore, the Court's Interim Order made clear that failure to respond to the Motion to Strike could result in dismissal of Sovereign as a defendant in this matter.

Sovereign submits that it is inequitable that Mr. Brett as the complaining party in this matter can continue to avoid deadlines imposed upon him by both the Federal Rules of Civil Procedure and this Court, while Sovereign continues to spend resources, time and money to comply with all deadlines in a case that it should have never been named a party to.

Accordingly, Sovereign respectfully requests that the Court grant both its Motion to Strike and Motion to Dismiss. Two forms of order are enclosed for Your Honor's consideration.

I am available at the Court's convenience if Your Honor has any questions concerning this matter.

Respectfully submitted,

Margaret M Manning

MMM/as

Enclosures

cc: Clerk of the Court (via CM/ECF, w/Encl.)
    Frank Brett (via First Class Mail and Certified Mail, w/ Encl.)
    David Muir, Esquire (via First Class Mail)
    Sean J. Bellew (via CM/ECF)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRANK BRETT,                                    :
                                                :
     Plaintiff                                  :
                                                :    CIVIL ACTION NO. 06-410 GMS
     v.                                         :
                                                :
ANDRE WOODLEY,                                  :
SCOTT GELNETT (AMERICAN FAMILY  :
MORTGAGE),                                      :
SOVEREIGN BANK,                                 :
SCOTT GELNETT'S BROTHER IN LAW  :
(LOAN DEPARTMENT VICE                           :
PRESIDENT),                                     :
DENNIS MUIR, ESQUIRE,                           :
KRISTINE CALALANG,                              :
JONI BERNER,        and                         :
CHERYL BRETT,                                   :
                                                :
     Defendants.                                :

## ORDER

Upon review of Defendant Sovereign Bank's Motion to Dismiss the Amended Complaint

and Brief filed in support thereof, and any and all responses filed thereto, and in full

consideration thereof, it is hereby ORDERED THAT:

1.     The Motion to Dismiss is GRANTED.

2.     The Amended Complaint is DISMISSED as to defendant Soveign Bank with

prejudice.

Dated: _____, 2006
Wilmington, DE                                  _____
                                                J.

#2002748-v1

IN THE UNITED STATES DISTRICT COURTFOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 06-410 GMS |
| v. | : | |
| | : | |
| ANDRE WOODLEY, | : | |
| SCOTT GELNETT (AMERICAN FAMILY | : | |
| MORTGAGE), | : | |
| SOVEREIGN BANK, | : | |
| SCOTT GELNETT'S BROTHER IN LAW | : | |
| (LOAN DEPARTMENT VICE | : | |
| PRESIDENT), | : | |
| DENNIS MUIR, ESQUIRE, | : | |
| KRISTINE CALALANG, | : | |
| JONI BERNER,      and | : | |
| CHERYL BRETT, | : | |
| | : | |
| Defendants. | : | |

## (REVISED) ORDER

The Court, having considered the Motion of Sovereign Bank seeking entry of an order (i) striking the reply brief filed by Plaintiff Frank Brett; (ii) staying the briefing schedule; and (iii) requesting that this Court schedule a status conference ("Motion to Strike") as well as Sovereign Bank's Motion for Entry of Orders, and finding that no additional briefing on the motions is required or appropriate, and notice having been duly provided, it is hereby ORDERED THAT:

1.    The Motion to Strike is GRANTED;

2.    The Plaintiff's Reply Brief is STRICKEN from the record;

3.    Defendant Sovereign Bank is not required to submit additional briefing on its Motion to Dismiss; and

4.    Defendant Sovereign Bank's Motion to Dismiss is deemed unopposed.

Dated: _____, 2007
Wilmington, DE

_____
The Honorable Gregory M. Sleet