IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT | ) | |
|     Plaintiff | ) ) ) ) | |
| v. | ) ) | Civil Action No. 06-410 GMS |
| ANDRE WOODLEY, et al. | ) ) ) | |
|     Defendants | ) | |

FILED
FEB 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

WHEREAS, on June 28, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on September 22, 2006, an amended complaint was filed by the plaintiff (D.I. 3);

WHEREAS, on November 1, 2006, a summons was returned executed for the defendant Andre Woodley (D.I. 7);

WHEREAS, on January 18, 2007, the defendants Woodley, Calalang, Berner, and Brett were ordered to answer or otherwise respond to the complaint within five (5) days of the date of the Order (D.I. 21);

WHEREAS, on January 25, 2007, a motion to dismiss was filed on behalf of the defendants Andre Woodley and Scott Gelnett (D.I. 22);

WHEREAS, on February 5, 2007, the clerk's Entry of Default was erroneously entered as to the defendant Andre Woodley (D.I. 25);

IT IS HEREBY ORDERED that:

The Clerk's Entry of Default as to the defendant Andre Woodley is hereby STRICKEN.

February 16, 2007

UNITED STATES DISTRICT JUDGE