

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Cheryl Brett
123 S. Broad Street
Suite 1710
Philadelphia, PA 19109

NIXIE 191 1 75 02/04/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

U.S.M.S X-RAY

$00.390
01/18/2007
US POSTAGE
Mailed From 19801



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 06-410 GMS |
| ANDRE WOODLEY, et al. | : | |
| Defendants | : | |

### ORDER TO ANSWER

WHEREAS, on June 28, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on September 22, 2006, an amended complaint was filed by the plaintiff (D.I. 3);

WHEREAS, on November 1, 2006, summons were returned executed for the defendants Andre Woodley, Kristine Calalang, Joni Berner, and Cheryl Brett (D.I. Nos. 7, 8, 9, and 10);

WHEREAS, the court's docket reflects no answer or other responsive pleadings filed by the defendants;

IT IS HEREBY ORDERED that:

1. The defendants will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

January 18, 2007

FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE