049J820023030

$00.390
01/18/2007
Mailed From 19801
US POSTAGE

Neopost

75 02/22/07

*1527-21542-18-40

NIXIE        191       1       RETURN TO SENDER
                               NOT DELIVERABLE AS ADDRESSED
                               UNABLE TO FORWARD

BC: 19899001818        *1527-21542-18-40

19899@0018

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Joni Berner
123 S. Broad Street
Suite 1710
Philadelphia, PA 19109

Case 1:06-cv-00410-GMS    Document 29    Filed 02/27/2007    Page 1 of 2



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT | : |
| Plaintiff | : |
| v. | : Civil Action No. 06-410 GMS |
| ANDRE WOODLEY, et al. | : |
| Defendants | : |



## ORDER TO ANSWER

WHEREAS, on June 28, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on September 22, 2006, an amended complaint was filed by the plaintiff (D.I. 3);

WHEREAS, on November 1, 2006, summons were returned executed for the defendants Andre Woodley, Kristine Calalang, Joni Berner, and Cheryl Brett (D.I. Nos. 7, 8, 9, and 10);

WHEREAS, the court's docket reflects no answer or other responsive pleadings filed by the defendants;

IT IS HEREBY ORDERED that:

1. The defendants will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

January 18, 2007

FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE