06cv410 GMS

MAR - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

Kristine Calalang
123 S. Broad Street
Suite 1710
Philadelphia, PA 19109

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT | : |
| Plaintiff | : |
| v. | : Civil Action No. 06-410 GMS |
| ANDRE WOODLEY, et al. | : |
| Defendants | : |

### ORDER TO ANSWER

WHEREAS, on June 28, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on September 22, 2006, an amended complaint was filed by the plaintiff (D.I. 3);

WHEREAS, on November 1, 2006, summons were returned executed for the defendants Andre Woodley, Kristine Calalang, Joni Berner, and Cheryl Brett (D.I. Nos. 7, 8, 9, and 10);

WHEREAS, the court's docket reflects no answer or other responsive pleadings filed by the defendants;

IT IS HEREBY ORDERED that:

1. The defendants will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

January 18, 2007

FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE