IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-410-GMS |
| ANDRE WOODLEY, et al., | : | |
| Defendants. | : | |

### RESPONSE OF DEFENDANTS ANDRE WOODLEY AND SCOTT GELNETT TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS OR FOR MORE DEFINITIVE STATEMENT

Defendants Andre Woodley ("Woodley") and Scott Gelnett ("Gelnett"), by and through their undersigned counsel, Cozen O'Connor, respectfully submit this Response to Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss or for More Definitive as follows:

1. Defendants Woodley and Gelnett filed a Motion to Dismiss or for More Definitive Statement on January 25, 2007 (the "Motion to Dismiss"). (Docket Item ("D.I."), 22).

2. In response, Plaintiff filed a Motion for Extension of Time to Respond to the Motion to Dismiss (the "Extension Motion"). (D.I. 23). The basis for Plaintiff's Extension Motion appears to be a claimed need to obtain certain information from Defendant, Dennis Muir.

3. Plaintiff made no request of counsel for Woodley and Gelnett for a reasonable extension of the time to respond to the Motion to Dismiss. Had such a request been presented, Woodley and Gelnett would have provided Plaintiff consensual relief from the ten (10) day reply period under Local Rule 7.1.2(3). At the same time, Woodley and Gelnett and Plaintiff would

have identified an agreeable date certain by Plaintiff would need to file his Reply to the Motion to Dismiss.

4. Defendants Woodley and Gelnett do not oppose the Extension Motion, but simply request that the Court set a date certain by which Plaintiff must respond to the Motion to Dismiss.

Dated: March 28, 2007

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew (No. 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: sbellew@cozen.com

*Attorneys for Andre Woodley
and Scott Gelnett*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-410-GMS |
| | : |
| ANDRE WOODLEY, et al., | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, on January 25, 2007, Defendants Andre Woodley and Scott Gelnett filed a Motion to Dismiss or for More Definitive Statement (the "Motion to Dismiss") (D.I.22);

WHEREAS, on February 2, 2007, Plaintiff filed a Motion for Extension of Time to Respond to the Motion to Dismiss or for More Definitive Statement of Defendants Woodley and Gelnett (the "Motion"). (D.I. 23).

WHEREAS, on March 28, 2007, Defendants Woodley and Gelnett filed a Reply to the Motion seeking a date certain by which Plaintiff will file his Reply to the Motion to Dismiss;

IT IS HEREBY ORDERED that:

1.  Plaintiff will file his Reply to the Motion to Dismiss within ____ days of the date of this Order


Dated: _____, 2007

_____
UNITED STATES DISTRICT JUDGE

WILMINGTON\51032\1 197188.000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT,<br><br>      Plaintiff,<br><br>v.<br><br>ANDRE WOODLEY, SCOT GELNETT,<br>SOVEREIGN BANK, and DENNIS J. MUIR,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No. 06-410-GMS<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, certify that I am not less than 18 years of age, and that service of the *Response of Defendants Andre Woodley and Scott Gelnett to Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss or for More Definitive Statement* was made on March 28, 2007 upon the following parties in the manner indicated:

*Via First Class Mail*

Frank Brett
5716 Windover Drive, Apt. D
Orlando, FL 32819

Cheryl Brett
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

Kristine Calalang
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

Dennis J. Muir, Esquire
2 West Baltimore Avenue, Suite 320
Media, PA 19063

Joni Berner
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

*Via CM/ECF*

Margaret M. Manning, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 28, 2007                                  COZEN O'CONNOR

                                                       */s/ Sean J. Bellew*
                                                       Sean J. Bellew (No. 4072)
                                                       1201 N. Market Street, Suite 1400
                                                       Wilmington, DE  19801
                                                       Telephone:  (302) 295-2000
                                                       Facsimile:  (302) 295-2013
                                                       Email: sbellew@cozen.com
                                                       *Attorneys for Andre Woodley
                                                       and Scott Gelnett*