IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 06-410-GMS |
| ANDRE WOODLEY, et al., | : |
|     Defendants. | : |

### ORDER

WHEREAS, on January 25, 2007, Defendants Andre Woodley and Scott Gelnett filed a Motion to Dismiss or for More Definitive Statement (the "Motion to Dismiss") (D.I.22);

WHEREAS, on February 2, 2007, Plaintiff filed a Motion for Extension of Time to Respond to the Motion to Dismiss or for More Definitive Statement of Defendants Woodley and Gelnett (the "Motion"). (D.I. 23).

WHEREAS, on March 28, 2007, Defendants Woodley and Gelnett filed a Reply to the Motion seeking a date certain by which Plaintiff will file his Reply to the Motion to Dismiss;

IT IS HEREBY ORDERED that:

1. Plaintiff will file his Reply to the Motion to Dismiss within *10* days of the date of this Order

Dated: *March 29*, 2007

UNITED STATES DISTRICT JUDGE

WILMINGTON\51032\1 197188.000

FILED
MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE