From: Frank Brett
4420 Middlebrook Rd.
Orlando FL. 32811

Case # 06-410
Frank Brett vs
Andre Woolley

## Change of Address

Frank Brett - Plaintiff          4420 Middlebrook Rd.
          vs.                    Orlando FL. 32811
Andre Woolley
Scot Gelnott (American Family Mortg.)
Sovereign Bank
Dennis Muir
Kristine Calalang
Joni Berner


I had to move from my Last Address
because I have been threatened by Albro Roa
Sanches who came to my apartment
around 10:30 pm at McKinley Properties
with another unknown man. They knocked
on my door and threatened me and than they
took off in a hurry. I had no phone
working at that time to call the police.
This occured on 1/12/07. I had just woken up.
    I was threatened again on 4/4/07 at
Orena Sports Bar by an unknown white male
from Georgia who said he knew who I was
and he had just got out of jail for murder.
He said they were going to kill me. So I
called Brevard Sheriff's Dept, Orlando.
Korpora Ed Kelly showed up and told me to
go home. (407) 351-9368.
                    Thank You - Fred Brett
                         4/10/07

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 4/10/07, upon the following in the manner indicated:

By Mail

Sean J. Bellew - Cozen O'Connor
Chase Manhatten Centre
1201 North Market St, Suite 1400
wilmington, De. 19801


Margaret Manning
The Brandywine Building
1000 west Street, Suite 1410
Wilmington, De 19801

Dennis Muir
2 west Baltimore Ave,
Suite 320
Media, PA. 19063
Pro Se


Fred Brett
Frank Brett

4420 Middlebrook Rd
orlando FL, 32811