From: Frank Brett
4420 Middlebrook Rd.
Orlando FL. 32811

Pg 1 of 1
Case # 06-410
Frank Brett vs Andre Woodley

Motion to Force Dennis Muir to Reply in writing to my 3 Letters.

I can not respond properly to Andre Woodley, Scot Gelnett, Sovereign Bank, Dennis Muir, Kristin Calalang without an answer.

Background - I mailed out 2 previous letters to Dennis Muir on 10/14/06 and on 2/2/07. Stating in these Letters, that I need all the Bills and descriptive pages with the times and dates on them from him, what the contents of our conversations were, where and when he spoke with anyone. All the E Mails he sent and received in regards with my case. Question to Dennis Muir: What was Vince Carosella doing outside the door on several occasions with his Cell phone, When I was in Conference with Dennis Muir, I asked Dennis Muir on several occasions this question, Dennis Muir stated to me that cell phones can not record conversations. I have not received anything back from Dennis Muir yet. I have asked Dennis Muir why he gave my Mortgage man Scot Gelnett's telephone Number to Joni Berner and Kristine Calalang, So that they could bump up the fees for Scott Gelnett?

Thank You   Frank Brett
4/10/07

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 4/10/07, upon the following in the manner indicated:

By Mail

Sean J. Bellew - Cozen O'Connor
Chase Manhatten Centre
1201 North Market St, Suite 1400
Wilmington, De. 19801

Margaret Manning
The Brandywine Building
1000 West Street, Suite 1410
Vilmington, De 19801

Dennis Muir
2 West Baltimore Ave,
Suite 320
Media, PA. 19063
Pro Se

Frank Brett
Frank Brett
4420 Middlebrook Rd,
Orlando FL, 32811