From: Frank Brett
4420 Middlebrook Rd.
Orlando FL. 32811

Pg 1 of 1
Case # 06-410
Frank Brett vs Andre Woodley

Motion to Force American Family Mortgage, Scot Gelnett and Andre Woodley to turn over all Emails and paperwork Letters and conversations to Dennis Muir, Kristine Calalang and Joni Berner to force them to Reply in writing to me. All Mortgage paper work, including a Lock in rates, a Good Faith Estimates, all paperwork etc. regarding our business relationship.

#1. Question to Scot Gelnett did Dennis Muir Kristine Calalang or Joni Berner ever say they were out to steal my civil rights. Cover up any of the crimes that Cheryl Brett and her Brother Rob Lauff committed with their association with the Philadelphia Mob, Outlaws Motorcycle gang, Hells Angels Motorcycle gang?

#2. Question to Scot Gelnett did Dennis Muir offer you more work as a result of the business dealings we had. Have you done more business with Dennis Muir, Kristine Calalang or Joni Berner Since my settlement date?

#3. Question to Scot Gelnett did any member of the Police or Clergy influence our Business deal?

Thank you, Frank Brett
4/13/07

Frank Brett
4420 Middlebrook Rd.
Orlando FL. 32811

Case # 06-410
Frank Brett
vs
Andre Woodley

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 4/13/07, upon the following in the Manor indicated:

| | |
|---|---|
| Frank Brett - Plaintiff | By Mail |
| vs | Sean J. Bellew - Cozen O'Connor |
| Andre Woodley | Chase Manhattan Centre |
| Scot Gelnoff | 1201 North Market St, Suite 1400 |
| Sovereign Bank | Wilmington, DE. 19801 |
| Dennis Muir | |
| Kristine Calalang | Margaret M. Manning |
| Joni Berner | Buchanan Ingersoll + Rooney P.C. |
| Cheryl Brett | The Brandywine Building |
| | 1000 West Street, Suite 1410 |
| | Wilmington, DE. 19801 |
| Kristine Calalang | Dennis, Muir |
| Joni Berner | 2 West Baltimore Ave, Suite 370 |
| 123 S. Broad Street | Media, PA, 19063 |
| Phila. Pa. | |

Frank Brett
Frank Brett

4420 Middlebrook Rd.
Orlando, FL. 32811