### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-410-GMS |
| | : | |
| v. | : | |
| | : | |
| ANDRE WOODLEY, *et al.,* | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATION OF COMPLETION OF BRIEFING

Defendants Andre Woodley and Scott Gelnett, by and through their undersigned counsel, Cozen O'Connor, respectfully submit this Certification of Completion of Briefing and state as follows:

1.  On January 25, 2007, Defendants Andre Woodley ("Woodley") and Scott Gelnett ("Gelnett") filed a Motion to Dismiss or for a More Definitive Statement (the "Motion to Dismiss") (D.I. 22);

2.  On February 2, 2007, Plaintiff Frank Brett ("Plaintiff") filed a Motion for Extension of Time to Respond to the Motion to Dismiss ("Motion for Extension of Time") (D.I. 23);

3.  On March 28, 2007, Defendants Woodley and Gelnett filed a reply to the Motion for Extension of Time seeking a date certain by which Plaintiff would be required to file his reply to the Motion to Dismiss;

4.  On March 29, 2007, the Court issued an Order (the "Court's Order") requiring Plaintiff to file his reply to the Motion to Dismiss within ten (10) days of the Court's Order, which required Plaintiff to file his reply to the Motion to Dismiss by April 12, 2007. The docket entry in connection with the Court's Order expressly notes that "no further extensions will be granted."

5.   Upon review of the Court's docket at the time of the filing of this Certification, Plaintiff has not filed a reply to the Motion to Dismiss as ordered by the Court.[1]

WHEREFORE, Defendants Woodley and Gelnett respectfully submit that pursuant to the Court's Order, and in light of Plaintiff's failure to reply to the Motion to Dismiss, the briefing on the Motion to Dismiss is completed. Defendants Andre Woodley and Scott Gelnett respectfully request that the Court enter an order dismissing this matter accordingly.

Dated: May 8, 2007                                                COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew (No. 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013Email:
    sbellew@cozen.com
*Attorneys for Andre Woodley
and Scott Gelnett*

---

[1] It appears that instead of filing a reply as ordered, Plaintiff filed on April 13, 2007 a paper captioned "Motion to Force American Family Mortgage, Scott Gelnett and Andre Woodley to turn over materials" (D.I. 35).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-410-GMS |
| | : | |
| v. | : | |
| | : | |
| ANDRE WOODLEY, *et al.,* | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, certify that I am not less than 18 years of age and that true and correct copies of the *Certification of Completion of Briefing* were served upon the following parties via the manners indicated:

*Via First Class Mail*

Frank Brett
4420 Middlebrook Road
Orlando, FL 32811

Dennis J. Muir, Esquire
2 West Baltimore Avenue, Suite 320
Media, PA 19063

Cheryl Brett
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

Joni Berner
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

Kristine Calalang
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102

*Via CM/ECF*

Margaret M. Manning, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

WILMINGTON\52264\1 197188.000

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 8, 2007                                  COZEN O'CONNOR

*/s/ Sean J. Bellew*
Sean J. Bellew (No. 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email: sbellew@cozen.com
*Attorneys for Andre Woodley*
*and Scott Gelnett*