IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-410 GMS |
| ANDRE WOODLEY,<br>SCOTT GELNETT<br>(AMERICAN FAMILY MORTGAGE),<br>SOVEREIGN BANK,<br>SCOTT GELNETT'S BROTHER IN LAW<br>(LOAN DEPARTMENT VICE PRESIDENT),<br>DENNIS MUIR, ESQUIRE,<br>KRISTINE CALALANG,<br>JONI BERNER, and<br>CHERYL BRETT. | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO: Clerk of District Court
US District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Frank Brett
4420 Middlebrook Road
Orlando, FL 32811

PLEASE WITHDRAW the appearances Margaret M. Manning, Esquire and Magdeline D. Coleman, Esquire and the firm of Buchanan Ingersoll & Rooney PC as counsel for defendant Sovereign Bank.

PLEASE ENTER the appearances of Donald J. Detweiler, Esquire and Titania R. Mack, Esquire and the firm of Greenberg Traurig, LLP as counsel for defendant Sovereign Bank.

NJ 226227971v1 5/10/2007

| GREENBERG TRAURIG LLP | BUCHANAN INGERSOLL & ROONEY PC |
|---|---|
| */s/ Titania R. Mack* | */s/ Margaret M. Manning* |
| Donald J. Detweiler  (#3087) | Margaret M. Manning  (#4183) |
| Titania R. Mack  (#4120) | Magdeline D. Coleman  (#4804) |
| The Nemours Building | The Brandywine Building |
| 1007 North Orange Street, Suite 1200 | 1000 West Street, Suite 1410 |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| Telephone:  (302) 661-7000 | Telephone:  (302) 552-4200 |
| Facsimile:  (302) 661-7360 | Facsimile:  (302) 552-4295 |

Dated:  May 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Substitution of Counsel was caused to be served on May 10, 2007 on the following parties in the manner indicated below:

*Via First Class Mail, Certified with Return Receipt Requested:*

Frank Brett
4420 Middlebrook Rd.
Orlando, FL 32811

*Via First Class Mail:*

Sean Bellew, Esq.
Cozen & O'Connor
Chase Manhattan Centre
1201 N Market Street, Suite 1400
Wilmington, DE 19801

Dennis Muir
2 West Baltimore Avenue
Suite 320
Media, PA 19063

/s/ Titania R. Mack
Titania R. Mack (#4120)

DEL 86183049v1 5/10/2007