Frank Brett
vs
Andre Woodley
et, al

Case # 06-410
GMS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL -6  PM 4: 22

COPY

7/6/07    Motion For Appointment of Counsel:

I Frank Brett am asking the court for a court appointed Attorney. I have no money. I have taken out a loan against my home to continue this case.
I have been harassed by some past attorneys who worked for me. Their families and friends have helped them in this harassment. All of this has happened since filing this case in Delaware. I had been harassed at my home and apartments I have lived in. All of these apartments where broken into and they had the keys.) papers were stolen from me. (I have copies of these papers.)
I had to move because of this harrassment. I have been threatened by Vince Carasella in the Orena Sports bar in Orlando, Florida on 3/28/07. Vince Carasella told me if I keep talking about the Blue Cross Cover up Federal Case in Philly their going to kill me. (He lied to me and said he was a killer from Georgia who just got out of prison for murder. He didn't think I would recognize him, but I did so. He was with
'Joe Brown.) I called the Orlando Sheriff's office. Corporal Kelley responded
'Syntex Corp.) to the call with 2 other sheriffs. I told them I was threatened by a Latin guy who looked like Albro Sanches who used to work for me. (Back in 2002) Albro threatened to kill me and my wife. I fired him and found out he worked for Bushianne painting in Avondale PA. Friends of Vince Carasella, Dennis Muin, and the Parnochio Brothers. I was threatened by Vince Carasella on 5/19/07. This time in McKenzies Brew Pub on RT 202 in Chaddsford PA. He came up to me 2 hours after I had been at McKenzies and he threatened me while I was in the bathroom. He said that his other lawyers Stephen Dewney, Charles Perutto Jr, and Charles Perutto Sr were going to make it a painful death. Also at McKenzies Bar were friends and employees of Robert Broadnax, Private Investigator I hired. He gave a lot of information to Sovereign Bank and American

Frank Brett vs Andre Woodley et al:   Pg 2 of 2   Case # 06-410

Family Mortgage. He also knew Bushianne, and talked to me about the Pannachio Brothers. Robert Broadnax worked for Real Eyes Investigative Service. He also knew Stephanie Osbourne and gave me her friends telephone number. He knew her through the Baptist Church in Newark Delaware Area off of RT 13. Stephanie Osbourne was a homeless girl I tried to help. She lied to me. She was drunk one night and said she dated Bushianne and knew of the Pannachio Brothers. Her mother went to the same Wachovia Bank I did in West Palm Beach Florida. Her mother and my mother went to the same race track in Pompano Beach Florida and know each other. Stephanie Osbourne was a plant by the Mafia to steal all my paperwork and to tell them what I was up to. She had a boyfriend she was living with. So I left her when I found this out.

I have been denied Counsel in the United States District Court, I have tried 18 Lawyers and Law firms and No one would represent me. I am being denied Due Process of the Law.

This is the List of Attorneys I called who said NO.

Don Gauge
Cal Williams
Fred Funk - Vance Funk
Tom Ferry
Almond + Eastburn (12/9/06)
Rahaim + Saints
Crossland + Associates - (12/9/06)
Morris Nichols
Morris James
Dennis Phifer
Connolly - Bove, Lodge, Hutz

Brady Williams - (12/9/06)
Doug Shachtman (12/9/06)
George Evans (12/9/06)
Cooch + Taylor (12/9/06)
Andrew Aaronsen (12/9/06)
Linda Martin
Austin Aaronse - (5/1/07)

Frank Brett
7/6/07