Case #06-410

From : Frank Brett
607 N. Middletown Rd.
Median Pa. 19063

Frank Brett :
VS
Andre Woodley

Change of Address

Frank Brett - Plaintiff
VS.
Andre Woodley
Scot Gelnett (American Family Mortg.)
Sovereign Bank
Dennis Muir
Kristine Calalang
Joni Berner

607 N. Middletown Rd.
Media Pa. 19063

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 12 PH 4: 22

Frank Brett
7/12/07