NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 06-410

_Frank Brett_

v.

_Andre Woodley_

DISTRICT COURT
JUDGE: Gregory M. Sleet

Notice is hereby given that _Frank Brett_
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on _7/11/07_
(date)

DATED: _____

_Frank Brett_
(Counsel for Appellant-Signature)

_____
(Name of Counsel - Typed)

_____
(Counsel for Appellee)

_____
(Address)

_____
(Address)

_____
(Telephone Number)

_____
(Telephone Number)

FILED
2007 JUL 12 PM 4:18
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 7/12/07, upon the following in the manner indicated:

By Mail:

Sean J. Bellew - Cozen "O" Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington DE, 19801

Margaret Manning
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE, 19801

Dennis Muir
2 West Baltimore Ave,
Suite 320
Media, PA, 19063
Pro Se

Kristine Calalang, Joni Berner, Cheryl Bett
123 S. Broad Street
Suite 1710
Philadelphia PA, 19109