IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 06-410-GMS |
| | ) |
| ANDRE WOODLEY, ET. AL., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

At Wilmington this 17th day of July, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, D.I. #43, filed July 12, 2007;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge



FILED

JUL 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE