IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-410-GMS |
| ANDRE WOODLEY, ET. AL., | ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this 17th day of July, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, D.I. #43, filed July 12, 2007;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge



FILED
JUL 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



unScanned
FILED
JUL 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



FILED
JUL 23 2007
U.S. DISTRICT COURT

Frank Brett, Pro se
607 N. Middletown Rd.
Media, PA 19063

NIXIE        191  DE  1        00-07/19/07
       RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 19899001818        *1527-07358-17-17