Frank Brett
vs
Andre Woodley
et, AL

Case #06-410

Motion to Stay on my Delaware County Court No 07-01146 Proceeding of Foreclosure of Mortgage on my home. Located at 607 N. Middletown Rd, Media Pa. 19063. This is in Delaware County Court. A Motion to Remove it from Delaware County Court and have it held in Delaware Court with this Lawsuit. Until this Lawsuit and all appeals process is Over.

Frank Brett
8/10/07

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 AUG 10 PM 4:15

Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 8/10/07, upon the following in the manner indicated:

By Mail

Sean J. Belle - Cozen O'Connor
Chase Manhattan Centre
1201 N. Market St. Suite 1400 Wilmington, DE, 19801

Margaret Manning
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE, 19801

Dennis Muir
2 West Baltimore Ave. Suite 320
Media, PA, 19063   Pro SE

Kristine Calalang, Joni Berner, Cheryl Brett
123 S Broad, Street Suite 1710, Phila, Pa, 19109

Pluese, Becker, and Saltzman, LLC
Rob Saltzman, Sovereign Bank,
20000 Horizon Way, Suite 900
Mt. Laurel, NJ, 08054

Frank Brett
8/10/07