Frank Brett
vs
Andre Woolley

Case # 06-410

**Motion for Appointment of Counsel:**

I Frank Brett in Light of the 168 pages of New evidence Plus Exibits, Am asking the District Court of Delaware to help me retain Counsel, In that this case is Complex Tort, It involves Police Harrassment and Clergy Abuce.

Frank Brett
8/10/07

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 AUG 10 PM 4:15

Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 8/10/07, upon the following in the manner indicated:

By Mail

Sean J. Bellew - Cozen O'Connor
Chase Manhatten Centre
1201 N. Market St. Suite 1400 Wilmington, DE, 19801

Margaret Manning
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE, 19801

Dennis Muir
2 West Baltimore Ave. Suite 320
Media, PA, 19063   Pro SE

Kristine Calalang, Joni Berner, Cheryl Brett
123 S. Broad Street Suite 1710 - Phila, PA, 19109

Pluese, Becker, and Saltzman, LLC
Rob Saltzman, Sovereign Bank,
20000 Horizon Way, Suite 900
Mt. Laurel, NJ, 08054

F.A. Brett
8/10/07