Frank Brett

vs

Andre Woodley

Et. AL

Case # 06-410

8/10/07 Motion To United States
District Court District of Delaware to Reconsider Case,
In light of the New Evidence of 168 pages Plus Exibits,
that The United States Gov'ft and the Catholic Church
invaded my 1st Amendment Rights to Privacy and my 4th
and 5th Amendment Rights to Privacy,

Frank Brett
8/10/07

2007 AUG 10 PM 4: 15
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

Certificate of Service

the undersigned hereby certifies that copies of the foregoing were caused to be served this 8/10/07, Upon the following in the manner indicated:

By Mail

Sean J. Belle - Cozen O'Connor
Chase Manhatten Centre
1201 N. Market St, Suite 1400 Wilmington, DE, 19801

Margaret Manning
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE, 19801

Dennis Muir
2 West Baltimore Ave. Suite 320
Media, PA, 19063   Pro SE

Kristine Calalang, Joni Berner, Cheryl Brett
123 S. Broad, Street Suite 1710  Phila, Pa, 19109

Pluese, Becker, and Saltzman, LLC
Rob Saltzman, Sovereign Bank,
26000 Horizon Way, Suite 900
Mt. Laurel, NJ, 08054

Fred Brett
8/10/07

President — George Bush
  1600 Pennsylvania Ave, Washington D.C. 20500
JeB Bush — Governor of Florida — Charles Crist — Governor of Florida — Tallahassee Fl. 400 S. Monroe 32399-1300
  Attorney General - Mr. Gonzales
        950 Pennsylvania Ave, NW/ Washington DC, 20530

National Security Advisor - General Mike Hayden

Federeral Bureau Investigations - Mr. Ashcroft
      935 Pennsylvania Ave, NW - Rm, 6296
      Washington DC, 20535

United States Customs - Director
      Washington DC. 20505
CIA - Central Intelligence Agency - Director - FOIA officer
      Washington DC. 20505
ATF - Alcohol + Tobaccot Firearms - Director
      650 Pennsylvania Ave, NW, Rm, 8400
      Washington DC, 20229
U.S Postal Service - Director
      475 L'Enfant Plaza SW - Rm 8650
      Washington, DC, 20260-5240
Delaware State Police - Newcastle County -
      Troop# 2 - 100 Lagrange Ave 19702
      Newark, Delaware Barracks.
Annapolis - Maryland - State Police
      610 Taylor Ave, Annapolis, Maryland 21401
Pennsylvania State Police
      Avondale Barracks - Avondale Rd, Pa, 19311
Pennsylvania State Police
      RT. I Media Barracks - Media Pa. 19063
      Dept, of Navy
      200 Navy Pentagon, Rm SE, -521
      Washington DC, 20350-2000
Lower Merion Police Dept, - Police Chief
      71 East Lancaster Ave, Ardmore, PA, 19003

Twp. of Haverford Police Dept, Police Chief (610) 853-1298
2325 Darby Rd. Havertown Pa. 19083
Upper Darby Police Dept - Police Chief - Delaware County
7236 West Chester Pike, Upper Darby, PA. 19082
Springfield Police Dept, Police Chief - Delaware County
50 Powell Rd. Springfield, PA. 19064
Media Police Dept - Police Chief
307 N. Jackson St, Media PA. 19063
Doylestown Police Dept, - Police chief
                    Doylestown Pa. 18901
Fort Lauderdale Police Dept - Police Chief - (954) 828-5590
     → 1300 W. Broward Blvd. Ft. Lauderdale FL,
Broward Sheriff Dept - Police Chief
        → Same address              FL.
Orlando Police Dept - Police chief
     → 100 S. Hughey Ave, Orlando FL,
Orlando Sheriffs Dept, - Police Chief
        → Same           Orlando FL,
Seminole County Police Dept - Police Chief
     101 N. Bush Blvd, P.O. Box 8004  Sanford FL,
Pompano Police Dept, Police chief
     1300 SW. 3rd Street, Pompano FL,
Catholic Church
Archdiocis of Phila Pa, Phila Pa. 1900

Federal Rule 1(b) 23(a) a,b,
(C)(E)-VII) involving class action, mass disaster
complex tort!
I will file this on violation of Illegal Search and Seizure
05 born vs. United States - 325. U.S. 323, 34 qv 354.
Violation of 4th and 5th Amendments.
I file this claim under Federal R. Civil P. 12(b)(6)
and 47 USC # 605. The Question being raised by
defendant is that telephone Companies, Verizon, Bell South
Cingular wireless, Pennsylvania State Police Media, FBI, CIA

Syntac Corp    Station and Private Investigators and their agents from
NSA, DEA      violated Federal Law. Mark Goldman Investigations FBI Copabian Co.,
Areystone Investigation, Real Eyes. I also file this claim on Federal Act. U.S.C.
# 2510 - Protection to Private communication between client
and ATTorney — State is Tsavars, 394, 50, 2d, 418
(1981) 1429. That the Pennsylvania State Police Media, FBI, CIA

NSA, DEA      Station and Private Investigators (Mark Goldman Investigations)
did Listen to my phone calls. That Pennsylvania State
Police violated my civil rights under Title 47 U.S code Section 222 of
Communication Act 1934-1996 That Verizon participated in this from 4/7/04
until end of September 04. During this time my
Billing was all messed up and on 7/12/04 2 checks were
returned by Citizen bank. I had plenty of money in checking
Account and I had direct deposit. This happened again
on 9/3/04 with a different bank, Commerce Bank.
I kept getting the run around from Al Moffa and some
lady Named Janey on 7/23/04, from Verizon.
On Several Occasions I saw a Black Suv and other Jeep
PA.-3547 unmarked cars with tinted windows. I saw a Little white
man around 40 to 50 years old with a head set on
numerous occasions. This is a digital Annalizer used
to hear conversations. I saw them in Spy ware for
# 22,000 thousand dollars. I saw this Police men
PA - Plates - 3547 on 9/28/05 coming out of my home in Media at 10:42 AM

☆☆ Establish Violation of Due Process right to pursue my occupation.

Claim Police Chief + Several Police officers intentionally sought to force me out of Business by excessive + unreasonable conduct.

☆. must set forth lists of incidents involving police+ or years. Following complaint. must show how incidents are connected to police defendants.

(#605)

(Federal Wiretaping Law - 47. U.S.C.S # 605 -)

Probable Cause - ~~that that~~ that employees were using premises for illegal activity. - Selling of stolen merchantdice. (Bud O'Brien + Joe Sullivan+) Al Pannachio Perry Pannachio, Nick Pannochio, Chris Veglia. (Jim, Jose. Their Employees.)

He had a Go-T-Beard, Clean Cut man. Around 50 years old,
White guy around 50 6 foot - 180 lbs He got into his Black Jeep + Tooh off.
The other Guy with David Smith - (Head of Delaware County Chamber
of Commerce) on 3/29th/04 at Old State Tavern in Media Pa.
I was There 1st an half an hour later David Smith and
this Little State Trooper Showed up. This Trooper 5'8" tall
followd me to Firewaters Bar in Chadds Ford with
2 other Troopers, Black guy 255 lbs and white guy
6'10" Tall 300 lbs who works for Judge John Toal.
on 8/18/04. I was filmed by these troopers
who came around 1 hour after I had arrived at Firewaters
bar. I was set up by (Dom Vito) from the
show Jackass (on MTV) he was signing womens
breast. He sat right next to me after I was at
the bar for an hour. He signed over 30 womens breast.
with his signature in Magic Marker. The bartender (also workred at Barn
Bar in Aston) Christine (Bubbles) the Blonde was taking pictures
and calling her friends with her cell phone. So were
the PA, State Troopers. The Last dance of the
evening I got up and danced with a nice (beautiful)
black women. She started dirty dancing and touching
her toes. Her 2 girlfriends joined in. When I noticed
the 2 STATE Troopers and Christine (Bubbles) Filming
I stopped dancing. The 2 Troopers ran outside to a
state trooper squad car. The 4 Troopers were laughing
hysterical. This was public humiliation. There were
a lot of people around. I asked the troopers for
the film. They would not give it to me.

This Film was showed to a lot of people.
Including Pat Collins, Bill Curry, John Collins,
John Keenan Srn, Jim Marinarie, Harry Shueffler,
Cheryl Brett, Frank + Laurie Zepta, Mike Smith.
I have been publichly humiliated and my Privacy was
Invaded by PA. State Police Media Station. I was
Tormented at. club Egypt in Philadelphia by 2 Italian girls (who new Lori
Zepta saw this film on 10/31/04. Also at Granite run mall—(Pompel's) Bar—(John
Collins a cop) on 3/24/04 by Pat Collins who saw this Filme. Also
3/17/07 at St, Patty celebration in Dovtown Orlando. etc. (Jim Marinarie Frie
From Tampa. Cingular Wireless participated with PA, Stak Police
Media PA, Florida STat Police from 9/1/01 until
Present Time, 5/22/07. My billing has been Totaly
messed with in 8 Locations in PA, and Florida. My home was broken into at 8
Locations. So when I have to phone pay I get harassment from
Cingular Wireless employees. I had purchased 2 defective
phones from cingular wireless. I had a Cingular Wireless
employee try to Kill my dog in Pompano Beach Florida. My next door Neighbor
I have had employees hang up on me, phones constantly just cut out (over 50 Times
when paying bills on me. I had Linda Jason from Prime America open, Citi
Bank mail my Cingular Wireless mail and tried to steal my Identity.
I reported this to Ft, Lauderdale + Miami Postmaster.
Exhibit #19. 6 pages Postal Theft of Cingular Wireless Mail.
On 8/16/05 at 1015 North Federal High way Ft, Lauderdale
Fl, 33304. Jose Linares Sales Manager And his staff
for 3 Hours I had to pay a bill correctly and make



Ex hibit #1    Pg 1 of 6    



**UNITED STATES POSTAL SERVICE** | **Mail Theft and Vandalism Complaint** | 1. Post office (including Station or Unit and ZIP + 4) Oakland Park – Post Office 33301

**2. Name of Complainant** Frank Brett

Street Address 27 Isle of Venice Dr Apt #2 | Apt. No. 2 | Home Telephone (Include Area Code) ( 954 ) 240-1888

City, State, and ZIP + 4 Fort Lauderdale FL 33301 | Work Telephone (Include Area Code) (    )

**3. Nature of Complaint**

| ☒ Theft of Mail | ☐ Damage to Mailbox | ☒ Mail Tampering | ☐ Mail Rifling | ☐ False Change of Address | Occurrence Date and Hour |
| ☐ Fire in Mailbox | ☐ Snet Aircontractor Collection Box | ☐ Other (Describe) Opened Mail | | | ☐ Incoming    ☐ Outgoing |

**4. Contents of Mail Stolen**

| ☐ Correspondence | ☐ Currency | ☐ Check | ☒ Bank Statement | ☐ Credit Card | ☐ ATP (Food stamps card) |
| ☒ Credit Card Statement | ☐ Other (Describe) ☒ Cingular wireless Mail | | | | |

**5. Type of Delivery**

| ☒ Apt. House; No. of Families 6 | ☐ Private Home | ☐ P.O. Box | ☐ Rooming House | ☐ Office Building | ☐ Rural or HCR |
| ☐ Hotel/Hospital | ☐ Other (Describe) | | | | |

**6. Type of Receptacle** Locked Mail Box Approved

| ☐ Door Slot | ☐ NDCBU | ☒ Apartment Panel | ☐ Collection | ☐ Residence | Locked? ☐ Yes |
| ☐ Desk Service | ☐ Rural Type | ☐ Combination | | | ☐ No |

**7. Particulars of Stolen Check**

| ☐ 01) Personal | ☐ 02) Commercial | ☐ 03) Local | ☐ 04) State | ☐ 05) Federal | ☐ 06) Money Order | ☐ 07) ATP |

Sender's Name and Address

Payee (If different from complainant)

| Amount $ | Check No. | Date | Symbol No. (If U.S. Treasury) |
| Maker of Check | | Bank on Which Drawn | |

**8. Purpose for Which Check Issued**

**9.** If Check or Money Order Was Cashed, Obtain Particulars (Date, Place, Person accepting it, etc.)

**10. Suspects** (Name, address, physical description, car description and license no.) (954)
4/22-5509) Linda Jason – 27 Isle of Venice Apt #1 – Fort Lauderdale FL 33301 –
She got my telephone # out of the opened Cingular wireless mail.
She works for Prime America – Has Friend in Phila Pa. Shirley who
was messing with Real Estate Transaction with Citi Bank + Apex Mortgage
(Lucy 30's) Theat Holly    Mitch Cohen (954) 383-2240 – 11/10/05
– Opened mail Cingular wireless – Threw rest of mail in Yard – Wachovia Bank Statement
Sovereign Bank, American Express Peco B7H, PASCPU mail

**11. Were Police Notified?**
☐ Yes (If "Yes", give Police Report No.: _____)    ☒ No. (If "No", instruct complainant to do so.)

**12. Remarks** (Continue on reverse, if necessary)

| 13. Date of Complaint 1/20/06 | 14. Complainant's Signature Fr. Brett |



UNITED STATES POSTAL INSPECTION SERVICE

MIAMI DIVISION

### Mail Theft / Mail Tampering Questionnaire

Please provide as much information as possible.

| 1. Complainant Information: | |
| --- | --- |
| Name: | Frank Brett |
| Address: | 949 SE, 20th Ave. Apt. 19 |
| City, State, Zip: | Deerfield Beach FL, 33441-5133 |
| Home Phone: | (954) ▮▮▮-▮▮▮▮  Work Phone: ▮▮▮▮▮▮▮▮ |
| Employer / Company Name: | Brett Painting |
| | |
| Other Victim, Name: | |
| Address: | |
| City, State, Zip: | |
| Home Phone: | Work Phone: |
| | |

2. Nature of Complaint: Please check as many as apply.

- ☒ Mail Tampering
- ☒ Mail Theft – Mail not Received
- ☐ Mail Theft – Mail Received without Contents
- ☒ Other: Mail Opened / 9/30/05

Please describe what happened: It had to be Mailman! I had Locked mail box.

Sept. 30th My mail - Sovereign Bank was opened. Have a witness.
I did not Receive Wachova Bank Statement for September.
I did not Receive, State Farm bills, Domestic Relations mail, Credit card Mail,
I did not Receive my Bills until 1/12/06 - (From Septembers bills)

| 3. Were the Police / Bank Fraud Investigator notified: ☐ Yes  ☒ No | |
| --- | --- |
| (Attach copy of police report) | |
| If yes, Name of Officer / Bank Fraud Investigator: | |
| Name of Department / Bank: | Phone #: |
| City/State: | |
| | |

TAMPA FIELD OFFICE
PO BOX 22526
TAMPA FL 33622-2526
TELEPHONE: (813) 281-5200
FAX: (813) 289-8003

- 2 -

| 4. What type of mailbox was in use on the date the mail was stolen/tampered? | My own Locked Mail box |
|---|---|
| ☐ Door slot  ☐ Rural Box  ☐ Apt Cluster | |
| ☐ Stand alone mail box for more than one residence | |
| ☐ Shared with others  ☒ Attached to house  ☒ Locked  ☐ Unlocked | |

**5. Incident Date:** 9/30/05 + 11/10/05 → (2 Times)
Same Location - 27 Isle of Venice Dr. Apt # 2 Fort Lauderdale FL. 33301

**6. Address where incident occurred:** 27 Isle of Venice Dr. Apt #2 Fort Lauderdale FL 33301

| Same as Complainant: | ☐ Yes.  ☒ No. If No: |
|---|---|
| Address: | 949 SE 20th Ave, Apt. 19 |
| City, State, Zip: | Deerfield Beach FL, 33441 - 5133 |

**7. Mailing Information:** 1st Time Sovereign Bank Info. #2 2nd Time - Cingular Wireless - Wachovia Bank State
**Address / location where letter/package was mailed from:** PASCDU - Wachovia Mailman opened it. He was Friend with
I don't know address Steve Howard + Theat + Linda Jason

| Date of Mailing: | 9/30/05 | Time of Mailing: | After 12:00 Noon |
|---|---|---|---|
| Type of Mail: | Bank Info. | Number: | 1 |
| Class/Service: | | | |

11/10/05
8. Wachovia Bank - 3300 N. Federal Highway Fort Lauderdale FL 33306

| Mailed from: Same as Complainant?: | ☐ Yes.  ☒ No. If No: |
|---|---|
| Name: | Frank Brett |
| Company Name/Major Mailer: | Wachovia Bank    U.S. Post Office |
| Address: | |
| City, State, Zip: | |

| Mailed To, Same as Complainant? | ☐ Yes.  ☒ No. If No: |
|---|---|
| Name: | Frank Brett |
| Address: | 27 Isle of Venice Dr. Apt. #2 Fort Lauderdale FL 33301 |
| City, State, Zip: | |

| Mailed from: Same as Complainant?: | ☐ Yes.  ☒ No. If No: |
|---|---|
| Name: | Frank Brett |
| Company Name/Major Mailer: | American Express    U.S. Post Office |
| Address: | 949 SE 20th Ave Apt # 19 |
| | Deerfield Beach FL, 33441 - 5133 |

Exhibit #1

Pg. 4 of 6

- 3 -

| | |
|---|---|
| City, State, Zip: | |
| Mailed To, Same as Complainant? | ☐ Yes.  ☒ No. If No: |
| Name: | Frank Brett |
| Address: | 27 Isle of Venice Dr, Apt #2 |
| City, State, Zip: | Fort Lauderdale FL, 33301 |

**List additional information on last page of Questionnaire**

| 9. Contents of letter(s) / package (s): | a. Sovereign Bank, - Mortgage Info. |
|---|---|
| | b. Wachovia Bank, - Bank Statements |

C. Cingular Wireless - Telephone Information - Telephone Number
D. American Express - All Account Info.

**10. Suspect name, address and vehicle:**

| | | Name: | Mailman + Steve Howard - Linda Jason - Thea | | | |
|---|---|---|---|---|---|---|
| | | Address: | 27 Isle of Venice Ft Lauderdale FL, Apt, 3 + 4 + 2 | | | |
| | | City, State, Zip: | -25 Isle of Venice Thea +  33301 | | | |
| | | Home Phone: | | Work Phone: | | |
| Description: | Age: Steve Howard 50  Linda Jason 50's | Race: | white  white | Sex: | male  Female |
| Steve Howard Height: | 5'8" | Weight: | 160 lbs | Hair Color: | Black |
| Linda Jason | 5'5' | Eye Color: | Brown 190 lbs | Brown |
| Vehicle | Make: | Model: | | Color: |
| Steve Howard - No Car  Linda Jason Ford Mustang  Thea - 20's | →License No.: | C25-2CR  white | State: | Florida  Female |

11. Why do you suspect ~~this~~ these person? Please list any additional witnesses: (Pending)
1. Steve Howard - He hates me, He threatened me. He knows about my divorce (+) was going through
2. Linda Jason - 11/10/05 - she called me up + said Holly opened my Cingular Wireless mail + threw the rest in the yard. Linda Jason told me she picked up my mail + called me from the opened Cingular Wireless number, Nobody had that number at that time,
3.

12. Additional Comments: I have been waiting for Private Investigator to come up with name of woman who moved into my Apartment 10/1/05 to 12/1/05 ! Apt Holly - (Early 20's, Female, Friends with Thea,

*(left margin:)* dy Jason (954)422-550Q d Mustang 25-2CR

*(left margin:)* Isle of Venice Apt 2 Lauderdale FL, 33301

9/30/05 My witness was Louis Guadalupe - (954)718-9874  9/30/05
He witness my opened Sovereign Bank mail around 8:PM - From my Locked mail box.

Thank you for taking the time to complete this questionnaire. **Remember to send all supporting documentation.**

I declare under penalty of perjury that the information I have provided in this
questionnaire is true and correct to the best of my knowledge.

Signature _____   Today's Date: 1/20/06

**Knowingly submitting false information on this form could subject you to
criminal prosecution for perjury.**

**Additional space for mailing information (Item #8)**

Exhibit #1.

P 9r 6 of 6

/ 12/9/05    3:50 pm /

I called Courtney at number 1(800) 275-8777
on 12/8/05, Comformation # CV24695722
I told her that Linda Jason and a woman
named Holly who now lives at 27 Isle of Venice
apartment # 2. Had opened my mail a friend of Theirs,
Linda Jason told me this on 11/10/05 when she
called me and told Linda I had changed my telephone
number and no One has this number. She said
Holly opened it first. Linda told me that Holly had
thrown my mail all over the yard and Linda has
my mail. I told her I did a change of address at
Oakland Park on the 1st week of October and then
again the 2nd week of October, Linda came and gave
me my mail later on that night. She stated she does
Mortgages now for Prime America and has a contact in
Philadelphia with Citi Groups "Bank" named Shirley.
She asked me if I'd like to get a mortgage through
her. I said OK, at 1st, Then I remembered
that I tried to get a Mortgage earlier that day
with Mitch Cohen of Opex Mortgage 11/10/05. For the
Next 2 weeks Mitch Cohen gave me the run around and
I did not get a Mortgage from him.

John on 5/31/05 was supposed to fix everything. He did nothing.
Sure I got the right equipment for my phone.
The other employee (John) I had delt with was fired Jose Linares
told me, Jose Kept telling me 1 story and I would
call their support staff and They would tell me opposite. For 3 hours this
when on. This is brain washing techniques used by Gov't police
agency's. On 8/16/05 I gotte to Simone Smith I asked
her repeatedly for the phone Bill for the Last 6 months.
She only put in for 3 months of phone bills.
3/30/07 - Pat Radiquez 8:50 pm — said a check from
Wachovia Bank for No Sufficient Funds was sent back in the
amount of $68.69. IT was a mistake at Wachovia Bank.
my phone service was shut off. Many other problems
with phone Bills. In 2/07 I spoke with a cingular wireless
Representative who rattled off all of the places I have
lived and traveled to. She was from a call center in (Baptist)
MESSISSIPPI. Cingular Wireless was tracking me with a
GPS Tracker. While at my wife's apt, on 12/9/03
at 132 Glen Mills I Told Cheryl Brett that Perry Pannachio
was the one who had spread a lot of Rumors about both
of us at McFaddens Bar in Upper Darby PA. Than a
few days Later Janice D'Ambrosia son and 2 other guys
whent to Duffers Pub in Edgemont Pa. They harassed Perry
a lot. Perry was with a Westown Police officer at the (Greiser
Badge#40) time. Joe Sullivan told me this on 12/31/03. Joe
Sullivan told me his friends and Perry's friends were going
to get even with Cheryl Brett he told me. Joe Sullivan
I had asked and

I told Joe Sullivan to stop harrassing me and my wife also told me they were going to give Mike Smith a DUI. On 1/8/04 I went to the Blarney Stone Bar in westown I had only 1 beer and left. I was pulled over by Perry Pannachios police Friend (Grebser Badge #40) I passed a sobriety test willingly. Than I was harrassed by the sargeant and my car a Hyndae was illegally searched without my consent. The police confiscated the Hyndae and had it towed to Ed's Towing impound in westchester. Two hundred dollars later I got my car back. My attorney Bud Berman said to pay the ticket. I have recently found out in 11/06 that Officer Grebser Badge #40 Tim Sullivan, Wayne Conger and a Mr Bergey who owned Bergey's Tavern in Conshocten had set me up. Trying to get me a DUI. All the private Investigators I hired never did their Job correctly, always messed up the Job. Check Em Out Investigations, Mark Goldman Investigations, Keystone Investigations, Ben CopaBlonco Investigations and Robert Broadnax Investigations always Baited and switched me and never fulfilled their contracts. Everyone of these Men were involved with FBI Agents, State Police, or CIA agent named Jimmy out of Radnor PA. They covered up all the criminal activities of Perry Pannachio, Nick Pannachio, Al Pannachio, Joe Sullivan, John Sullivan, Tim Sullivan, Matt Sullivan, Cousin Joe Sullivan-Football player, John Carral (Attorney) Mark Tarsdwell, Chris Veglia, Shelly Sullivan, Tom Sullivan. and Jim Sullivan.

I was pulled over by Media Bureau police officer
who was around 55 years old on 8/10/04. He said I
was speeding but would not show me his radar gun. I
gladly submitted to sobriety test and passed. The officer
asked if I was gay, I said NO. He then asked if
he could search the car with his sargeant. I said No.
They searched the vehicle anyhow and came up with nothing.

On 11/1/04 I was Driving on 56 powell Rd. Springfield
Pa. (Citation # B0352124-3) A Black Dodge diesel
Truck went right through a stop sign in front of me.
a Few blocks Later I was pulled over by a Springfield officer
(Diremiglio-9951) Police officer. I Told the officer that he had the
wrong truck. (My truck was maroone color) He would
not Listen and wrote me a ticket anyway.

On 6/1/04 I received a ticket from Philadelphia-Ticket
authority- National Recovery-ID #40629739-Mrs
Smith Ext. 3066 - I had received several notices from these
people regarding a ticket from my father 9 years ago.
That he had already paid 9 years ago. He was passed away
I kept telling them by phone and by Letter.

On 1/12/04 - Alex Reid an electrician AT my home
called the police. I had asked Ray Amy to Leave the property
several times. He was cursing me out and had threatened
me and would not Leave. I was in the basement with the
electrician. Ray Amy kept trying to bait me into a fight.
The PA. State Police Arrived - Trooper Andruziac I told
the story to. I explained to her exactly what had

happened. A Tall Blonde Trooper took Alex Reid
statement. Two other Troopers were talking to Ray Amy
Laughing. They made him take his equipment out of the
home. They told him not to return. I wanted to press
charges against him for terroristic threats. Andruzdec said
No. The Troopers Left. I found out Later that Ray
Amy was friends with Gillespie & Ritchie plumbing owner Francis

O'Brien and he had friends who were state troopers in PA and
Delaware. I asked my Attorney Bud Berman & Bill Scheim
& Chip Macbrides if he was a Confidential Informant. They said No.
I told my attorneys he had lied and said he had a contractors
License. I sued Ray Amy in Court and won Judgement for
# 3,108.50 on 8/26/04. He had on purpose been messing
up the Plumbing. (Exhibit # 2 — 3 pages) 5 Months and 5 Tries
before I got to Court. Ray Amy was also a Friend of Tom
Wiggins who plays Ice Hockey in Aston. He throws the (Blue Cross) (She works for)
goalie for the womens Ice hockey team the Freeze. She
works with my ex wife Cheryl Brett. No police or Attorneys
would help me. In September 04 I went to Bruhts
Tavern in Delaware. An hour Later 4 State Troopers showed
up. The Blonde State Trooper who had been at my home on
1/12/04 who had talked to Alex Reid the Electrician was
there. The 255 lb Black state Trooper and another white PA.
State Trooper (Blonde) who had been at Firewaters night
club on 8/13/04 were there too. Than in comes Ray Amy's
brother, (A Marine — He was talking to the tall Blonde
State Trooper. I whent to the bathroom and Ray Amy's

(Alex Reid — 150 B. ← Electrician ─ [He called the Police]
Aldan 610-623-7767

Alex Reid — 4003 Marshall Rd — Upper Darby
?

(610) 637-0739 Alex Reid will NOT sign the
statement in which he Typed up for me.
He is Stating that he does not know the
Plumbers Name, That is a lie I Told him
his name on January 13th 04 when
I was asking Ray Amy to Leave the home,
I kept saying Ray Leave the home.

1 Alex Reid (El.
Put a Level on the tub
n the Master Bathroom, He also said the
ub was way out of Level — (in ch out of
evel )

2. I Told The Police that Ray Amy Threatened
+ cursed at me a lot of times yet the
lice Did Nothing to him,
he Police Officer than went to Alex Reid and
him what had happened! Alex Told me
He told them Ray Amy Threatened me,
≠ don't understand why the State Police left,

Brother came in afterwords, He threatened to kill
me if I sued the Pa, State Police. I Told this
story to Dennis Mulr my Attorney, I Told him this
when I 1st hired him, He said it does'nt matter,

I spoke to Trooper Andruziac on 4/30/04 on
my cell phone, I asked her for a Police report for the
incident on 1/12/04, She told me she was not there,
She told me she talked to her sergeant and she said,
He said the case was closed, I told her I needed a
Police report for court against Ray Amy, She Lied,
Because I can proove Trooper Andruziac was there,

I called the Pa, State Police on 1/3/04 about my
Hyndae car being vandalized, Trooper Andruziac
Showed up. I told her the car was vandalized on the
Quarter panel next to the gas tank, A dent the
Size of a Basketball, A smudged shoe print was there,
There was also Fist dents on the hood + roof of the car,
I told Trooper Andruziac that only 3 people new where I
Lived, My wifes brother Rob Lauff, My wifes Friend Frank
Zepka and my daughter Katie Beltrin. I told trooper
Andruziac this occured between Dec. 26 post Jan 3rd of 04.
I found out on 12/25/04 that Cheryl Brett's Brother
had Ticketed the Hyndae, Trooper Andruziac did nothing to
help me, There was $2275 worth of Damage to the Hyndae,
Hyndae Incident # was K02-129-4296.

On 12/18/03 at 137 Deerfield, Glenn Mills PA
Cheryl Brett's Apartment. Someone broke into the Apartment.

While we were working. No money or Jewelry was taken. Only my contractor List and all Bills were opened and were placed in a different spot. **PA**. State Trooper Lynam was taking notes. I Told him the Plumber Bill Grasty had been in the home a half a dozen times. Cheryl Brett denied him being there. Trooper Lynam said one of us was Lying. He than told me your wife tells me your Paranoid. "He than stated that He thinks I'm in the middle of a devorce and don't even know it." He was right I caught my wife Cheryl having Sex on 12/26/03 with the Blonde guy who Lived 1 Block away. I moved out on 1/7/04 because of Vandalism to my car and Truck. On 4/6/04 I ⬛⬛⬛ received a call from Tony Longo an Ex Employee of mine. My cell phone was unlisted. He had no way to get my telephone Number. He was making a phony phone call to me. His Name and Telephone Number was part of the Contractor List that was taken. His boss was Steve Kapstii a man who had bid on the home at 607 N. Middletown Rd. Media. His Name is on the Sign in Sheet from Wilson Auctioneers. They were trying to scare me to death. I had contracted Lead poisoning while working at 607 N. Middletown Rd. in Media. Steve Kapstii and Tony Longo had Ties to the Pannacho Brothers and their gang. Detective Phillip Capone State Police Detective was Friends with the Pannacho Brothers and had been harrassing me since 3/17/1999 with them.
  Phil Capone had a lot of friends that were Policemen. In November of 2002 I hired a Black man named James Tilley.

He was a painter from West Grove Pa, where we lived
at the time. During the 4 days he worked for me
he told me he was a confidential Informant for the
PA. State Police — (Lima Barracks + Avondale Barracks)
I had to drive him to and from work everyday. He
had no license he told me. He asked me if he could
borrow my phone to call his police buddies to know
where to meet them. He was making drug buys in Kennett
Square at a bar he stated to me, "He was telling me the
truth because I could see a lot of Policemen when I
dropped him off in a Parking Lot. The Last day James
Tilley worked for me I had told him that my wifes girl
friend Lori + Frank Zeptra were drug dealers and that
Lori Zeptra's sister is a Grower of Marijuana in Cape
May New Jersey. She was supplying Sue Desimone,
Robin Grey Gilroy and many others with drugs. This occured
in November 2002. After I Told James Tilley this he was
very nasty towards me and was making a lot of Painting
mistakes on purpose. So I Fired Him. I went to the
Avondale Barracks State police and asked a trooper Quinerez — 11/02
if James Tilley worked for the police. He would not tell me.
I asked Officer Quinerez if James Tilley had a record, I
could be getting scamed by a team of con artist I Told him.
Quinerez He would not tell me. Quinerez started asking me when I
was doing drugs. I told him I have never brought or did drugs.
He was nasty to me and kept asking me if I did drugs.
"I said NO." I stated to Quinerez I came here for your
help. Your Not helping me. I also asked Quinerez if

Pg. 11 of
168

AlBro ROA Sanches was a Confidential Informant.
Trooper Quinerez would not tell me anything.

12/2/02 - I called PA, State Police Avondale Barracks
about my mailbox being stolen and a $125 paint sign
being stolen out of my barn. I told the white Trooper
that the mail box had 4 screws in it, Someone unscrewed
the mailbox and took it. This is not kids. They took the
time to unscrew it. I told the Trooper that this is
the 2nd $125.00 paint sign that had been stolen in the
Last Month. I had One paint sign stolen at a Job site
in Kennet Square, I had hired my wifes Friend Joe
Campaszaro for 1 day and the Paint sign was stolen,
I asked the Policemen if he could check to see if anyone
found the sign. He did. He told me no one reported the
sign. I told the Trooper my wife Cheryl Brett had
reported the sign missing. He said there was no record of
this.

12/24/04 - I called the PA State Police Lima Barracks
about Cheryl Brett breaking into my home at 607 N. Middletown
Rd. Media. She was trying to steal the records of my bills
and my diary of her crimes against me. She had broken
the door-frame and had gone through my Bills. I told
officer (Trooper Shoap) Incident # KO2-1336213. PA State
Police. I than had trouble with Travelors Car Insurance. I was being
harassed by Rita her friend of 20 years. I told my
Attorney Dennis Muin all of this. He did nothing. He was
telling -Cheryl Brett's attorney Joni Berner everything and
they were scheming against me to keep Cheryl Brett
out of Jail.

7/24/03  I was heading home to Pennsylvania to get back with my wife Cheryl Brett, I had rented a car from Enterprise car rental in Pompano. Beach Fl. Only 3 people knew I was heading home, Cheryl Brett, Ken Brett and the door man Louis Guadalope who had been in contact with Cheryl Brett. I was Told by my brother Ken Brett that the car was being tracked by the police, A few nights before Cheryl Brett and I Talked about the Pannachio Brothers, their Attorneys. (Charles Peruto Jr. - Mafia Lawyer) their involvement with Insurance Fraud, Hud payoffs with (Havertown I Lawrence) Cassacia Associates, Paying off a Banker in Chester-Section 8 housing Authority, Car Insurance Fraud, Perry Pannachio being a booty, and their involvement in many other criminal activities. Cheryl Brett had Lied to me, she was involved with them since 1999 - Thanksgiving weekend. When Joe Sullivan and Al Pannachio told Kim Santee I was having an affair with a stripper. This was a complete Lie, I was driving North on I 95 around 2:00 - 3:00 AM. I was going to spend the night at the Last exit in Florida on an Island. I was tired, I missed the Exit. Suddenly a truck appeared in my rear view mirror it was coming up fast. I veered to the Left at the Last minute, I was going 70 mph when the Black dodge Dakota pickup truck hit me, In the right rear of the car. We both pulled over to the side of the Road on I 95. The Black Truck was in Front of me. The driver got out of the truck, than he jumped back into the truck and sped off fast, I gave chase, I called 911 and I

was half way into the story with the Police and my cell phone died. They got off the 1st Exit in Georgia and went down a very dark Rd. They pulled over after a few miles. So did I. The 2 men got out of the Black Truck. I slowly backed up my car. They were yelling at me "were going to kill you." I was in no way getting out of the car. They jumped back into the truck and took off again. I gave chase. We went a few miles then they turned into a shopping center. IT was around 2AM. They drove behind a bank. They were there for a few minutes. I was waiting at the Exit of the shopping center. They were changing drivers. They sped off and drove right at me. I could see the New driver. I thought they might shoot me, they were yelling ob scenities as they passed. I gave chase, we went a few miles and they chased me. They turned around again. IT was a game of Cat and Mouse. I gave chase I didn't want to lose them because I was in an accident 2 weeks earlier. They turned into the (NSB) Naval Submarine Base, Kings Bay, Georgia 31547. I drove passed the MP Post and Turned the Corner and the Georgia State Police had them out of the Truck. A Georgia DUI Checkpoint in the Base that night. A Georgia State Trooper had the 2 young marines out of the truck. Another Trooper approached me and I told him I had called 911 about an hour ago. I told him about a hit and run accident in Florida near the Last exit. The Trooper said he would check into it. I told the Georgia State Troopers what had happened. Than I had to tell the whole story again to M. Wiwasuck — Naval Police what happened.

I was there for 3 to 3 1/2 hours than I had to go to
Florida State Troopers. I had to fill out an accident
report there because that is where the accident occured.
The Georgia State Trooper - 2 white guys showed me the
weapons that they had found behind the seat. He told me
I was very lucky that the 2 Marines did'nt use their billy
clubs on me. (2 old Fashioned Billy Clubs, solid wood about
a foot long or so). I agreed with the Georgia State troopers.
They told me the 2 marines were going to be Charged with DUI,
Leaving the scene of an accident, Hit and Run, Terroristic
threats, Concealed weapons, Crossing state lines
with intent to cause bodily harm. I Filled out the Police
Report with the Florida State Troopers outside of
Jacksonville. I was there for and hour to 1 hour and a half.
With a nice Black Florida Trooper.
        On 7/12/04  at  607 N. Middletown Rd. Media
Pa. 19063. Around 2 o'clock pm I called Haward Stern Radio
in New York City. I used my cell phone to speak to Howard. I
got through to one of the interns and we talked about
Conspiracy by police officers by illegal wire tops of
cell phones. The intern said he would get back to me.
On 7/14/04 My Mom showed up with my sister. Just as
they did. So did Joe Breslin. Patrick + Polly Breslin
at 607 N. Middletown in Media. Joe Breslin was Cheryl Brott's
Pa. State police Liason. He came up to me and rudely asked a few
questions about the home. I said you were the guy on the
Original Sign in Sheet with Wilson Auctioneers. Joe Breslin left
in a hurry when I said that. He had a cell phone in his hands.

Earl Brett  6/5/06

191.5
or 168

#11 Hillsboro Police officer - On Saturday 10/1/05 I checked into the Crystal Bay Motel in Deerfield Beach. Later on that evening around 10:30 to 11 o'clock I walked walked up to Bru's Room Bar. I walked in looked around and walked out, walked home it was to crowded. I sat outside my Hotel room and had my 1st beer. Tim Clark came over to me and introduced himself and his son to me. Tim told me how his boy was on probation for breaking into cars and stealing a casette. Tim told me how he hated Black people. I told him I did not hate Black people I had Black friends. Tim Clark also stated how he hated the police. I told him I had friends who were police officers and a brother in U.S. Customs. (I did not like this conversation, he was trying to get me to say bad things about Black people + cops, but I did not.) (I heard that when I had a friend Named Kristi Santo - who was a Psychologist teacher I told her at 6/14/05 about police abuse in Lower Merion Pa. Back in the early 90's a lot of Policemen (officer John Collins. Would bring drunk black guys into Jail.) They would have a big hot air balloon, they would tell the black guy when the police officer would let the balloon go. if the black guy could catch the balloon they would set him free. All the cops had a big laugh. No one ever caught the balloon. I Told Kristi Santos that there were several other pranks the Police would play only on

Black men in Lower Merion Pennsylvania, Kristi Santo
was the only person I told this story to. Kristi hated the
Police. Kristi Santo had been on probation and had a female black
Buddist probation officer, Kristi had recorded my convers-
ation without me knowing it and played this to her probation officer,
in Tamarac Fla. I heard they were mad as anything at me for telling this story.
That's why Tim Clark was saying these things about black people
and policemen.)) AT 2:05 AM a Hillsboro police car
pulled right in front of the Crystal Stay Motel. The guy got
out of the police car. He came right over to me. I think his
name was Tom. He said the cop was his brother and was giving
him a ride home from Bria's room bar. I remembered him
from the bar. he was loud and obnoxious drunk than
who was talking to the Manager who looked like Buddy
Holly at Bria's room bar. Tom began to talk about his drug
dealing black bastard who he had to buy drugs from tonight
How he hated black people. Tim Clark joined in. his son
joined in to. I said I was not prejudice, Tom went
down + made several calls from the pay phone. He came
back upstairs. He looked at me and called me a Mama's
boy, He said I liked to argue with people, I laughed
at him. "How do you know that I said?" He said his
brother told him." I told Tom I did not know his brother.
Tom said I was staying in his room. he had stayed there
several times. He was staying with 2 guys in the room 2 door

Hillsboro police officer

away, Tom asked me if I do drugs, I said no! He said, I acted Like I did drugs, I Laughed and said "I do not do drugs," Tim clark's son had a cellphone on, I noticed. I told them good bye and went to bed. Tim Clark worked for an ITalian builder in West Palm Beach. My Civil Rights - 1st Amendment - Right to Privacy Violated by a Hillsboro Policemen. (White, ITalian, around 40 years old, 5'8" tall about 190 lbs, Balding - semi grey hair.) Hillsboro Policemen brother - Around 35 years old - around 5'8" tall about 170 lbs black short hair. This also was a set up by a police officer to sell me drugs. (Entrapment) They came looking specifically for me."

12/14/05 — Hillsboro Beach - (2nd Time For Hillboro Police abuse. Summer Winds Apartment. The 1st Night I was there I saw tom - (Hillsboro Policemen Brother.) He went slowly by in his car. A Small Black Honda - (I Think) He was talking to me as he drove by cursing. On 1/9/06 I hired Ben Bianco of WCS Investigations, I told him about the harassment by the Hillsboro Police Officer and his brother, I told him to find his brother at the Crystal Kay Motel. Ben said, The owner got rid of the records after /month. So I went next door to Crystal Kay Motel and Lee the Manager told me he only keeps records for / Month. Later that night around 8:30pm 1/9/06 I was walking my dog on SE 20th Ave. The Hillsboro Policemen pulled right beside me and followed me. He followed me for 1 block than he rolled down his window. He said "IF you tell anyone you'll get hurt." Thaan he took off, 1/23/06, I talked

to Helena Jay. She said she was on probation. She said.
She said she was on dissability and her brother was a
Broward Sheriff, She tried to make enemies with people
next door to me, Helena Jay said how she hates black
people, I told her I was not prejudice. "Helena was
trying to start Trouble! She was with the Jewish Federation
and her Lawyer was Richard Berman of Ft, Lauderdale Fl,
This was the connection to my old Attorney Bud Berman
who had screwed me over, He told Pannachio Brothers,
Ed Delorya, Tom Seltzer, Cheryl Brett the whole gang
everything that I had on them. He covered up and sold
me out to all the Blue Cross Criminals. On 2/8/06
and 2/26/06 I was threatened by 3 young black males,
Florida plates S81-1UP - Silver New car, They threatened to
kill me,

The (Calvary) Baptist Church and Chad Cuttingham - I had been in too Pg 4 of 68
see, He worked for Metro PCS, 901 Sample Rd
Deerfield Beach FL. I had big arguement because he would not give me a receipt
I seen him with Terry + 1 Black guy.
2/26/06 - 10 pm. They threatened to kill me
by 3 young black males) Florida plates 581-IUY - Silver New car,
I called the police on 2/27/06 - Spoke with Ed Mullin Broward
Sheriff. I told him these guys threatened me, The 1 black guy was
seeing Terry in Apt 17. I told Ed Mullin they were doing drugs
and people were banging on my doors late at night for 2 weeks.
I told Ed that the people in Apt 17 Mike + Debbie + Terry had been doing drugs
with Terry + her boyfriend and that they had moved out early that
Monday Morning. The next Friday night a Taxi Cab pulled into Summer
Winds. The same Black man who was with Terry the week before
was selling drugs to a white guy from North Carolina, white from the
window of the taxi cab. I was sitting in my Truck - 20 ft away
watching. They did not see me. This was about 1 AM. On
Saturday I saw the same 2 Black guys at All Stars Cafe in
Ft Lauderdale. I had to leave the bar they threatened me again
on March 14th, 06 I Left Deerfield Beach.

I left because of Lack of Police Protection,
harassment from Hillsboro Police Officer + his friends,
harassment from Florida Department of Corrections
3 counts. Helena Jay was on Probation, Kristi Santo
was on Probation, Tim Clark's Son was on Probation.
Kristi Santo's apartment was bugged by the Florida Department
of Probations illegally. Breaking my 1st Amendment Civil
Rights.
Fred Brett - 6/5/06

[redacted] Pg 20. of 48

**Broward Sheriff's Office**
Broward County, Florida
www.sheriff.org

BSO Case Number:
Deputy's Name: Ed Cullen 7994
District: 10
Phone: 954-480-4300

**FORT LAUDERDALE POLICE**
BRUCE G. ROBERTS, Chief of Police
1300 W. BROWARD BLVD.
FORT LAUDERDALE, FL 33312
www.fortlauderdale.gov
*Venice of America*

CASE NUMBER 05-114778
OFFICER PSA S. Corey ID# 6498

**FORT LAUDERDALE POLICE**
BRUCE G. ROBERTS, Chief of Police
1300 W. BROWARD BLVD.
FORT LAUDERDALE, FL 33312
www.fortlauderdale.gov
*Venice of America*

CASE NUMBER 05-109464
OFFICER R. Santo ID# 1420

**FORT LAUDERDALE POLICE**
BRUCE G. ROBERTS, Chief of Police
1300 W. BROWARD BLVD.
FORT LAUDERDALE, FL 33312
www.fortlauderdale.gov
*Venice of America*

CASE NUMBER 05-109503
OFFICER R. Santo ID# 1420

Frank Bank 6/13/06

Pg 21 of 168

#1. Broward Sheriff's Department (Pompano Beach)

On wendsday October 19th, 05 I called the Broward Sheriff's department. AT 9:00pm Deputy. Officer Mazella showed up. I told him my apartment had been broken into between 3:o'clock + 5pm. I told him my Potential Law suit papers had been gone through. Banking My Year book had been moved, in general someone was looking for Information about me. I told him there was no forced entry that the person had a key to the Apartment at 717 NE 12th Ave, Apt. West, Pompano Beach FL 33060-6523. Sherry Krohn my neighbor was home that day. So was Todd Edward Caster - Her renter. they were the suspects.

I Told officer Mazella that I was being harassed by Kristi Santo and friends! her friend Phil - Weinstein + Levitt (954)424-1899 - and Phil's Lawyer, and Larry Hatchet - a freelance photographer

Don - (954) 722-6524 - Construction Boss (Drug Dealer -)

Her old drug dealer - Taylor 1(203)-980-9140 - 1(203) 239-4206 and Gold Tooth a Drug Dealer in Tamarac Florida

Kristi's 3rd party Lawyer friend - Harry Geissinger III

- Rich + STacy Chick were the Apartment Owners. (They Belong to Calvary Baptist Church)

" The night before I had called STacy Chick for an apartment to rent. While I was there at the home "Ken" from Calvary Baptist Church was there. He said he was looking to rent the apartment. I had just [redacted] Rented the apartment from Rich Chick who New Ken. Ken's Friend was Louis Guadalope from

Pg 22, 2/49 [illegible]

(Park Avenue Trav... Lauderhill, Florid...)

Christ Church in FT. Lauderdale FL, Rob Lauff Sr and Rob Lauff Jr, New of Peter Sereno who threatened me 2 times. In January of 06 and than again on 4/16/07 at Neighborhood Locals bar in Tamarac, FL. He used to smuggle drugs with Robert Lauff from Costa Rica, In the 90's And I just remembered him with Ken. From Christ Me... Church - FT. Lauder...

Rich Chick stated to me that After I signed the lease and paid him the money. That I was the guy who was soon to be devorced, Than he left.

I walked outside I met Sherry Krohn [illegible] She had told me that her 1st husband had just showed up out of the blue who she had not seen in months. (Kevin Krohne) She told me he was gay. Than she left she had been drinking whiskey I could smell it on her breath.

A few days Later Ken showed up at Sherry Krohn's home, I asked Sherry who he was. She said he was a friend from the Calvary Baptist Church! Her friends lived across the street FBI agent Pace.

10/04 Officer Mazella told me I could pick up a copy of his report at the Police Station. I told him that every place I had lived was broken into. My car and Truck had been Vandalized so many times I don't report some of the incidents, He just shook his head and LEFT. He said I should see a shrink. I told officer Mazella of Broward Sheriffs office Pompano that Kristi Santo was extorting me. That she had tried to scare me with her Motorcycle gang friends. That she wanted # 20,000 dollars she had a friend Keith from Probation that had video + audio taped us having sex. I Told her I would not pay her and I Left her. She was a Shrink, She was a Psychology teacher, she was seeing Phil Levit for Dinner (He tried to ste... my civil rights) almost every Tuesday Night in May + June of 2004, and I had been threatened by her drug dealer friend of hers (Gold Tooth) Black guy (AT Elbow Room Ft Lau... Fla) when I Left her, He was friends of Taylor her ex-boyfriend. 1(203)-980-9140 Her Extortion Partner also was Larry Hatchet a Photographer in West Palm Beach Florida. and Dan - (954) 732-6524 - A Drug Dealer, I was afraid so I Left her.

Attorney for Police Chiefs in Bucks County!
Hugh Bracken
[redacted] who I told at the time not to speak with because Brendan was for my wife. I have a piece of evidence that says Brendans friend and referal was Hugh Bracken! Weinke and Frank Catania-(FOP) Boss (Attorney)

Caral Yudis- [redacted] Friend was Barbara Stein who she recommended to me. She said she was a great Lawer! I contracted with her but after a while she was doing nothing for me. (except ringing up the Bill.) IT took me a hole week of going to her office everyday to get some of my retainer back! Brenda Brett's buddy Bill Boreback was her partner. (My hidden sis Nancy Saller Attorne)

Caral Yudis- Mark Goldman Investigations- She was the Last person on his list! She would not speak to him [redacted] for a few weeks! Everyone had cooperated he told me. He said that she said I was Paranoid. Mark Goldman Told me that. Everything in My Life changed when Caral Yudis saw Mark Goldman a few weeks later! Mark Goldman still has not sent me in writing the answers to all the questions I paid him to ask people! He bugged my home and worked for Bud Berman Hugh Bracke (Frank Catania)

Caral Yudis- She knew about the Hyndai car insident. From my sister! Caral Yudis had Andy Martand Bud Nancy Sallers Home. Her Landlord knew and was in on it. They all screwed me on the Hyndai car deal. Nancy Sallen Got me attorney Maureen O'connor. She did nothing to help me. She lied to me. I could have got the car back on 3 day right of recession by Pa. State Law. Maureen O'Connor + Bud Berman buried it, covered it up. Said there is nothing you can do.

2/9/05 Pg. 24 of 100 [redacted]

Dennis Muir - I Told my Sister + my mom about Cheryl's diary. But I told them to keep it to themselves. Whel, shortly after this Carall Yudis calls me up for some work. (My sisters best friend) The 1st day I began work at her home I'm working in the kitchen and I Find Carolls diary on top of the refrigerator. I Laughed out Loud, in came Carol and I gave her diary to her. This was in August of 02. I said to carall you know everything don't you. She laughed and said yes. Nancy Saller had told her. Carol is a big gossip type person. I realized then that everyone in the County knew. Carral Yudis Friend (Jimmy) who Lives in Radnor is CIA - Central Intelligence Agent and he helped Carral Yudis record me. Carral Yudis did things without my knowledge. I would ask her, She would not tell me. I Told you Dennis That Carol Yudis was connected to a lot of people who gave me trouble! Carol was the Common Denominator.

Caroll Yudis - Her Landscaper was Jeff Leighton who she introduced to my sister! [redacted] False boyfriend of Nancy Saller. #2. Carol Yudis - Got me Hugh Bracken who She admitted too talking too several Times with his Lawyer Partner and Frank Catanda about my case! Hugh Bracken was talking to my uncle my old Lawyer

#1. PSA S. Corey ID # 6498 I called the Police On September 10th/05 between 8 + 8:30 PM the Police showed up at 27 Isle of Venice Dr. Apt #2 Fort Lauderdale Florida 33301. I showed S. Corey the big dent in driver side door. There was a small sneaker foot print on the door. My neighbor Linda Jason was there looking at it. S. Corey said it looked like a womens sneaker. I asked her if she would take a shoe print off the truck drivers door. She said No. I explained to her that I had been vandalized several times before and I believed that it was 1 of the girls in 25 Isle of Venice right next door. She said she would not print it. I told her it occured on Saturday after 1 AM and between 3 o'clock PM, on Sunday. when I 1st noticed the dent. I told S Corey I believed it was Altea Caraballo in Apt. 4 25 Isle of Venice. She asked me if I saw her do it. I said No. She said there was nothing more she could do. About Middle of November I found out that Altea Caraballo had just been through a devorce. That she had done because Steve Howard in Apt. 1A. 27 Isle of Venice, my other neighbor told her I had rated on them stealing off the boats. I told Louis Guadalupe this story on 9/29/05. I told Louis that someone broke into my mail. Altea Caraballo and her sister Camarran and friends were selling cocaine + marijuana at Blondies + Spazios bar on the beach. The Apartment I was renting used to be her manager's apt. He was supplying Spazios with cocaine. He was with a stripper from Cheetah Night Club in Pompano Beach Fl. They were getting the cocaine from "Kid Rock" drug dealer who also served to Scarlet's strip bar in Hollandale Florida. Maroney Dodge employees brought a lot of their cocaine from 1/03 — until 4/07 at Elbow Room Ft. Lauderdale FL. Friends of "Kid Rock"

apartment on 9/29/05 and had taken back
statements and looked at my paperwork, I had only gone
out for a half an hour to get milk at 7/11. It had to be
some one who lived realy close. Steve Howard was home, Altea
Caraballo was home. So was Terry the Landlord. My mail
for Sovereign bank had been opend in my locked mail box. I
reported this to U.S. postal Inspectors. It was Linda Jason
from Prime America who had opened my mail. She was in contact
with my ex wife Cheryl Brett from Blue Cross. She whent through Sovereign Bank &
Citi Bank. Linda Jason did this because she was having trouble in her
marriage. Her husband Lou was a coke head. (Nice guy but a coke head.)
I did not find this out until 1/06.

Fnl Brett - 8/10/06

Pg 37,
or 68

To: Broward Sheriff's Department (Pompano Beach)
On Wendsday October 19th, 05 I called the Broward
Sheriffs department. Around 9;00PM Deputy officer
Mazella showed up. I toll him my apartment had been
broken into between 3 o'clock and 5 pm, I told him my
Potential Law suite papers had been gone through.
My Banking records, Telephone records, List of people I
was going to sue had disapeared off the kitchen counter.
In General, someone was looking for Information about me.
I toll officer Mazella there was no forced entry, that the
person had a key to the Apartment at 717 NE 12th Ave, Apt.
West, Pompano Beach FL. 33060-6523. I told him my last
4 Apartments + Holmes had been broken into the same way.
I told him my neighbor Sherry Krohn + Todd Edward Casten
her renter were both home and were suspects.
Rick + Stacey Chick the Apt. Owners had given Sherry
Krohn the Key to the Apartment, "The owner I had called
Stacey Chick to rent the Apt. While I was there at the home
"Ken" from Calvary Baptist church was there. He said he
was looking to rent the Apartment. I said I had just rented
the Apartment from Rick Chick, Who New Ken, Rick Chick stated
to me that after I signed the lease and paid him the money.
That I was the guy who was soon to be devorced, Than he left.
I than walked outside and I met Sherry Krohn for the 1st Time.

Pg 28
of 168

She had told me that her 1st husband had just showed up
out of the blue who she had not seen in months. (Kevin
Krohne) She told me he was gay. Than she left, she had
been drinking whiskey heavily I could smell it on her breath.
A few days later ken showed up at Sherry Krohn's home.
I asked Sherry who he was. She said he was a friend from
the Calvary Baptist Church. I told officer Mazella
that a woman who I thought was my friend, was
harassing me and was scaring me with her Motorcycle
Gang the Mystic 7's. She had tried to extort me
saying she had film of me Naked in her bedroom. She wanted
money. Kristi Santo also with her friend Phil—(Kein Stent
Levit had harassed me for awhile, (954) 424-1899.
When I left Kristi on 7/3/05 at Spazios at around
3:30 pm, ½ Hour after I had arrived there. Kristi's
Friend Phil had showed up with another man across the
bar from me. I was going to Sue Visa and on 7/3/05 a
Black Lady from Visa sat right next to me. She
stayed at a Hotel on the Beach, She came from Washington
DC. She said. Her friend was at work, She was staying
at the beach. I was going to Sue American Express
Pittsburgh division, 4 people from American Express came the
Next week at Beach Place in Ft. Lauderdale. Kristi Santo
had bugged her apartment without my consent. I
am telling you this for the 1st Time, She theatened

Tush Brett  8/10/06                    Pg. 39,
                                       of 166

to kill me. She had met me at a bar in Pompano
called the Chit Chat Lounge. Her Friend Phil had told
her about me through his work. They were trying to
steal my Civil Rights. Kristi Santos is a Psychologist
and she was broke and she knew I had a memory problem.
While I was seeing her she told me she was having
dinner once a week with Phil-(954)424-1899. She
had worked with him and Larry Hatchet-a Freelance
photographer with Palm Beach Newspapers. She had been
drinking heavily when she told me she had extorted
several Jewish Business man with Nude pictures of her
4/30/05 with these poor men. She also stated to me that the
Lawyer for Levitt + Weinstein Funeral Home was in the
schemes. This I am telling you on 8/10/06 for the
1ST Time. I had to move for the lack of Police Protection.
This Lawyer + Levitt + Weinstein Followed me to Cheers
in November 05. I had Told this story 1ST Too Louis
Guadalope a few days before I went to cheers. He
(Louis) must have recorded me somehow. Relayed it to Phil
Levitt + Weinstein. They had a few thugs with them from
Rahda Bing.

On Wensday October 4th 2005 Ken
Brett came to see me. He told me how his brother
Frank Brett was spending a lot of his money and
was going broke. He also stated to me that he
was not paying his child support. When I asked
Frank Brett about this he wanted to know how his
brother knew about his finances. Since Frank Brett
had not talked to his brother in 11 months, Frank Brett
said his brother Ken Brett was lying about the child
support. Frank Brett said he always paid his child
support on time. In a later conversation with Frank
he says he just got a notice from the court on Nov 23, 05
that he has to pay more money. Frank states that
a lot of mail he never received and that some mail
bank statements and Cingular Wireless bills he never
received.

12/29/05

4/3/04 - Kristi Santo
Broward Sheriff.

Case 1:06-cv-00410-GMS    Document 50-2    Filed 08/10/2007    Page 42 of 57

KriSTi Santo + Frank Brett

When She was my assistant.    STATPments    Pg 31.
Working For Frank Bretti                        of 168

1:13 P. Tues march 29th, 05.
I recieved A Threatening
text message on my phone
" From 9754245282 (Patrick Maxwell)
"Ur Fucked, u did me
real durty but Thats not
going to happen Anymore
trust me when I tell I
tell you but Thats not
going 2 happen Anymore
TRUST me when I tell
you This." That nighT
@ 12:00 am (midnight) I
was Awoken by A large
crash on The bedroom
glass door it woke me
up. my Friend, FRANK,
opened The door to
find A large coconuT on
The ground. We walked around
The corner of The building,
but did not see Anything.
On 4-2-05 @ 10:15 pm.
I heard A loud crash Again
at The bedroom glass door.

Pg 32 of
of Pg/68

startled
It woke up my kids &
They were crying and scared.
Frank went outside And didn't
see anyone. A large coconut was by The door,
4-3-85 @ 4pm my son tyler
& his friend Pablo came from
The pool Area upset, Jamie
had been saying nasty things
about me to Them And
scaring Them. I walked to
The pool w Frank to speak
to Jamie and he was gone.
I told Rachel from The office
about This And she told me
She would call Jamie's parents
And to follow-up w The office
in The morning (Monday).
4-3-05 @ 10:30 I heard A
large crash at The glass
bedroom door. Frank & I ran
outside to see 3 men running
Through The parking lot.
Frank at ran Antwon & he
stopped, Patrick was 40 yards
a head of Antwon & The
Third person disappeared

3.

around The building. I believe
The 3rd person was Jamie.
I called 911, The BSO
came & questioned Patrick &
Antwon & warened Them.
The officer stated he
would have arrested Them
If The doorwall, or glass
would have broken.

KRISTI SANTO

4-4/05

Pg #1.

Fred Brett
4/4/05

Pg 34
of 60

Tuesday March 29th — 12:00 AM Midnight
There was A Loud Crash on the Bedroom glass door.
It woke me up. I opened the Glass door
to find a Large Coccanut on the ground.
We walked around the corner of the building
but did not see anyone. Tyler + Harley were
very upset, crying and afraid.

Saturday April 2nd — 10:10 PM
    There was a Loud crash on the Bedroom
glass door. IT startled me, Harley + Tyler
started crying. I ran outside to fing a Large
coccanut by the bedroom door. I ran around
the corner of the building but did not see anyone.
I came back inside and calmed Harley + Tyler
down they were very upset.

    Sunday April 3rd — 4PM —
Tyler and his Friend Pablo came From the pool upset
    Jaimie had been saying nasty things about
Kristy Santo + scaring Tyler + Pablo, I walked
to the pool with Kristy to speak with Jaimie and
he was gone. Kristy told Racchel from the office
about this and she told us she would call Jaimies
parents and For Kristi to follow up with the office
in the morning (Monday).

    Sunday April 3rd 10:30 PM.
I heard a Large crash at the glass bedroom door.
Kristi + I ran outside to see 3 men running
Through the Parking Lots I caught up to

Pg 35
of 68

I caught up to Antwon Nixon at the
side of the office, yelling at him to stop running.
He did so. Patrick Maxwell was about 40 yds
ahead of Antwon. He kept running with a 3rd
unknown person. I got a glimps of the 3rd person
who was shorter than patrick wearing a black shirt.

Antwon made a phone call and Patrick came
back to were we were. I told Nim that I had
recognized him running in the parking Lot.
That is why he came back to the side of the
office building were I was with Antwon Nixon.
Who I had caught.

4/4/05    Fred Brett

Pg 36 of
168

I Alexander R. Reid Jr. on January 12, 2004 did observe Mr. Frank Brett having an argument with a man identified to me as Frank's plumber. The plumber was cursing and attempting to bait Frank into a fight. Frank asked the plumber to leave the house numerous times. The plumber just seamed to get louder. As the plumbers ranting got louder I became concerned for me and my belongings, at that point I called the police. The Plumber name is Ray Amy,

Alexander R. Reid Jr.

Frank Brett
1/13/2004

This was sent to the ACLU -
From Frank Brett

Pg. 37
of 168

To Who it may concern I Lyl's Godalso
was at 27 Isles of Venice
around 8"0'clock on Friday September 30th 05.
I witnessed Frank Brett go and get a piece
of mail out of his locked mail box. It was
mail from Sovereign Bank, It was opened. Steve
Howard was home & Terry the landlord came over to me
very nasty and kept telling me and Frank Brett to
move the truck. Frank said Ok. I witnessed Terry saying
he would have been thrown out the next day anyway out
of the apartment. Steve Howard kept bothering Frank,
He called one of his goons around 10"oclock. The
Security guard and Joe showed up at the same time.
Frank said he never saw this guy Joe before. But had
heard stories from Steve Howard how he beats people up
with some of his friends. Joe was very mad at 1st and
When Frank said he was moving out and just wanted
Steve Howard to leave him alone. Joe turned and yelled at
Steve Howard and than drove away in his car. Frank said he
has a $1259. Error since then
with Sovereign Bank.

12/29/05

I Frank Brett say my Civil Rights were in jeopardy by Officer Ken Brett of U.S Customs, FT. Lauderdale FL, and All of his K-9 division 12 men and Peter, and another manager of U.S. Customs who in 5/03 invaded my rights to privacy by Ken Brett using his cell phone as a listening device. Also illegal use of computers and Electronic E-Mails to get addresses and phone numbers of Flagstar Corporation, Remax Inc. That Ken Brett threatened his girlfriend Michael from Brazil with deportation if she did not cooperate with him to mess up my Real Estate deals. Ken Brett and other K-9 officers and U.S Customs officers in Georgia and Quantico Virginia were involved in this scheme. I had 3 Real estate Deals that fell Through while staying with Ken Brett who had this hidden agenda. Ken Brett also invaded My rights To Privacy with LA, Fitness & U Haul, Wachovia Bank, State Farm Insurance, Bank of America, Citizens Bank, Sandy Shores Inc, Chrysler Financial (Truck Payment,) Citi Bank, Prime America, Hyndae, and Wilson Auctioneer, Blue Cross of PA. and Florida, Century 21, American Express, Southwest Airlines, Holy Cross Hospital, Bank Atlantic, Commerce Bank, Sovereign Bank, Bell South, Cingular Wireless, LABor Ready of FT. Lauderdale Florida. Palmetto States Properties, Inc. Mike Fancer the Manager and his secretary. Yolanda Rivera - Portofino (McKinley) Apartment Homes (Yolanda Rivera - Leasing Consultant.), Oscar Syger — Attorney - Pembroke Pines, FL. Cheetah of Hallandale Beach, Pompano Beach and West Palm Beach. Peter Gomez — Developer (PAG) USA, Investment Corp, Metro - PCS — (Chad Cunningham - Senior Sales Manager Deerfield Beach.) Mail Boxes ETC. - (Peter Clark - Manager Fort Lauderdale. FL.)

Pg. 39. of 68

Capital Mortgage of South Florida, Inc. - Frank Christiano and Richie Centauro. Help U-Sell-Real Estate - Raymond Burke. Spy Shops - Broward Head Quarters, David - Dodge Ed Delonga and Tom Seltzer and Owner. Jim McKenna - State Farm Insurance Companies, Prudential - Realtors Shirley Booth and Carl her assistant. William Pietrangelo Attorney at Law, Officer Ken Brett with help from Dave Adams, Sany Chen, Tanya Chen, Mike McMenamuna Tom Mc, Menamum, Frank McMenamum, Mike Chango all Melvin Shaw. conspired to steal Civil Rights for their own personal profit. McKenzie - Brew House - Prestige Builders - (Terry Manager (27 Isle of Venice FT. Lauderdale Florida 33301, Family Dodge (Delaware County PA, ABN - AMRO - Mortgage Inc. Shurguard - (Storage), Alamo - (Car Rental) - Foot Locker - PA Sleep Inn - Newark Delaware, Quality Inn - New Castle Delaware, Red Roof Inn - Motel 6, Knight Inn Maryland Sleep Inn

I File This claim on Federal Act Attachment A,
Communication between Client And Attorney's U.S.C.A. # 2510 - Protection to Private
Pg. 40 of 60
Ps. State vs Tsaveris, 394. So 2d 48 (1981)

(Rev. 10/2002) Complaint

I File This claim under Federal R. Civil P. 12 (b)(6) - 147 U.S.C. # 60:
The Question being raised by (Statement of Facts) defendant is whether a telephone Company
Cingular Wireless and PA State police Media Station and its agents have violated Federal Lo
The Pennsylvania State Police - (Media Station) - 1342 West Baltimore
Pike Media Station Ra. 19063 violated my Civil Rights under TITLE 47
U.S. Code Section 222 communications Act of 1934, that on 10/23/03
I, Frank Brett called Cheryl Brett and told her about an Auction on
Saturday 10/25/03 at 607 N. Middletown Rd Media Pa, 19063 with the Police
Listening. I met with John Wilson for a while at the home on 10/23/03,
I also met with Rob Borgstram the Auctioneer who took me through the
home, Rob Borgstram told me that the home was subdividable at this
time. That you could build another home on the property that it was
under an old grand-father clause, That all you needed was 1 acre to
build this home (this additional home on the property.) Rob Borgstrum
told me the home was 1.6 acres and that the old parcel of Land at
.06 could remain with the existing home on a subdivided Lot,
That on 10/23/03 Frank McHennamum, Ed O'malley + Noreen
O'Malley all visited the property at 607 N. Middletown Rd, Media Pa, 19063 -
I have them all on the Original Open House Registration sheet,
Also Don Breslin and Dolly + Patrick Breslin were also at the
home. Dolly and Patrick Breslin are also on the Original Registration sheet,
I contend that these 6 individuals broke my civil rights under (U.S.C. 47
#605) Code Section 222 communications Act of 1934 with the Pennsylvania State
Police and Wilson Auctioneers, John Wilson + Rob Borgstram to deceive
me into paying more at bidding time for the home at 607 N. Middletown Rd.
Media Pa. #4 That Rob Borg stram Led me to believe that the home was
Subdividable, This was a Bait + Switch scheme by John Wilson
and Rob Borgstrum. To Intice me into paying meet for the home, with the PA State Pol
#3 The deal description was wrong at auction. The home is only
1.3 Acres. I had brought the home for subdivision purposes,
and as part of my business to sell the other home. I was going to build a
home. #4, The Survey that Joe Clark did was wrong, I was never
told this when I brought the Home.
wrongs
#5, I did not receive the Title until March 23, 04. 4 months
after Purchasing the property, I contend the Title Company and M1544 Bull
then there was an error and held the Title back from me in an effort
to cover up the wrong acreage of the property, And to Conspire to

Pg.41
of 168

Ron Beebre et Livingstone Mortgage and to describe their Civil Rights going for #50ga Bud Berman made one call them and speak to Each one of them.

William Pietrangelo the Lawyer of the Estate + executor/

#6. I am Swing

a William Pietrangelo was there on 10/25/03 when I Signed the original contract. Cheryl Brett was also present at this time.

Rob Borgstram told Cheryl Brett and me (for the second time) that I had just purchased the home and got a free home on top of this home. He explained the Grandfather clause to Cheryl Brett at this time,

# That the home was on .06 Acres and we could build a home on the other 1 Acre Lot. Cheryl Brett signed a statement to this fact in the other 1 Acre Lot. Cheryl Brett signed a statement to this fact in the other. I gave this to Bill Shewer III my Attorney + Bill Mack rides my Attorney.

#7. Frank Brett and Cheryl Brett never received a broshure on Lead paint in the home. In accordance with Federal Law-with the Consumer Product Safety Commission, EPA and United States Department of Housing and Urban Development. We Never received anything from anyone regarding lead Paint.

USC -Title 18 # 241 against Civil Rights Conspiracy / + 242 Depriving of Right

#8. I contend that Wilson Auctioneers - John Wilson and Rob Borgstram planted a bidder - To drive up the price of the home at Auction Time. The final price of the home was #232,000. IT was a bidding war between me and 1 other Contractor. He was a man around 35 years old with 1 son. He had purchased 1 home out in Chester County from Wilson Auctioneers and Rob Borgstram. I was told this by Rob Borgstram after I had purchased the home on Saturday 10/25/03. I called Vallerie from Wilson's Auctioneers on 3/29/04 and asked her if the guy who came in second was on the Original sign in sheets for the home. Vallerie stated to me he was not on that List. I told Cheryl Brett to call Vallerie and get the man's name on 3/29/04. Cheryl called Vallerie and Rob Borgstram on this day, Vallerie said they had lost his name and he was not on the List. In accordance with they had lost his name and he was not on the List. In accordance with State Laws of Pennsylvania the 2nd bidder has to be on the List because if the 1st Bidder defaults. The 2nd bidder has the right to by the home. I have the original sign in sheets for the home. THIS man's name is not on this List. Cheryl Stated To me Rob Borgstram knew the man personally from him purchasing another property in Chester County the year before. Rob Borgstram I called on 3/29/04, He came to the home and showed me where the septic Tank was. IT was covered over with grass, I asked Rob Borgstram where is the name of the 2nd Bidder, He said He did not remember his name, I asked Rob Borgstram about the acerage of the Property He said it was 1.6 acres, He got all his information from Jack Mcheon of Middletown Twp. Codes Department. The home at 602 N. Middletown Rd in Media Pa, was still on the Internet on 3/31/04 and Listed at 1.6 Acres.

Men Who Threatened Me.

#1. 10/28/06 - Florida Plate-(BUG-IMF) Blue Ford Ranger Truck. Aproximately 50 year old Italian white male, 6foot-185lb-Medium build. 1 Hour after I arrived at Fuglees bar in Cocoa Beach FL, He was with the manager from Cheaters-Stripbar in Cocoa Beach FL, He told me he was a hitman from North Jersey "Bayone" and this was a warning to shut up, Or he was going to kill me. I never went to Cheaters (Strip Bar) #2. "Kid Rock"-Look a like 7/3/05. And again on

#2. 10/16/05 — Florida Plate-(A97-BEW)-Jeep Elbow room bar-(7/3/05) I saw him dealing drugs with his (Oriental-Latin girl friend) He came over to me and said he can't wait to get me. (2nd Time on 10/16/05 Kid rock and his girl friend showed up an Hour after I was at Dicey Rileys bar in Ft. Lauderdale Florida called by the (Latin Bartender) He said to me Soon their coming for you. Their going to kill you.

(Male Bartender with Broken Arm.) He was Friends with Kristi-Santos and Mrs. Sabrina of Ft. Lauderdale FL. 3rd Time on 4/15/07 at the Elbow Room-Friends of his from Cheetah (Hollandale strip bar) + (Charlottes) Hollandale strip Bar.

#3. Joe - 9/19/05 — Monday - New York Plate -(556-125) possible 160 Isle of Venice - He was the manager Terry's Friend - He Threatened to beat me up. 9/30/05- 2nd Time he was called by Steve Howard to Harass me as I was moving out of Apt. 3rd Time he came to the Ugly Mug Bar in Delray Beach Florida with 2 Big Goons and they all threatened me on Friday 4/20/05. They all new the Manager and the Band members (House band.) AT The Ugly Mu

Joe was a Jewish guy Friends of Elbow room bar, He tried to set me up with a stripper who just got out of Riker's Island Prison, when she told me this after an hour conversation I Left, I saw her the next day with a guy (Italian) named Turtle. He, [illegible]

| Men Who Threatened Me rg ⁴³ of/66

Broward HQ- 600- W. Oakland Park Blvd. - Rudy Salvador
     Ft. Lauderdale FL. 33311          (Owner)

#4. 6/10/06 — Spy Ware Shop — 4 times I went
there to get help with Falty equipment they were selling,
The woman behind the counter told me the (captain) of the
Ft. Lauderdale Police Dept. was out to destroy my life. (MiMi)
That is why the equipment is Falty. On this day a Mafia guy
walked into Spyware shop. He was driven there by an old
lady, She was white Italian around 60 years old. She drove a black
Buick — Florida Plates C88-8XJ. This Italian man
was from New York City. 35 to 40 years old - 6 foot 250 lbs Muscular
He pulled out his cell phone. He told the black girl working that he
was at the shop when it opened. He wanted to buy a police badge
The girl said No. I went outside. He followed me. He threatened
to kill me and said the Mafia is going to do the Job. His
Friends were the management from the Buhda Bing in Ft Lauderdale Fl.
He was at Spyware shop when the store 1ˢᵗ opened up.

#5) 10/15/04 — Keith Raport - Prudential - Fox+Roach
Realtors. He had been in touch with Cheryl Brett in
6/2/05. by letter. He came to my home at 609 N. Middletown
Rd. Media Pa. 19063. He had his cell phone on and he had a
Palm Pilot. He said the State Police had been to his home
on Friday the 10/15/04 for Vandalism. 2 Nights before I had
been talking to a friend about The State Police Harassing me on
my cell phone. keith Raport was very sarcastic saying to
me I had done nothing to fix the home up. I had to go in the
basement for some paperwork on the heater. While I was
down there. I could overhear him say the neighbor? The
Schmidt's and their 2 sons had bugged the home, She (Mrs
Jocalyn Schmidt worked for the state Police (Crime Lab.), Media Pa. 19063
keith Raport stuck his pocket knife in my face and said she's going

*Pg. 44 of 66*



Fox & Roach REALTORS®
65 Local Offices
Bus: 610 651-2700
Fax: 610 889-1570

**Keith Raport**
Direct Cell:  **610 308-9624**
Email: kr4him@foxroach.com
Web:  www.keithraport.com



June 2, 2005

Frank and Cheryl Brett
607 N. Middletown Rd.
Media, PA 19063

Dear Frank and Cheryl,

Your home appeared on the "expired listing report" so I thought I would send you this information in the event that you are interested in talking to other real estate brokers. If for some reason your property was mistakenly identified as expired, or if your property is presently re-listed, please disregard this mailing because my team and I do not intend to approach property owners who already have their properties listed.

Many sellers get insulted when their property doesn't sell, some even get bitter. *Please don't*, in fact, I want to give you hope. But before I do, if I were to ask you why your property didn't sell, what would you say?

It's really your agent's job to answer that, but just in case you don't have a satisfactory answer, allow me. There are five reasons that a property doesn't sell, and I've included an analysis of these five reasons in this mailing for you to review. It's important for you to know that you can overcome any and all reasons that have prevented your property from selling *if you employ the right agent with the right marketing approach*.

My approach for a quick sale is to "frontload" the marketing effort, and I use every available merchandising channel including virtual tours (i.e. movies on the Internet) of your property, and much, much more. I become the "director of marketing" for your property with the sole purpose of getting you the *highest possible price* in the *shortest period of time* with the *least amount of frustration*. Our appointment center records all the showings so that I can follow-up and obtain feedback. *I then call you to let you know what the buyer and their agent thought about your property.*

I develop a marketing plan *specifically for your property* that consists of many components. Just one of my responsibilities is to create a sense of excitement about your property as I spread the word among buyers *and* agents about your property. This will *increase the demand and add value to your property*. If you permit me, I will cultivate buyer frenzy with the hopes of generating a bidding war and a premium price.

I don't say this lightheartedly, but from vast experience. My career in real estate spans 23 years, and I have participated in over 1,100 personal transactions, and supervised over 2,300 transactions as broker of my own firm. Please realize that all real estate agents are *not alike*, including agents from the same company. I cannot overemphasize the value of getting the right experienced agent to represent you, an agent who will work hard for you and whose services will *add value to your property*. Expired listings and difficult properties are my specialty. As a real estate owner and as a frequent seller of some very "difficult to sell" properties myself, I know how you feel and I can offer you some very good advice. But even the best advice from the greatest real estate agent in the world might not do you any good if that agent is working for the wrong real estate company.

Cheryl Brett + Men Who Threatened Me Pg. 45
of 168

#5. Continued - Keith Raport - when I was walking in in Toget off,
Property, Keith out to his car - Turned around to me and said
"IT won't be long before the Police take everything
from me. "I did'nt hire him" Keith "Keith Kept sending Letters to my home.

#6. 10/24/04 - Mrs + Mr. Schmidt — When I was
cutting the grass · they came over to me. Mr Schmidt
warned me to Not be on his property. He said to me
that the PA State Police were onto me and that I
was going to lose everything I had. He said
were watching your every move.

Until Present Time.
11/1/06 #7. Robert Broadnax + Delaware FBI. - Robert
compromised his ethics. He worked for me 1st and
was locating individuals for the FBI through me.
He was stealing my information about Scot Gelnet, Andre
Woodley, Sovereign Bank, Widener University - Phil Vassen
his Eagles Sports Attorney he worked for. My dealings
with the U.SA Today Newspaper. My dealings with the
Homeless girl. ████ Stephanie Osbourne Bushanne in which a U.S
Customs Agent Set us up in Delaware. Along with a
New York State Trooper who was staying at the same hotel.
where we met. they were Trying to break my marriage to
Cheryl Brett. Robert Broadnax was in Touch with Stephanie Osbourne
Bushanne who had Mafia affiliation with the Pannachio Brothers
Harry Shreffler, Charles Venato Jr., The Faulmers of Drexel
Hill, Venuzzie. Robert Broadnax Recorded me at Least 5
different times. I was then Followed by his men to Scrimmages

Sports Bar and McKenzie Bru House and TGI
Fridays on RT 202 in Newcastle Delaware.

There will be many more Names!

Delaware State Troopers - # Troop # 2  I was pulled
over on 10/21/06  in Front of Stephanie Busslianne's Friends
home. I did nothing. I asked the 2 plain clothes Troopers
why the pulled me over. They said it was a high drug
zone and they could do that. I refused to let them
search my car. They did it anyway For an hour.
I had to open all my suitcases. The searched the whole
rental car. They found nothing. They were rude to me.
This is illegal Search and Seizure.

#8. Mrs. Saprina threatened to kill me in 7/02 - Outlaws Motor cycle gangs Southern Cross Motorcy Ga
They all New Cheryl Brett + Pannachio Brothers + Blue Cross of Pa.
#9. Mrs Kristi Santo threatened to kill me on 7/2/04 - Outlaws, Mystic 7-
She New Cheryl Brett, Santo Dorso, Pannachio Brothers + Blue Cross of Pa Several D Dealers
Motorcycle Gang
#10 Stephanie Osbourne - Bushianne Brothers, Pannachio Brothers
+ Blue Cross of Pa, My Mom Nancy Brett, Out Laws Motorcycle
gang. She threatened to kill me 10/23/06 outside of Wallmart
with her Baptist girlfriend who knows Robert Broadnax and
his Baptist minister. She also had relatives who worked at Fair's Strip Bar in Delaw
#11. Cheryl Brett threatened to kill me many times.
She had 4 Failed attempts in which I can prove.
The people involved.

October 2003

# Open House Registration

Name          Address                                    Phone

1. John Mathews                              610-358-1649

2. Elaine Kim ( elaine0508@ hotmail .com) 215-917-402

3. MARIO VERIABO      MYDOG123@VERIZON MAIL.COM

4. George Gordley                          610 358 2147

5. John Green                              610 431 2021 JGREEN56@
                                                         comcast.net

6. Steve Kapski    Skve@Kapshipainting.com - 610 656 4914

7. Stan CHeesemann   SCHeesemans@netscape.net

8. Andrey Kostyukov   507 Stiles ave.   610 583-6047

9. Scott Gottel   1318 Middletown Rd   358-0507

10. Donna + Douglas Clich        610-328/461

11. Bob Weening                  610-633-6109

12. Rob Halligan                 610-444.8608

13. MIKE CALIER                  610-633-6119

14. Dolly + Patrick Breslin      610 566 2615

15. Kate Halligan                Katrilesa@yahoo.com

16. Pat McVula                   610-565-6071

17. Frank memomon III     " Iren Bhett (Nancy Gallert +
                                Mrs. Bhett friend !
                                459-2131.

18. Nolen O'Malley               610 497-3400 x117

19. Richard M. Nixon    @ willwatergate.com

20. John Jaela                   610 626 1752

David Harrower                   215 8445746

# Open House Registration

| Name | Address | Phone |
|------|---------|-------|
| 1. Joan Silveris | 1002 S. Chester Rd West Chester Pa 19382 | 610 416 6057 |
| 2. Robert De Gray | 117 Erwin Ave Linwood, Pa 19061 | 610-497-1139 |
| 3. Norman T. Glass | Gradyville Rd Newtown Sq Pa. | 610-558-1801 |
| 4. Ralph Richardson | Norwood PA | — |
| 5. James P Finzan | 1201 Hamlet Hill Dr W. Chester PA 19380 | |
| 6. Craig Hoyle | 109 W Stratford Ave, Lansdowne PA 190 | |
| 7. Susan Mescanti | 33 Oriole Ave, Media PA 19063 | |
| 8. Torrey + Kristen Marks | 600 N Limestone RD Parkesburg PA 1935 | 558-4024 |
| 9. David Belanger | 2746 Glen Riddle RD #1301 Media | |
| 10. Donna Covington | 125 Amos Way P.P. Harrison (Interested in Kadington if selling) → | 610-532-7976 |
| 11. [illegible] Wryn | 3513 Westchd. Pt NTS | |
| 12. Ruth & Daron Jones | 305 Howarth Rd, Media PA | |
| 13. Rae Phillips | 995 Beverly La Newtown Sq | |
| 14. William T. Hazel | 23 E. Knowlton Rd Media PA | |
| 15. Bill Rottevel | Bill@SchwertT.Com | |
| 16. Val Biddesey | 593 Chesway Rd Glen Mills Pa 19342 GroveAbSopplies@aol.com | |
| 17. | | |
| 18. John Boles | 123 Jennifer Way Boothwyn PA | 610-485 764 |
| 19. Hannon | | |
| 20. | | |

I am seeking relief in the Amount of $100 million dollars against the United States Government. For destroying ones family, pitting family members against each other by using a cell phone, computer theft, Identity theft, Electronic Emails, Text messaging.

Police Harrassment.

Pg 50 of 160

Dennis Donnelly gave out addresses of people who were my friends to his Brother's in Law Jim + John Lyons from 1999-until 2004.

Lt. Donnelly of Upper Darby Police and his S or Dennis + brother in Law Jim + John Lyons Dennis Donnelly a Havertown Police Officer harrased me through Joe Booth and his friend Francis O'Brien who Sabotaged Jobs the Last year he worked for me. On 8/18/99-Saturday I had to clean up work Done by Francis O'Brien the Day before. He Left a newspaper stuck to hardwood floor. It took me 2 hours to clean up the floors. Working at Lori Arden's home on 10/25/00 Francis O'Brien messed up the walls in 2 Bedrooms. I had to go back and Fix them. IT took me 2 days to fix all the things he did wrong. Than I was threatned by a guy who worked for Joe Vuocolo. Contractors. Because I told the homeowner Lori Arden Francis O'd id this to her walls. Mr. Mummert (Painter) had threatend me at Lori Arden's home.

Ed Dohrman was a painter who knew Bill Curry I had to fire him after 2 days because he did nothing. He was sleeping for a few hours the one day. I had to go over all of his work. Officer John Collins was in touch with my wife Cheryl Brett. He was the one who knew these painters were messing with me, Sabatage Jobs. Joe Sullivan I had to Let go because he was messing up every job on purpose. I put plastic on a Bed In Lori Arden's home, Joe Sullivan got paint all over her bead spread. She Freaked out on me. The next time Joe Sullivan Tried to Knock Francis O'Brien off a Ladder. I only had 1 rule. NO messing + Safety around on a Ladder. Joe Sullivan and Francis O'Brien tried to Sell

Pg 5 of 68

me a rolex watch on 11/20/00 at Duane Beechem's home in Havertown, Joe Sullivan was making money on the side from the Pannachio brothers. Al Pannachio had a cousin in New York (a Fence) who he would drive up to see every 2 weeks. All the fenced stolen watches, gold neck laces and chains were than sold in Philly. To all of Joe's friends and relatives. I never brought anything that was stolen. Officer John Collins knew this story in 12/00. So did Officer ~~Jerry~~ Mitre Glenn Havertown Police department. Officer Phil Caponie - Detective State Police Knew too. Officer James Vereda, Officer Greisser of Westown Police Department was Perry Pannachio's good friend. He used to buy the stolen merchandice. Joe Sullivan told me this.

Officer John Collins + Officer Pete Osamacken Lower Marion Police department gave Joe Sullivan, Seymore Plaughers address. The next day Seymore Plaugher Broke a window and messed up a door at my job site. Than he quit at Lunch time and I had too drive him home. I told officer John Collins at my home on 10/31/01 (Halloween party that Joe Sullivan had told me he wiped his but and urinated on his 2nd shift supervisors work clothes several times. This was when he worked for Anko Printing in Radnor Pa.

Officer Peter Osenmachen knew everything that officer Collins did. They were a team. Officer Collins had his friends Bill Curry and his son Mike Sabatage my jobs. They intentionally did this to me.

I hired Mike Curry to paint homes. He intentionally broke windows, broke screw gun, spilled paint far away from homes we were painting. He did this at Peter Colson's home, Mrs Venbik's home, Andreakinsh home, Joe Melfe's home, Chip Benjamin's home and Dave Sullivan's home. On Friday 6/22/01 at Patsy Vederih's home he had broke 2 windows. Around noon Bill Curry showed up very sarcastic and told me he did'nt Like the way I was treating his son. I told him I Know your son Mike is doing this on purpose. Bill Curry told me to forget about all the harrassment Joe Sullivan had done. I told Bill Curry this was harrassment from the last 3 years. I had to Fire George Handline that day because he was drunk and he broke a window. I told Bill Curry did you do that Too. He said No. I Later found out that George Handline was a friend of Dennis Donnely a Havertown Police officer. He was also a friend of officer John Colhast Havertown unknown officer friend. Bill Curry then went to Nolan painting and had them harrass me at Finnaren + Halley in Pilgrim Gardens on 7/30/01. Anthony Marisella was working that day with Vicky Fox the Manager. 2 Big guys from Nolan Painting Threatened me in the store. They both went to Monsignior Bonner and had played Football there. Joe Sullivan's friend Jim Lynne from Fed EX. Just was there too.

(Joe Booth)

Splitting techniques, which are used by CIA on drug
dealers and hardened criminals, I had never committed a crime in
my life. Cheryl Brett was trying to scare me to death at that
time. She had her friend Kim Santee and a few Neighbors in West
Grove PA. (Linda Johnson, Frank McCullough - Handyman from Ridley
Park Pa.) Hurt (worksat Franklin Mint) Bug the home. (Methodist Church)
members in West Grove became involved in our marriage at this time,
without my knowledge for years afterwords. Cheryl Brett and Brendan
Brett were trying to steal my Civil Rights, Even when I told Brendan
Brett to stay out of our marriage Cheryl Brett would have Private
conversations with Brendan Brett + Pan Brett.

Pg5305168

Officer Dennis Donnely Havertown Police while working a side
job for Mrs. Sullivan 1208 Darby Rd in Havertown on 6/29/98.
Dennis had messed up all my kitchen walls installing a counter
top. I asked him if he would touch up paint all the walls. He
would not. He was mad so he gave out to Jim Lyons where I was working.
On 7/20/99 Jim Lyons showed up at my job site at Conshatten
State Rd. in Gladwyn. He was working out in West Chester he was
pissed off at me. He was trying to ruin my business by calling my
customers and matching things up. He had his friends from Summit
Corp. do this. Jim Lyons than showed up at 1108 Greentree Rd
Penn Valley a Mr Joseph home. Once again Jim Lyons was mad at
me for no reason. This occured on 8/8/99. He said. He was
working in West Chester again. Jim Lyons was mad because someone
said him and his family were gossipers. "I had to laugh," Until
one of my customers told me they had received a call from someone
who told them. I was ripping then off on a job. That was a lie, I told
my Lawyer. Jim Lyons and his wife in 8/10/01 had told my wife
I was having an affair with a stripper. This was a lie. Jim Lyons
called my home several times. He showed up at my home in West
Grove Pa. 2 times when I was not there. The house was locked,
He was spreading rumors through the West Grove highschool where Summit
Corp. was installing new computer Lines.

5/28/99 — Sgt. Havertown Police (Italian) (untrown), Officer Mike Glenn Dennis Donnely, Officer (untrown) friend of Joe Booth Havertown Police, Havertow Townwatch director Pearl Hluth and her police Liason on this day. Some one called May Flower moving company and we got the wrongsize truck delivered to our home. Than the Truck was sent to Middle of New Jersey, where Furniture was brotten. The next truck came at 2:30 AM. What a nightmare for my wife. Joe Sullivan told me this on 12/31/03. This was an Invasion of our privacy by a police Organization and a religious entity. The Catholic Church Father Jim Sullivan and Father Tom Sullivan were behind this too.

On 3/17/99 I was at the Ivy Inn bar in Havertown. Phil Caponi Detective State Police was there, Talking to Joe Sullivan Brian Towdly, Jim Lyons, Mike Smith, Harry Shretler. I went over to them and started talking. Then- Phil Caponi asked me how Francis O'Brien paints, I said he works hard, I always praised Francis O'Brien. Jim Lyons Said he can't see. He must been bad painter, They were trying to get me to say something bad. I would'nt play that game. Phil Caponi said, I know he's a bad painter. I told Phil he looks like Rasputin with a long beard, to change the subject, I asked him was he an Amish undercover agent, He said yes!

The next time I had Trouble with Phil Caponi when his Confidential Informant James Tilley who I hired as a Painter, I did'nt know it at first.

Pg 55 of 168

Jim Tilley was a Baptist from West Grove Pa. He started the 1st day as an ok painter. Told me he was going to paint his way or no way at all the 3rd day he worked. The guy was getting paint on a new floor and new hardware the home owner had just put on the doors. I had to drive him to and from work. I let him use my cellphone the 3rd day he worked for me. He said he was a Confidential Informant for the State Police in Avondale. I was shocked. I asked him about undercover work. He said "It's scary business. I told him about Frank and Lori Zephir at this time selling Marijuana. I told him Lori Zephir's sister grows marijuana in her back yard in Cape May, New Jersey. He said he would look into it. I dropped him off at a parking lot. There were a lot of cops. He whent over and talked to them. The next day Jim Tilley was very argumentative. He was spilling paint Alll over the floor. He was still drunk. So I had to let him go. He was cursing at me the next evening when I let him go over the phone.

Rob Holmes had painted 13 windows shut on my 1 Job. Another Job he painted 7 windows shut and left 3½ hours Early. The home owner told me this. He stole paint brushes from MaB. As soon as he told me this I had to let him go. His sister was dating a Havertown policemen. He was sabatoging my jobs. He recorded me on his cellphone on 10/3/01. I had told him about Joe Sullivan & Mike Smith & Harry Sheffler, Eddie Halesey stealing from Boscov's where Harry Sheffler worked. 10/5/01. Rob Holmes and Joe Sullivan go over officer John Collins home.

(Freak event) they are watching animals having sex with humans, Mike Smith told me this. Mike told me Bob Holmes recorded my conversation with him. Mike Smith was mad at me. He told me on 10/6/01 on Saturday at Haverford Twp. day. Officer Collins went and Told John Burns, Rob Holmes + Havertown Police officer dating his sister told - Raymond Abbot painting, Joe Sullivan told Nolan painting with his cousin Joe Sullivan Ancient order of Hybernians, and Father Jim Sullivan + Tom Sullivan. Mike Smith + John O'Reilly told Gorman painting, Francis O'Brien told Chris Coneys painting + Rob McDonald Painting. These people were slandering my business. Officer John Collins organizes a meeting with Cheryl Brett behind my back. On 11/8/01 we all met at Burnaby's Pub in Havertown. They all denied slandering my business. Mike Smith ran out of the bar when I caught him in a Lie. Office Collins said it was Mike Smith who started this trouble. That was a Lie. IT was Francis O'Brien, Jim Lyons, Joe Booth, Dennis Donndy Havertown Police, John Lyons, Mike Glen (Havertown Police.) A few days goes by and Mike Smith meets up with Maureen + Joe Booth on Saturday 11/10/01 at Drexeline Shopping Center. They discuss going after Friends + Family of Frank Brett. On 11/19/01 Mrs. Terry Campuszano calls me. She threatens me. Tells me her 2 sons are going to beat me up. Cheryl Brett comes home from work 2½ hours early. I asked her why Mrs Campuszano

would threaten me. It was because Joe Sullivan had told them I called Joe Campuszano gay. That was a Lie. Everybody called him gay behind his back. Mike Smith, Harry Shretler, 3 Pepsi Cola guys, All the Murphy's, Jeff Kelly, Rob + Dawn Lowtt they all called him gay, Charrly Kildea, Kim SantEE, Mike Short, John Collins everyone thought he was gay, He never dated a woman. It was not me who started any of this highschool gossip. When it started to effect my business. I was concerned, when I started to get threatened and my wife was being threatened I told Cheryl Brett to Talk To Brendan Brett my attorney. Little did I know at that time, IT was Cheryl Brett who had been talking to my Uncles Brendan Brett + Dan Brett since 1999. They had started trouble through the Catholic Church and Several Priest without me even knowing this. They were using cell phones to record what I was saying. How I was being abused by a group of Painters who had policemen as Friends. Every week after joining the Lower Merion Animal warden Crew Which John Collins got Joe Sullivan the Job. More trouble would start, Joe Sullivan would play cards with this group of Police officers and a few days Later he would show up with a stolen paint sign. He had mysteriously found. "It was my paint sign of course."

Pg. 58 of 168

9/1/98 through 3/4/04 - Officer John Collins and many officers of the Lower Merion Police Department in PA. invaded my rights to privacy and covered up crimes by Joe Sullivan, Mike Smith, 3 Pannachi's Brothers, Francis O'Brien, Kevin O'Brien, Seymore Plougher, Harry Shreffler, Rob Holmes + his Brother, Jim Marinarie + John Marinarie. Officer Collins over the years had given out addresses, ran peoples License plates. Officer Collins gave Joe Sullivan (Seymore Plougher address at his place of work in Ardmore Pa.) So Joe could talk to him about how to steal Frank Brett's business, by harrassing him, and by having his friends harass Frank Brett. John Collins ran License plates on Tony Longo, Seymore Plougher, Frank Brett. (He told me there were 4 Frank Brett's in the state of PA.) Mike Short, Charles Kildea, and some of his police friends in the Traffic divisions daughters, dates. This was common place in the Lower Merion Police Department. He gave Joe Sullivan, Joe Carpuszano's address, Frank Zepha's address and many more addresses. He gathered this imformation to destroy my businesses in PA and with the help of his brother Joe Collins (DEA agent) in Florida. He used his cell phone as a recording device breating the 1934 telecommunication Act, He lied to me 8 times about the use of a cell phone. He did not have my cell phone Number, it was unlisted when I was in Ft. Lauderdale.

Pg. 59 of 108

On 1/8/03 from an unlisted number, He wanted to know were I was Living. He was recording the conversation because him and around 8 police officers had harrassed me for 6 years. He did this because him and most of the members of the Lower Merion Police Department had committed Civil rights violations against Black People. This occurred from 12/87 through 12/99 at the Lower Merion Police Department. In the jailhouse they would get a drunk black man. Blow up a Balloon and tell the Black man if he could catch the balloon the police would let him go. No one ever caught the balloon. He was worried I would tell this story. It was John Collins who had got Joe Sullivan the Job at the Lower Merion police department. (The Animal warden's helper.) In Florida the Department of Corrections bugged Kristy Santo's apt. 4/05 until 7/05. I told the story to her about black men in Lower Merion Pa. After I had left Kristi Santo - (because of her drug use and drug connection and her (Father-Mr Santo's Mafia connection in General Motors Corp. and Detroit. I found this out about Kristi in 7/10/05. I went to the Elbow Room in Ft. Lauderdale Florida on 7/23/05. While I was there an Irish Rugby Player from John Sullivan's team in PA. Showed up. This was the 2nd time I had seen him at Him's Alley Bar in Ft. Lauderdale. He was with a Ft. Lauderdale police officer - (Tall Blonde Irish Guy.) and LT. of Number ___ Fire Company in Ft. Lauderdale. and several firemen. Some of the firemen were at the elbow room with their girl friends. 1 Blonde girl came up to me

Blonde Guy
'10"
Muscular

and said that I molested a girl · 20 years ago, (Big Lie I
Said.) She said it was me with the balloons on black people. (Another
Big Lie I said token) Then she said the police and Firemen in Ft. Lauderdale
are going to spread all kinds of rumors about me and that I will
never get another date. Then she walked away and left the Elbowroom.
She left with a man about 5'9" 180lbs muscular black hadr. He was a
Fireman from the Number 3 Fire company in Ft. Lauderdale FL. Officer
John Collins 20 years ago was a Fireman for the Oxtermont Fire Company in
Havertown Pa. Also Joe Collins (DEA agent) goes to Him's Alley Bar
in Ft. Lauderdale and knows all the bartenders (Craig. and the 2 women
Bartenders.) I was harassed the 1 time I was in there. A blonde haired
Irish girl came in and told Craig the Bartender a story. She was near
me when she told this story. She said, A man on Senior week took a
crap behind a burea (piece of Furniture), then pushed back the
Furniture. His friends finally found this piece of poop. After a
hot day. It was Mike Smith from Havertown PA. a friend of officer John Collins.
who had done this. The Bartender (Craig) laughed and said to me "Why did I do
that." I got up and left after 2 beers.
 3/30/04 — I hired a Mario Dimartino to paint a bedroom.
He was supposed to be a professional painter. In 1 day he
only painted ½ the woodwork in my bedroom in my home. I
caught him sleeping. He came recommended by a Anthony Marasella

Frank (A Parole Officer) Italian parole officer for
Delaware County parole department, Sent to my home with
Father Tom Sullivan and Father Jim Sullivan and Judge
William Toal. They sent Brian Grinsley to sabatage my
construction project found him asleep after returning from Supply
Hardware store. 12/03. They sent Ray Amy a Plumbing (I won #3,100 in
Judgement.) Consultant to sabutage my plumbing, He also threatened me.
They sent Kevin Zeeman who lied to me, He had a DUI and Probation
was doing Community Service at Monsignion Bonner in 3/02 - and 12/01.
They sent George Hardline who was on probation and doing Community
Service, He messed up every job he worked on in 01. They sent
Ray Quigley who messed up every job he was on, and Jim Dougherty, 02 in April.
Carol + Steve Yudis and Frank Catania, Jimmy from
the CIA. (He lives in Radnor and is Black.) They recorded, and destroyed relat
with my Mother, Sister + me (me for several years, I did not ever know what they
were doing. Carol made me change things and contracts
8/26-8/29/02 (9 times, Her and my Lawyers Hugh Brackin, Sheridan,
Weinke plotted out and told everything I was doing to Brendan Brett
the Sullivan Priests, Tom Sullivan + Jim Sullivan. Also Joe
Sullivan football player (Ancient Order of Hybernians. An
Organization Sworn to Protect the Priest and Judge William Toal
his son William Toal and Cathy Toal. This occured from 1999-
Until Present 8/6/07. Also I was harrassed by Paul Tullion
and he pursuaded Several opinions rendered by the Disciplinary
Counsil) of PA, from 10/31/01, until the Present 8/6/07.
I was naver called by a Disciplinary Counsil member. I was never given
help to fight against experienced Lawyers. Even when I was
very sick with Chemical Exposure, Carnal Yudis + Cheryl Brett, Brendan Brett,
Hugh Brackin, Sheridan, Weinke (My attorneys I paid for) Lied to me after
I was false arrested. They obstructed Justice. They conspired to use

who worked for Finnaren + Haley paint store. Anthony was
a good friend of Bob Holmes and a friend of Mario DImartino
all of them used to Live in Overbrook, Park, Philas. I Later Found
out a Rob Holmes sisters Boyfriend was a Haverfown Italian Police
Officer trying to steal my Civil Rights and harassment with
other painters. I fired Mario after 1 day work. Mario also
worked for Nolan Painting of Haverfown who used his employees
to harass me from 2001 – 2004 in Haverfown Pa. They all
knew father Tom Sullivan. Kevin Nolan painted a lot of catholic
Churches in that time period. I was being driven out of
business through Police harassment and by their affiliation
with the Big Painting Companies in Delaware County, Also,
father Tom Sullivan + father Jim Sullivan, /

I hired Anthony Romano for the week of 5/10/02. He knew
Rob Lautff. He painted 1 day and messed up doors + windows
on the Job. I had to show him he missed half a window here
half a door there. I took the time to go over everything with him,
This happened a few times to me from other painters. Since 1955
when my father started the business we were never sued.
We just did good work,

Frank Brett

Police Following me!    Pg63 of 188
Breathing Civil Rights-
Stalkindg Interstate Telecommunation Law 1934 + 1996

' 4420 Middlebrook Rd, Orlando, FL,

#1. This person who drove this vehicle came near my home on 6\1\7. New Stephie Bingham, Lane Savers washer, I went to 7 eleven on Kirkmans Rd, Orlando around 2:30 pm to make phone calls. Black mangon came out. He was on his cell phone, White Italian police officer showed up, they were talking for a while.

(Mr. Massey ford 350 king cab) On 7/3/7 South Carolina Plates 081007 #2. This person who drove this vehicle new Stephie Bingham Lopata and Jeff Horton at Myrtle Beach, South Carolina. Italian Police officer brought Mr. Massey + English friend to Fish club & Mr. Massey is an Industrial Painter from S.C.

#3. Stephie Bingham Lopata friend followed me to Maryland Welcome Center on 7/5/07 - I slept a couple hours in my truck. AT 6 AM This white Bald Italian man with marine corps emblems on Tan Mazda King Cab Florida plate UJW8K - Florida Youth Ranches: I saw him in Stephie photo album. Her daughter Nichole Lopata's friend.

#4. A Black White marsh police officer from Maryland followed me into the McDonalds in White marsh. He followed me from I-95 off exit. Than ~10 minutes later a Dark Grey Volkswagon Passat GMM-7000 PA. License plate and a white male in his 50's driving the car. This occured at 8:45 AM Thursday 7/3/07.

#5. A white Maryland state Trooper he looked Italian in his 40's followed me into the Maryland house around 9 AM on 7/5/07. A Jewish man around 50 Medium build glasses 5'10, 190 lbs driving a Tan Ford SUV. New Jersey Plates HPH-907 he worked for Comcast Cable. With his Bald friend around 50-6'1 around 200/bs he also worked for Comcast Cable and drove an SUV.

#6. On Friday 7/6/07 an White Eltkon Maryland State Trooper cruised by Motel 6. He was in his 40's. Than a White Chevy Van - (Fred Beans Pa. Plates GNJ-8871) pulled into Motel 6, Bucks County FOP sticker on Vehichle around Dinner Time. He stayed till Saturday 7/7/07 and Left when I did on Sunday 7/8/07.

#7. On Friday 7/13/07 Wawa in Springfield AT Baltimore Pike RT 1) I pulled in around 5 pm. Springfield Police officer followed. Man around Mid 30's Italian. Older woman around 55 drove a White Toyota, Pa. Plates GBV-9013 Conicelli emblem. She was with a Latin man who drove a White Van - Mr. Fritz plumbing I recognized them both as friends of Joe Campuzano a man who is not supposed to harass me anymore. Also friends of Mr. Mrs. Fritz of 104 Strathmore Rd. Havertown Pa. 19083. Than I drove to to Wallgreens at 5:30pm same Springfield, Italian Police officer. It was around the Wallgreens telephone (Payphone) In pulled Blue Toyota, Conicelli - Pa.plates FBP-4084 at 5:35pm also a Silver Toyota Conicelli. Pa. Plates GPV-9195 at 5:40pm This white male around 25 years old, 5'10" tall, 180 lbs, Dirty Blonde hair, I recognized him, he worked at Springfield county club. He was a friend of Joe Campuszano + his Brother girl other and Aunt, Sister, than at 5:45 pm a Black mustang Front (Raymond Dodge emblem) Pa. Plate FXR-3955 - ⬛⬛⬛ White girl around 30 years old and her white Boyfriend. Friends of Joe Campuszano + Cheryl Brett.

#8. On Saturday 7/14/07 at BP Gas Station on RT 1 + 452 Media Pa. At 7:00 pm I was making a phone call to Tom Blutcher. Pa State Police driving a black SUV pulled im. 1st Car - Grey + Black Scion - Black girl driving came around 7:20pm

*a plates ;cP-5060* AT 7:30 pm a white midsize car Ohio Plates Det-6765 - Older White man driving.

Frank Brett                    Police Following Me!        Pg 6 5 of 1 08

#9. On Monday 7/16/07 around 6:30pm I whent to make a phone call from a pay phone in Havertown Pa, on Strathmore Rd. While making this call a havertown police car comes by. 5 minutes later a man a tall Blonde from McNellis Landscaping walks by and threatens me. I got in my truck and left. Than I whent to 7 Eleven on Ardmore Rd in Havertown. Made a phone call. Havertown police Van pulled up while I was on the phone. Moroccan young man (clerk) came outside and started talking to me. There was no one in the store. He told me he was from Morrocco and he liked my scooter. He said there was a place on West Chester Pike that sells scooters. Honda dealership on west-chester pike. The Havertown police officer was a friend of Bob Holmes, his 2 sisters and His family. I was harasse by a woman in florida who worked as a director to Morrocco for Disney. She was at the Orlando Ale House on Kirkmans Rd. on 6/2/07 a saturday night. She than followed me to ESPN restaurant Around 25 in disney on Sunday 6/10/07 with her boyfriend. (She had long black hair.

Officer Havertown Policemen are Sgt. Mitre Glen, Dennis Donnely, Helky, Bill Hollingsworth, Mark Moorview, unknown Italian Sgt. who does police Liason with Pearl Hluth and Havertown Townwatch. These police officers have been harrassing me since 1998. These police officers have been breaking telecommunication Laws, handing out address and phone Numbers to their friends so they could harrass me.

#10. 7/19/07 On Thurday I whent to BP Gas Station. around 8pm at RT. 1 and 452 Media. I was making a phone call and a State Trooper - License plate 28063 - pulls in. Silver mustang Convertible Front Plate Nevada Black roof PA plate FGC-5144 Italian guy pulls in. Than at 8:10pm White Volkswagen Yasda 25 Black guy driving. PA Plate GSH-7364 buys gas than leaves. (Edna) Rob Lawttf - Mother in Laws friend in car. (3rd wife of father)

7/31/06 | From: Frank Brett — ( TO Judge Dozer | Pg1.

(Pg 6 7 of 168)

My New Address is 6551 SE, Federal
Highway Apt. 7 STuart FL. 34997-8347.
I had to move out of my old apartment.
because Janice Roland my land lord had some of
her Friends break into the apartment several times,
I also told her when I was there that several
Policemen From Hillsboro Police Department had been
harrassing me. A few days Later this Hillsboro
Policemen showed up at Conshy Joe's bar in

Michigan Plate License) Jensen Beach, He was there with a guy Named
116E-T69 + Mitre and a Florida State Trooper. This guy
Mitre was telling the bartender Rich how he had
broke into half a dozen men's private Bank Accounts,
How he had got a lot of his imformation about these
guys From a Florida State trooper Local 6000.
And From another friend of his at Broward Sheriffs
Dept. in FT. Pierce, He was teaching Rich how
to clean out his computer every month, Than Mitre
(Computer Criminal) Michigan Plate 16E-T69 began to harass me, This
was on 5/20/06. My New Land Lord Dan Chase
I Told on 7/1/06 about two Guys From the
Badda Bing Strip bar, (I was never at that bar.) who threatened
me at the Oasis bar in STuart. Florida. Than on
7/3/06 in FT, Lauderdale Florida While sitting on the beach
around 10 pm, The Man From the Badda Bing strip bar

Pg 66 of 168

At 8:15pm - Red Chevy Suburban - (Pennstate Logo) PA,
Plate 25109 . buys gas than Leaves . Light Blue Honda
accord Connecticut plate 982-BZV Woman around 50 years
old, pulls in Stops for 5 minutes than Leaves.

From : Frank Brett                          Pg. 69 of 68  |Pg. 3
7/31/06

The Badda Bing van pulled away (IT had Badda
Bing written on the side of the Van.) I got my
video camera out and Videod the older white set up
guy out Front of 7/11. He said he was on Social Security
Disability and had just gotten a devarce. He lives in
Ft. Lauderdale. I also Videod the Black Female Cashier
who knew Eddie Murphy Jr. (Pastor at Methedist Church
in Ft. Lauderdale Flor 9d a.)

                        Thank You  Frank Brett
                        8/1/06 !

| Pg. 2 |
Pg 68-of 168

walked back in Forth in front of me for 5 minutes.

7/3/06  Also a Lawyer Harry Geissinger the 3rd did the
Same thing, (Harry had me beaten up AT The Big Game
Sports bar in FT Lauderdale Florida, Than I was run over
by 2 guys I had been in a fight with at Big Game Sports Bar.
Southbound on AT 1, The 2 Guys had a Black SUV. Black guy,
White guy. The Next week a the Elbow Room I have video of the 2
guys who ran me over. I called the Police, They did
not arrest the 2 guys. The 1 Policeman was bow legged
(I have pictures) with black hair. He was talking to his Captain of
FT. Lauderdale Police Department, He said they were
not the guys. He did'nt even get their photo ID, out.
The Bouncer with the bald head had called these
2 guys from his cellphone. He walked away quickly when
the police 1st came. He was afraid of the police,
This was on 9/05. My back was hurt I have been unable to work.
  On 7/4/06 I went to Fireworks at FT. Lauderdale Beach.
in front of Elbow Room, After the Fireworks I went to
7/11 on Las Olas Blvd FT. Lauderdale, I brought a soda.
I was talking with an older white man who knew the Cashier he
Said, Than a car pulled up, Bouncer (Italian looking from
FT. Lauderdale) Elbow Room got out got something to eat and left, 5 minutes
Later the Badda Bing Van pulls up. The driver asked me
if I needed a ride, "I said No!" Than 2 Italian white
looking guys popped up from the back seat, ("I ran away!
These 2 guys I seen again with a FT. Lauderdale Police Woman on 10/14/06 at Dicey Riley's

December 2003, My house was bugged. There was no
one around. I only said this one night. Kristi would say
this when she was mad at me for investigating.

I found out that Kristi Santora, how we met.
The Leader of South African Hell's Angels, based in Ft. Lauderdale,
Florida. Set us up at the Chit Chat Lounge. Cheryl Hooks and
Greg work for a Tool and Die Company in Ft. Lauderdale owned
by this Man from the Hell's Angels. Cheryl Hooks telephone Number
(954) 873-1429 which I never called. Cheryl Hooks favorite place was
a bar called Bru's Room in Pompano Beach. She was a Penn State
fan and had the telephone Numbers of Several Alumni from Penn State
Including Kevin Malartey (a good friend of Cheryl Brett) I saw this in
her little black book. Cheryl Hooks + Greg came + found me at the
Irish Pub in Ft. Lauderdale. Cheryl Hooks talked to me for a while about
Penn State Football + (Joe Pa. Coach). While I was at Bru's room
In November 05. Santo Porse a friend of (Rob Lourf + Cheryl Brett)
his brother came into the restaurant on Monday. (Washington Redskins
were playing.) He sat there with a woman and stared at me. We
all left after the football game. I did not say a word.
In November of 05 at Bru's Room the Same night
Mr. Brett's 2 friends from U.S. Customs went to Bru's Room
in Pompano Beach, Pete and another (Italian) Customs officer from Washington
DC. They were Redskins fans. They did not say a word to
me. I had talked to Louis Guadalope about these guys from
U.S. Customs on Saturday November 5, 05 at his home. They were
the 2 Guys who had invaded my Boating and Realestate deals

9/31/06  From Frank Brett —
To Judge Pozer                    Pg 70 of 168    Pg.6

Robert Pace also had with him the DJ (AT Damons)
From Hah's strip club in Wilmington Delaware,
He is a white guy, bald head around 40 years old, Italian.
He sent a Red Headed Jewish Stripper over to talk
to me. She told me she was trying to grow a Landing
strip on her bald crotch, She Laughed and said "that
message is from a Florida Stripper, "I asked her to
have a drink. She told me she has a lot of Biker
boy friends. Than she went over to the DJ and handed
him a hidden Cell phone. She had recorded me illegally
without me knowing it. This is against the 1934
Telecommunications Act. She ment harm to me mentally.
Kristi Santo was an Ex. Stripper who I met at the
Chit Chat Lounge in Pompano Beach Florida. She was the
one and only girl who had said to me that she was trying
to grow a Landing strip. I Laughed a Lot when Kristi said
this to me, I never heard this before. I tried to be Kristi's
Friend but she was an Evil Psychologist who tried to scare
me to death. After finding out that she Lied to me about
how we met. She said, she was at a Dance in Pompano Florida
that night, AT (VFW) I called the place there was no
dance that night, AT the end of our Friend ship, Kristi
Santo" said when the telephone rang," Get on the horn Frankie.
This was a saying my father used to say,
She would say things, That I said in Pa. in my own home,
"I asked, God to take me!" in my own home oh

From: Frank Brett
4420 Middlebrook Rd.
Orlando, FL. 32811

Pg 72 of 168  To ACLU
Pg 1 of

On Saturday 6/16/07 I arrived at
Bliss Strip Bar in St. Petersburg FL. (Ulmerton Rd.)
around 10:30pm. I was speaking with Patty -alias (Scarlet)
about the New Owners of the bar, Who than showed

*Patty is Irish and American Indian*

up around 12 midnight. Her friend a white male - 6'1" 180l
bald, Italian who's license plate (Florida) is D16-5NA - Black Porsle had
made around 10 phone calls. He called a white bald headed
Electrical worker for Georgia Utilities. He showed up
at Bliss around 11 o'clock. This woman a white woman
around 50 years old heavy set who drives a white pontiac
Grand Am showed up at Bliss around 1AM. I recognized
her from Orlando, where I Live. She was friends with
my ex girl friend, (Stephanie, Bingham Lapata,) and
This man who lives at 4464 middlebrook Rd. He is my
neighbor. Also Jeff Horton my Land lord is involved with
Mc Kinley Properties and these people. Also a Lady neighbor
at 4448 middlebrook Rd. is involved. I saw this Lady who
drives this Pontiac Grand Am - (Florida Plate 696-4CT)
around 2 o'clock Sunday 6/17/07 afternoon at this man's home
at 4464 middlebrook Rd. She followed me 90 miles away
the night before out of Orange County. (Back To Club Bliss). This Italian
man Florida plate D16-5NA) Proceeded to call friends
of Yolanda Rivera (who is a Leasing Consultant at Portofino
apartments where I used to Live. A division of Mckinley
Properties in Orlando.) These 2 Latin men were Cursing and
threating me at Bliss. So I moved my seat.

Miss Patty (Scarlet) started Fatting an orgasm.
I had not even touched her. I noticed she had
her cell phone in her handbag at this time (1:45 AM)
she was transmitting. I got up and Left club Bliss.
I Forgot. Just Before she did the orgasm thing she was talting
to the New Owners of the bar. This is a violation
of the 1934 Fed Communications act. Violation of my 1st Amendment
Rights To Privacy (I had been stalked and beaten upin Club Oasis in Ft Lauder
Fl. (Days Inn) - I whent next door around 2:10AM. I noticed
these 2 guys cutting the Locks off an (Osmose Truck
Florida plates W89-2XB) I noticed the white Baldheaded
guy from Henry Georgia had been in Club Bliss. (He was
called by white guy Florida Plate-D16-5NA Black Porshe) he had
been in Bliss. I asked these 2 men was it their truck. They said yes.
Than they told me they were From Georgia. So I walked over
towards the waffle House next door. I noticed the (D16-5NA)
Florida white guy from Club Bliss walked right by me. He whent over and Black Porsh
talked to the 2 guys from Georgia (1 Black guy around 5'10'
around 40 years ol/180 lbs and the white guy around 6' Foot tall.) Than the woman
From Orlando - White Pontiac Grand Am (Florida Plate-696-4CT)
Stopped for a minute and Talked To these guys and than Left.
She did not stay in the HofeL -(Days Inn). Than I walked
back to the Waffle house next door. Whent inside and had
breakfast. While I was having breakfast in walks the guy
from Club Bliss-Florida Plate-D16-5NA-Black Porshe.)
He sits alone. Five minutes later in comes the waitress
from Club BLiss with a couple of girlfriends. The waitress

From: Frank Brett

TO ACLU
Pg 74 of 168      Pg 3 of

was white 1/2 Oriental wearing an Hawain outfit,
The girls were throwing a rubber chicken around saying I'l
choke his child the Waffle house. (It was very funny) The other
woman had been in club Bliss and were friends of the
New Owners,) Than in comes 2 Black guys who checked
into the Days Inn around 1AM - They sat with 2
Black girls, They were called by the Little Black guy
who was cutting the Lochs off the OSMose Truck at Days
Inn Drugs I got up and Left and checked into the Days Inn
Clearwater/STPetersburg - (3910 Ulmerton Rd,), I Told
this story to the Clerk Tanya McAlpin at 4°oclock, AM
(She was checking out 12 Biology Students) She than
called Broward Sheriff around 5" AM, Officer ST, Pierre
a Black gentlemen Broward Sheriff arrived. I told him
the story of the 2 guys breaking into the OSmose
Truck around 2:10 AM, I Told him the waitress (from Bl
and her friends went to the Waffle house around 3:30 AM,
I Told officer ST, Pierre that the 2 guys breaking
the Lochs off the truck new the guy In the Black Porsh
that The white guy had called him from his cellphone,
and they had known each other. As I was talking to
officer ST. Pierre the 2 Black guys from the Waffle house
had come down from their hotel room, I told officer ST, Pierre
that I did not feel comfortable talking to him with these
2 men In the Lobby, They Left 5 minutes Later, The Clerk
Tanya McAlpin told me they checked into the Days Inn

Florida Plate
(D16-5NA)

a Baptist
From Stephe Pinklands
Church in Orlandas

Around 1 AM Saturday Night, I told officer St. Pierre
that a woman in a Red Nissan (SUV) Florida plate 355-6CD
pulled into BLISS Parking Lot around 2:10 AM she knew the
man in the Black Ponshe. She was carrying a bag they talked
and she jumped into the Owners Hummer Limo with the bag, I saw
(drugs from Osmose Truck were inside Bag) → Than The Limo Left around 2:30 AM. I asked officer St. Pierre
to check the Black guy and white Guy from Osmose Utilities
their cell phones. He would not do it and told me case is closed.

On Sunday 6/17/07 I went to the House of
Blues in Downtown Disney around 7 o'clock. Around 7:30 PM
in came BoB Bingham and Rap his girlfriend they sat down
and had some drinks. Around 8 o'clock in came officer
St. Pierre and a friend (Black male). He went inside the
House of Blues and walked back out after 5 minutes. Talked to the
Manager of Bar. Is around 90 miles From Days Inn in Clearwater.
was officer St. Pierre following me? Was he in on a possible
drug deal, robbery, stealing of my Civil Rights? It was a
combination of everything. Was officer St. Pierre Covering up for Baptist
Church members in Orlando who were following me from Orlando to
Tampa Clearwater. that I had just stumbled upon a drug deal by
accident. I thought it started out as a breaking and entering into a
truck.

From Frank Brett!                    TO. ACLU. Pg 5 of
                                          Pg 76 of 168

Oh March 28th/07 I whent to the Orena
Sports bar in Orlando FL, I had a few beers when
in Came Joe Brown and Milke From Syntex, An
Communication company that was at the Convention Center
to do a show Joe Brown told me, We had just met,
He had known the bartender Jeff from a few days before.
Joe Brown and Milke (the Engineer) had their company in
Philadelphia. They do a lot of shows at the Convention center
in Philadelphia. I asked them does the Gov't come in
and check and Listen to phone conversations on the cellphone.
They both said yes, they data mine too. Joe Brown and
Milke (the Engineer) know Frank Zepha and John Gilroy from Philly
(Convention Center) had been messing with me for years. Their Union people,
Mafia friends, and their Friends in the Out Laws Motorcicle
gang. In Philly and Delaware, New Jersey, Maryland + Florida.
I over heard Joe Brown tell Milke that I was the guy
the skinheads from Matos bar and Cavanoughs Bar
in Philly and Fantacy Lounge bar in Ft. Lauderdale Florida
had threatened Me. They were Friends of the Manager (The
2 Skin Heads who Followed me to Florida.) of Matos bar
on 3rd and South street in Philly. Also Harry Shretler an
ex-bag man For Joey Morlino and 3 of his block drug friend
- dealers - (At least 1 of then work for Pepsi) were at
Matos bar (3rd and South street) the night of the Superbowl
the Eagles vs Carolina in January 04. They all took turns
Threatening me. Than Harry Shretler's Mafia Friends

Pepsi

(Mark O - A Mechanic) and 3 Black guys showed up at
Bru's Room Bar in Hillsboro on 12/18/05. I was
watching the Miami and Jets game. They were called by Ken Brett
U.S.
Customs) and Louis Guadalope. He was the only one who knew where I was
going. After this game the Manager of Bru's room and
the 3 other Bartenders left the County. This was covered
up by a Hillsboro Police Officer and a Private Investigator
Ben Capabianco from Ft. Lauderdale FL. I told them this story
and they did nothing. Getting back to the night of 3/28/07.
at the Orena Sports bar in Orlando. Friends of Byron Houseworth

(Cheated me) a Mortgage Lender from Ft. Lauderdale Florida showed up
taking pictures. They were from Missouri and drove a white
Honda. A pretty Blonde Woman and a man around 35 years old.
She knew the waitress. Than Vincent Carosella Jr. and PA State
Trooper and Dan Armstrong show up called by Rob Brown and Mike.
Vincent Carosella had cut his hair very short and he was being
nasty. He said to me that He just got out of Prison in
Georgia after serving 20 years for murdering some one.
He was lying I recognized him. He was an Attorney from
Delaware County. He used to have an office right next to
Dennis Muir my old attorney. I caught Vincent Carosella Jr.
recording my conversation with Dennis Muir in Delaware County
PA. I was talking about the Pannad/o Brothers, Joe Sullivan,
Harry Shreffler, Jim Marhnarhe and others harassing me and
threatening me. Vincent Carosella had threatened to
kill me and said I was going to be Bubba"s bitch in
Prison. I had been threatened by Al Bro Roa Sandez
he said they were going to kill me.

On 1/16/07 at McKinley Properties Albro came
to my home around 10:30pm. He came to my Apt.
with another Latin man, I had just woke up. Than
They ran to a getaway car and took off. Albro
worked for friends of the Pannachio Brothers,
Bushianne Decorators and painters in Chester County PA.
Albro Sanchez worked for me for a few months
until I found out who he was in 7/02 – 11/02,
and than I fired him. He proceeded to terrorize my
wife on 2/02 in Chester County Pennsylvania, Albro
and another man from South Carolina went to my home
at 515 South Guernsey Rd, West Grove Pa. I told
Cheryl Brett to call the police, He also Terrorized
us on 12/8/02 in West Grove. When he shoved up at our home
around 9pm, I told him and his friend from South Carolina to
never come back.

I did not know Vincent Carosella in Chester County,
I did not know he was a partner
of Stephen Devine in Chester County.

I did not know when I went to see Stephen
Devine that he was best friends of Charles
Perutto Jr and Sr. I had spent an hour
and a half with Stephen Devine. I told him
about the Wilson Auctioneers case, The Hyndae
case, I told him about the harassment and the
threats of the Pannadito Brothers and their gang.
At the end he said he had been out to dinner
with Rose Perutto Sr. the night before. Since
that time his Law firm and Denis Murry
Joe McIntosh, Bud Berman, Bill Schewin,
Chip Mcchrides, Hugh Bractsen, Frank Catania,
Sheridan, Weinte, Larry Welsh, Greg Lamonica
Tom Musi, Lucas Nardini and Andy Sheehan
William Petrangelo, Bill Barbuck
have all been on the Pannadito Brothers and Joe
Sullivans side. I have paid good money for
representation. They have done nothing for me.
These attorneys have done nothing that I had asked
than to do.

ARMSTRONG & CAROSELLA, P

ATTORNEYS    AT    LA

Vincent Carosella, Jr.
www.armstrongcarosella.com

882 SOUTH    WEST
MATLACK      CHESTER,
STREET,      PENNSYLVANIA    PHONE         FAX
SUITE 101    19382-4505      610.431.3300   610.431.6

ARMSTRONG & CAROSELLA, P.C.

ATTORNEYS    AT    LAW

Friend
Stephen J. Devine of
Charles Perutto
www.armstrongcarosello.com    Jr
Sr

882 SOUTH    WEST
MATLACK      CHESTER,
STREET,      PENNSYLVANIA    PHONE         FAX
SUITE 101    19382-4505      610.431.3300   610.431.6363

*Complaint 1*
*Pg 80 of 168*
*2006-50495(17C)*

# The Florida Bar
# Inquiry/Complaint Form

**PART ONE: (Read instructions on reverse side.)**

Your Name: Frank Brett
Address: 6551 SE Federal Highway Apt. 7
City: Stuart    State: Florida
Phone: _____    Zip Code: 34997
ACAP Reference No. _____

Attorney's Name: Harry Geissinger III
Address: Post Office Box 2218
City: Palm Beach    State: FL
Phone: (561) 655-1616    Zip Code: 33480

**PART TWO: (See reverse, part two.)** The specific thing or things I am complaining about are: #1,

#1, Being Stalked by the 4th Time by Harry Geissinger the III, His friends and Lawyer friends, I have been out of works and have back injuries because of being run over by freaks of Scott Axler, Sandy Chen, Officer Ken Brett and Harry Geissinger III and Joe, (Steve Howard's friend from Sip on Vance Ft Lauderdale FL, I have film of being at Elbow Room on 9/4/05 with Steve Howard when the 2 guys who ran me over came. About an hour after I got there, Harry Geissinger is violating my 1st Amendment writes to privacy,

**PART THREE: (See reverse, part three.)** The witnesses in support of my allegations are: [see attached sheet].

**PART FOUR: (See reverse, part four.)**
(I did) did not (circle one or the other) attempt to use ACAP to resolve this situation.
To attempt to resolve this matter, I did the following:

**PART FIVE** *(See reverse, part five.): Under penalty of perjury, I declare the foregoing facts are true, correct and complete.*

Frank Brett    7/3/06
Signature    Date

On Friday 8/26/05. The day after the
hurrikane. Around 6PM I whent to Mulligans bar
on Commercial Blvd, I got a sandwich and a
2 beers. A half an hour later comes Scot Hyer. He
was called by Iot his bartender friends. (Scot was a
bartender at Aruba's on Commercial Blvd.) Than came
an old man with a guy who was bald. The bald guy's
(name was Joe.) He lived on the Island of Venice in
FT. Lauderdale. He's about 5'8" tall very muscular. The
old guy is a friend of Harry Geissinger III who I wrote
you people about. I saw Harry with this man before
this incident occured at (Pure Platinum Solid Gold, He's a party,
and Harry was with him.) I saw Scot Hyer talking to Joe
and this Older Man around 60 to 65 years old. About 5'7"
Inches tall. They came in a Red corvette!) I got up
and left. Later on that night I whent to The Big game
bar on Rt 1. FT, Lauderdale. I had a sandwich around
10 o'clock and a few beers. I was talking to a nice
couple who had brought their dog to the bar. They were from
Shooters bar in FT, Lauderdale the Lady said. The Lady Let
her dog jump in the pool. It was around 10:30 pm 11PM Across
the bar was Joe and a couple of his friends, They were
friends of the female bartender (Blonde girl around 40 years old.
tall about 5'8 inch tall and thin.         ). A blonde girl/sat
next to me and began to talk to me.

P 82 of 100

(I have recently found out that she was an escort girl)
from Arler's Angels — sent to harrass me.

She lifted up her shirt in the middle of a
conversation. The guy Joe and his female friend
took a picture with their cameras. I noticed the flash
bulb go off. I just got up and moved to the other
end of the bar. Joe and his female friend got up and
left. His 2 male friends remained. Around 12 o'clock
2 guys joined Joe's 2 male friends. They both knew the
fende bartender. I overheard her say she was at the white guys
40 yrs old, guys home on the beach in Palm beach a couple
of times for parties. The other guy was light skinned
black male. He also knew the bartender, (Scott Hyer — guys
day/04. also knew Fren Brett and Sandy Chen on 11/20's October I men
Scott of Arubas was there with Fren Brett and Tanya Chen,) At the big
game a pretty long brown haired woman sat next to me guy
around 12:30 AM. She lifted her top, the new white Guy
guy said something to me as the other guys took pictures,
A fight occured at this time the white guy around 40 yrs.
old, 5'10" black hair threw his bud bottle, It hit me in the head,
2 of his friends pushed me into the pool. As I was in
the pool the light skinned black fellow threw a bud
bottle, it hit me in the chest. I got out of the pool the
Cook came down with another man and broke up the fight,
I was bleeding from the head pretty good. The cook kept
telling me to leave, I kept telling him I was hurt, To
call the police. He would not, He told me we would all be
arrested, I told him I was the victim, Just look at me.

Pg 83 of 100

After the fight. I left the big game bar on my scooter,
on Saturday, on 8/27/05 around 1 Am - 1:30
I left the big game bar on my scooter. I was
around 2 to 3 blocks away when I was tapped from
behind by a black SUV. The black SUV pulled along
side me. ~~~~~~~ I noticed the driver was the little 40 yr
old white ~~~~~ guy I had been in a fight with. He was screaming
I am going to kill you. His friend flashed a small flashlight
in my face. Than they crossed their line and hit me
with their Black SUV Truck. I went flying into the
grass. There was a small section of grass with trees
I landed next to. (Right near the Budget Inn - Southbound
on RT 1.) I got up, There was witnesses in a white
Toyota SUV, This elderly couple around 55 to 60 man + wife
saw everything. They gave me their phone #, They didn't
get the license plate. The phone number got messed up in my
wet shorts. I went home and knocked up at my neighbor
Cole Youngs home. He cleaned me up. I called my brother
that night and left a message. After this I received
6 phony phone calls, I had to change my phone number.
Ken Brett and FT, Lauderdale police were the only ones
who had my phone number. I reported this to the police
on Monday 29,05 - To Officer R. Santo ID# 1420 at
5:00 pm. I had no phone service because the hurricane
knocked it out, I told R. Santo the whole story what had
happened to me at the big game. He said He would get

back to me and he never did. I also reported
to officer R. Santo on 8/29/05 about my hyacht
being stolen. I told him I spoke to an officer Torres
a few days earlier over the phone. I told officer R. Santo
that it was the night before the hurricane on Wendsday 24th
of August. After midnight and before 5AM, it had been taken.
The Lady in Apt. 1, was home, she had 2 guys over who had
a jeep. For 8 months before she never had anyone over
her apartment, These 2 guys were partying with her for a week
straight. She had a hyacht that was 10 yds. from mine. Her
hyacht was not taken. My hyacht was tied up + they cut
the rope. I told R. Santo, and they took it. While I was talking
to the police officer this woman came over and asked what
had happened. This was the 1st time she spoke to me in
8 months. I told R. Santo that My home was broken into
in July by a Jamaican Comcast cable guy. (He had the
key to my Apartment.) While he was locking my door I said
to him, why are you in my apartment. I have no cable service
because I have no TV. He said the owner was supposed
to notify me. They did not. I told R. Santo I had my Spyware
Contract stolen that day. I was going to sue Spyware for
but + switch when the contract and other Bank Statements
from Citizens Bank + Wachovia bank were missing. I had
reported this to R. Santo. I had American Express investigating
this the day before. They asked me to send another copy of

Pg 85 of 168

The Spyware Contract, It seem that their Representative from Spyware Steve Black had lost his copy.

I went to the hospital several Times for (Holy Cross Hospital) back injuries from being run over by the Black SUV,

I have not been able to work since 8/27/05 because of these back injuries, and because these people attempted to Kill me with their truck,

Sunday at 6:30 On 9/4/05 I went to the Elbow Room with Steve Howard my neighbor at 27 Isle of Venice, We where there for about an hour when the 2 guys from the big game bar showed up, They were talking to the bartender a man with 2 color hair (blond and died black at 2 indes Black at the bottom,) They also talked with the bald bouncer, I video taped them at the bar, Than I asked Steve Howard to ask than where they were from, Steve asked Them ("They said Miami,") I told Steve they were Lying, The black fellow I saw at scores with the italian DJ, and Frank D' Pasquale a friend of my Mom's, They were from Palm beach, I called the police from a woman friend of Steve Howard's (She was from Methodist Church-Reverend Eddie Murphy Jr. Friends Steve told me,) The police showed up around 8:30pm, It was a tall bow Legged-Black hair-FT Lauderdale police officer and a blonde Musoular Police officer, I told than these two guys had run me over a week ago, They went over and talked to the 2 men and the bartender, They laughed and the police officers were back in 2 minutes,

(Elbow Room Bartender)

The policemen did'nt even get their ID's out of their wallets, I asked them how come they did'nt arrest them. The Tall bow legged policemen said they were from Philadelphia. I told them they were lying(Themen) I asked him how come he did not ask for ID. He told me to shut up. The officer told me I reported that I got ran over at 4AM Northbound on RT l. I told him that was a lie. This was a cover up. The officer was mad, I asked for a pen to write their badge numbers they turned away + got in their car + Left without giving me an Incident # Number or Report Number.

"I Forgot "The police ran my drivers License Number!" So there would be a record of this.

    To who ever believes in Justice, This was the 4th Attempt on my Life since 4/28/04. I was poisoned on that date with Arsenic. I have the laboratory reports. At Kevins Bar in Chaddsford PA. A lower merion police officer was there that day, also Kevin the bar owner has many State trooper bar friends. (PA. Lima Barractes State troopers, Also Kevin tried to sell me STOlen Sterko equipment 12/03. I refused of course The state police bugged my truck. They were trying to set me up. The bald detective(Lima barractes State Trooper) is Kevin's friend. He harrased me several times. In 8/04 at Firewaters bar in Chaddsford. He took pictures of me Il Dance with a nice black girl.

106

On Saturday May 20th I was at Candy Joe's bar in Jensen Beach FL. Around 10 o'clock the Hillsboro Police officer who had harrassed me several times before, Showed up. He was talking with the bartender a Chinese looking guy. He was 3 counties away from home, He was talking to a few gay guys, I recognized the guy from Ft Lauderdale. A friend of tex Brett's, He had dinner and than he left. Earlier there was a Guy named Mike who belonge to FOP and had Broward Sheriff Sticke on his car with a State Troopers sticker on his car, I over heard his conversation with Rich the bartender. He was teaching him how to top into peoples personal Bank Accounts, Mike was a bankier who the Police use to find people by illegally taping into their personal Information, Breaking the Law. An hour later mike began to harrass me He moved over a couple of Bar stools. He told me he was a bankier who had a lot of Police Friends, Everything was good until he began to get crude to woman, One of the woman he was talking about was a Mafia Stripper from Club Madonn in Miami beach, She was there with her Italian boyfriend, I remembered her from Pure Platinum Solid Gold, She was there the same night as Harry Geissinger the 3rd, She brought the philly boys in from various strip clubs in Phill to harass me, Mike had a friend who was a Florida State Thooper he told me this. I am saving their names and License plates for court, They are connected to the Florida Mafia, I can prove this

I got there at 9:30 PM. FT. Lauderdale.

On July 2nd, 06 I went to FT. Lauderdale FL.
I sat outside Spazios Bar (Across the Street), I
was waiting to see who would show up. AT 10:15 pm
Harry Geissinger the 3rd showed up. He walked right up to
me. Stared at me while walking back and forth for 5 minutes.
This is the 4th Time he has stalked me. He lives in
Palm Beach County, I had just wrote the ACLU on Harry
Geissinger on 6/29/06 about several of his associates harrassing
me. See the Elbow room bartender Rick (He dyed his hair
Jet Black now, and the bald headed bouncer had called friends
of Harry Geissinger back on 9/4/05 around 6:30 pm.
These were the 2 men who had ran me over a few blocks away from
the Big Game Sports Bar in Ft Lauderdale. This was after I had
been hit in the head + chest with their beer bottles in a fight
by them. The Bartender at the big game knew them all. Her and her friends
had called them. They came and harassed me, and that's
how the fight started. I Told all of this to officer
R. Santo (an FT Lauderdale Police) on 8/29/05. He said he
would mail me a copy of Police Report, I never received one.
I paid a private Investigator Ben Capabianco to investigate
this matter. He never gave me any information about these
people. I have tried several other private investigators, "No one
will help me."

Frank Britt    7/3/06



**Broward Sheriff's Office**
Broward County, Florida
www.sheriff.org

BSO Case Number: _____
Deputy's Name: _Ed Cullen_ _1994_
District: _10_
Phone: _954-480-4300_



**FORT LAUDERDALE POLICE**
BRUCE G. ROBERTS, Chief of Police
1300 W. BROWARD BLVD.
FORT LAUDERDALE, FL 33312
www.fortlauderdale.gov

*Venice of America*

CASE NUMBER _05-114778_

OFFICER _PSA S. Corey_ ID# _6498_

**FORT LAUDERDALE POLICE**
BRUCE G. ROBERTS, Chief of Police
1300 W. BROWARD BLVD.
FORT LAUDERDALE, FL 33312
www.fortlauderdale.gov

*Venice of America*

CASE NUMBER _05-109464_

OFFICER _R. Santo_ ID# _1420_





**FORT LAUDERDALE POLICE**
BRUCE G. ROBERTS, Chief of Police
1300 W. BROWARD BLVD.
FORT LAUDERDALE, FL 33312
www.fortlauderdale.gov

*Venice of America*

CASE NUMBER _05-109503_

OFFICER _R. Santo_ ID# _1420_

Pg10. of 168

Additional Information:

MESSAGE

DATE: 9/10/05    TIME: 8 PM

Vandalism

MESSAGE

DATE: 08-29-05    TIME: 5:00pm

"Suspicious Incident"

MESSAGE

DATE: 8/29/05    TIME: 4:00pn

"Larceny Grand"

(72 Hours)

## Harry Geissinger III

I 1ST met Harry Geissinger around the End of July'n 05 at Pure Platinum Solid Gold. I knew the people in this bar had Mafia connections and I was looking for someone from Philadelphia to show up. (I have no Mafia affiliations myself—Frank Brett.) These are some of the people who were trying to ruin my life. aid had done damage to my marriage in the past. Harry was talking to the black curly haired bartender. (Man) He got up from his seat at the bar and sat next to me. He began to talk about him being a Lawyer and how he represents big Realestate deals. How he owns a Century 21 Franchise. He said to me you see that short fellow with all the pretty girls around him. "I said "yes" he said he was one of the biggest drug dealers in Broward County and how he gets drugs to these girls. "I said to him that when I came down here on 11/15/04 this guy and a stripper named Cheryl + a few other strippers wanted me to go to a party with them. I said no I had things to do in the morning. I told him briefly about a Realestate deal that whent bad.

Harry Geissinger III,

On 8/3/05 I told you about the Real Estate transactions that fell through. I told Harry about Flagstar bank not qualifing me for a Loan. Larry Segal (954) 949-0575 the Loan officer. I had eighty thousand dollars in Sandy Shores Investment Inc. Money to be used to buy holmes, fix them up + sell them. Larry Segal never qualified me, How is this possible when I had A⁺ Credit at that time and 180,000 dollars in Assests. I know that I was held back + Finnancialy abused by Ken Brett 5/24/, Nancy Brett, Nancy Salter, Sandy Chen, Tanya Chen, Scot Hyer, Frankie De Pasqualie, Jeff Leighton, Carral Yudi's, Bosco Silver, Chris + Altea Kaspar Caraballo, Steve Howard. Linda Jason, and many others, Harry said I had no case and he Left,

On 8/29/05 I was at Solid Gold Pure Platinum in Ft. Lauderdale FL. Around 8 o'clock, Around 9 o'clock Harry Geissing comes in. He does not say a word to me as he walks by me. There are a few of his Lawyer ~~and~~ friends are at the bar he is talking too. After a half hour he gets up + leaves, I would like to know if he was destroying my chances of hiring one of thes Lawyers. Just because I was there watchin a football game. A few of the Philly boys showed up around 9:30pm. I had seen 1 of these guys with Frankie D Pasquale a friend of my Mom's at Scores 1 Time. by 10:30 pm there were 12 guys. Some of these guys I have seen at Ft Lauderdale Ale House,

Pg 3, of 168

## Harry Geissinger III.

9/12/05 — I go to pure Platinum Solid Gold. To watch the Monday Night Football game. To see if 1 of the Philly boys would call the Murderer of Jim the Carpenter from Philly or Chester Pa. I got there around 8:30 Pm. Harry Geissinger was already there talking to the bouncers. Later on in the night they would take my picture with their cell phone's, and proceed to make phone calls to their friends. Harry was talking to the Bartender (The Owner or Boss of Pure Platinum) He left after an Hour. A half dozen of the Philly boys showed up with 1 girl. they new all the Strippers. No Murderer was seen.

After Harry Geissinger

12/5/05 — The Eagles were playing the Cowboys on Monday Night Football, I went to Pure Platinum Solid Gold around 8:30 Pm, Around 9:30 pm the Main set up Guy For the Mob is a Bar manager in South Philadelphia. On South street "Mario's Bar" around 3rd + South on the corner— Across from an Irish Pub, wit Larry + 3 stooges showed Up. He is 6'6" Bald Head, Tatoos on his neck. He's in wall medium build around 205 lbs. He was there with another white bald Guy I did not recognize him. The year before on Superbowl Sunday I went to his bar. I had a tip that this bar was a Mafia hang out. I saw 3 guys that night at that bar in Philadelphia on Superbowl Sunday the Eagles were playing the Patriots. The 1guy was the Big black knuckle bos who had beaten Jim the Carpenter to death. Also 1 skinny Little Black guy around 5'7" inches tall- he das large ears-(He is their spotter and the 3rd Guy was a shooter from Chester who Al Pannacho had told me had shot several people for the MOB in the

Philadelphia and Chester area. That night in Philly Some pretty woman were Filming everyone in the bar. They were from Carnal Yudis ~~truck~~ Synagogue. One of the Video Cameras was stolen in the bar. Someone had these guys on Film. There were at Least 3 maybe 4 woman Filming every one in the bar. (Back to Pure Platinum Solid Gold) - There were at Least 13 or 14 Philly boys who came and stayed. Some of these Guys travel back and forth From Philly to Fort Lauderdale. A few of the Guys went over to talk to the 2 big Skin headed Guys from Philly. (Bar manager) They where taking pictures of me with their cell phones.

On 12/18/05 on Sunday at Bru's Room Pub in Deerfield Beach I was watching Eagles + Redskins. Around 1 Hour Later I seen 3 Guys from Philly and 1 white guy. I recognized the 1 Big Black Muscular Anucklebuster who beat Jim the carpenter to death. Also 1 Skinny Little black guy around 5'7" inch, talk, Large ears. Also the shooter who Al Pannachio had used several Times. This is the main guy who has killed several people in the Philly and Chester area. Al told me this. Also 1 Latino-white Guy I over heard him saying he was from Christ Church in Ft Lauderdale. He was buying all the drinks. The female bartender and Black Bus Boy Knew who they were. They waved to them several Times. The bar manager who Looks like Buddy Holly came out and he talked to them briefly Laughing. Also the 2 Philly boys and 1 Big Black guy the son of the owner on Blondies on the Beach showed up 1 hour after I had arrived. He hugged the Bartender, hispanic girl. Then he went and ~~talked~~ to the Philly murderers Briefly. He left after an 1½. The Philly murderers walked back to their Motel. Royal Palm Motel - Apt 1 + 2. Deerfield Beach Florida. 12/18/05

F945 of 100

If someone was to check the Royal Palm Motel's
Log book they wood know who these men are. I have
Video of the 1 white guy (Latino who was buying them
drinks.) I got Luchy on 12/25/05 and video him. But
I Lost him in a crowdi So I don't know where he lives.
Or his namer

1996 of 168

$\underline{5/24/03}$    Still working on this page!

Then Brett referred me to Suzanne Conklin and Chuck Dinsmore to be my Realtors. On 5/24/03 I (Frank Brett) placed an Open Bid in Writing on a Property at 263 NE 7th Street in Pompano Beach FL. I had been looking to buy a home & Fix it up and sell the home. I had been looking with Suezanne + Chuck for a long while. AT Least 75 homes I looked at. I called Suzie Conklin later in the day and said I was prepared to pay as much as it would to get this property (Fixer Upper) near by the intracoastal. She said she would call Steve Smith and relay the message. Suezie called Steve a few minutes later. Steve is the Realtor for the sellers. From Capture 21 We put a bid on 5/24/03. I was with my mom Nancy Brett. Some one had outbid me & I told Suzanne Conklin to call Steve Smith and ask him what it would take to get this home. He told Suzanne it would take 184,000. So I bid that. He said he would call me back. He never did that night. (Steve) He called the next day. He Said someone had bid Less money 180,000 and paid cash. I told him I would have put more money down. I have found out that Nancy Saller, Carnal Judis + Jeff Leighton had plotted and called Steve Smith through a friend of Jeff Leighton's

Pag7 of 168

Saller

Nancy ~~Saller~~ had opened my mail and had done this to destroy any Real estate deals I had. Nancy Saller Jeff Leighton Carral Ludis had destroyed two other Real Estate deals In Florida, Broward County. In 2003. I wanted Harry Geissinger to Investigate this. The Invasion of my Privacy, Opening my mail. Without my consent. They Plotted to steal everything I had.

198, 05168

FRANK BRETT
639 NE 9th Ave 2
Ft Lauderdale, FL 33304

2023

8/3/05

63-643/670
BRANCH 00525

Date

Pay to the
Order of _Harry Geissinger_____ $ 100,00

_One hundred_____ 00          Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

For_____          Frank Brett          MP

⑈067006432⑈ 101011405142611⑈ 2023

Pg 99 of 168

 

July 22, 2003

8030 Peters Rd. Suite D-100
Plantation, FL 33324
754-234-2582(cell), 954-949-0575 (phone), 954-949-0565(Fax)

Fax to: Suzy Conklin and Frank Brett
954-396-5737
954-491-6246
Dear Suzy:

I am notifying you that Frank Brett does not qualify for a 15 year
loan to purchase the property at 937 SE 7 ST in Deerfield Beach,
FL.

I am sorry this deal did not work out, however I certainly thank
you for introducing Frank to me and giving me the opportunity to
do the loan.

Thanks again and I'll see you tomorrow,

Larry Segal
Mortgage Loan Officer

8030 Peters Rd. Suite D-100
Plantation, FL 33324
954-949-0575 (phone)
954-949-0565

*Larry Segal was in touch with Jeff Leigh and Carral Pud is of PA. Interstate Conspiracy with Mrs. Brett and Ken Brett. Chuck Dinsmore was gap, so was Ken Brett's best friend Dave Adams.*

*Officer Ken Brett had several meetings with Chuck Dinsmore & Suzy Conklin. I didn't know until 12/25/04. I should have qualified easily for loan.*

*Officer Ken Brett and several U.S. Customs Agents interfering with my business to buy and sell homes. Flip homes, I had perfect credit of 788 at the time. I had $180 thousand dollars in cash and assets. Officer Ken Brett, his buddy — Pete and another boss in Washington*

Pg 108 of 168

Harry Geissinger III
Post Office Box 2218
Palm Beach FL 33480

Frank Brett
717 NE 12th Ave Apt. West
Fort Lauderdale Florida 33060

Could you please respond to the 9/27/05 Letter I sent You.
If you would please respond within a week
this would be grately appreciated! I have been
threatened many times since I last met with you on
8/3/05. at the McDonalds on Broward Blvd. in Ft Lauderdale!
I have been vandalized and beat up, ran over by a
a Black SUV on RT 1 in FT Lauderdale, My 2 Apartments broken
into. I told you that Ken Brett, Nancy Brett, Sandy Chen
had set me up at Pure Platinum Solid Gold on
11/15/04. Ken Brett wanted to go watch the Eagles
Monday night game, He called me from his work telephone.
He was working until 8 o'clock. He was to meet me at Pure Platinum.
I went to Pure Platinum Solid Gold I was watching the
Eagles game. The 2 bouncers brought over a girl named
India. (A Stripper) She sat on my Lap! The 2 bouncers
and the Owner (Manager) proceeded to take my picture with their
cell phones. Is this a a violation of my Civil rights to
Privacy. BOTH of the bouncers had some friends come by
about a half hour after I arrived at Pure Platinum Solid Gold.
This same man was one of the guys who beat me up
at the "Big Game Bar" in FT Lauderdale on Saturday 28th
Around 1 AM. I made out a police report. The Blonde Bartender
Robyn (35?40?) knew the guys who I got in a fight with. She had made a
lot of phone calls saying to others at the bar that her friends
were coming soon. When these 2 guys arrived they started
taking pictures of me with their cell phones. One of the girls
lifted her top & sat next to me while doing this. This is
how the fight started. I told the white man around 40

Pg
/01 of 168

with black hair 5'10' – 190lbs to stop taking my picture.
He hit me in the head with a beer bottle. I punched him.
Then someone pushed me in the pool. While I was in the pool
(His friend) a black male hit me with a beer bottle he had thrown in the che
I got out of the pool. The Cook and a few patrons cleaned the
blood off my head. They let me leave in peace. While I was
driving 3 blocks a Black Suv pulled up + put its high beems
on behind me. Then the Black SUV (Lincoln Navigator?) came
along side of me. I looked over and I could see the white ma
yelling at me. The other man I could not see he had a small
flash light he had on pointing in my face. Then they hit me
with their SUV. (Black Lincoln Navigator). I Landed on the
medium grass. I got up. They took off. There was a
(white toyota SUV.) a man and his wife witnessed everything
They were in their mid 50's. The man had a white beard.
He said "he did not get the License plate." He gave me his
number on a piece of paper. I put it into my wet pants.
IT dessived and the ink ran. A few weeks later at
the "Elbow room" in Fort Lauderdale the 2 men came into
the Elbow room about an hour after I had arrived then,
I paid a man to go over to them and ask them where they
were from. The white man told him they were from Miami.
I asked a lady at the bar to call the police. She did so.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

FORT LAUDERDALE FL WALNUT RIDGE STA 245 SDSN / SEP 19 2005

Sent To: Harry Geissinger
Street, Apt. No.; or PO Box No.: Post office Box 22...
City, State, ZIP+4: Palm Beach FL 33480

PS Form 3800, June 2002 — See Reverse for Instructions

7004 1160 0005 0023 0078

Certified $2.30
Label Serial #: 70041160000500230085
========
Issue PVI: $4.42

Total: $8.84

Paid by:
Cash $10.00
Change Due: -$1.16

Bill#: 1000501539661
Clerk: 09

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

Pg 102 of 168

P9108 of 168

From Frank Brett
27 Isle of Venice.
Fort Lauderdale FL 33301

Too Harry Geissinger III

On August 3, 05 I met with you after
I had met you in Solid Gold (Pure Platinum) two weeks
before. I told you about my Brother Ken Brett,
Nancy Brett, Sandy Chen, Tanya Chen messing with me. I showed
you some Real Estate deals that fell Through because
of Ken Brett + Nancy Brett's involvement with my Realtor
and a few Mortgage Co's Referred to buy my Realtors.
You said "I had no case". I left the McDonalds
on Sunrise Blvd. You were naming all the top Law firms in
Fort Lauderdale. Out of the Blue, Off the top of Your Tongue,

#1. Did you record our conversation?
#2. Did you tell a friend in these Law firms
that you were naming about me?
#3. Why did you Follow me into Solid Gold (Pure Platinum
2 times after we met?
#4. Why have I been Vandalized 4 times
since I met you?
#5. Please Respond before I take this to a
higher power?
#6 I do not want any of Your friends to
harass me or follow me. That's if they are the
ones who started this with me?

Please Respond                    Thank you
9/16/05                           Frank Brett

He never Responded as of 1/31/06 — Frank Brett

2006-50495 (17c)

Pg 104 of 168

# The Florida Bar
# Inquiry/Complaint Form

**PART ONE: (Read instructions on reverse side.)**

| | |
|---|---|
| Your Name: Frank Brett | Attorney's Name: Oscar Syger |
| Address: 717 NE 12th Ave Apt. West | Address: 9000 Sheridan Street Suite 105 |
| City: Pompano Beach State: Florida | City: Pembroke Pines State: Florida |
| Phone: (954) 632-5502 Zip Code: 33060 | Phone: (954) _____ Zip Code: 33024 |
| ACAP Reference No. _____ | |

**PART TWO: (See reverse, part two.)** The specific thing or things I am complaining about are:

I told Oscar Syger my Civil Rights were being violated by Ken Brett, U.S Customs Agent + Some of his friends in U.S Customs, also Sandy Chen, Tanya Chen, Scot Hyer, Camie Meillarec from florida rent Finders, Nancy Brett, Nancy Saller, Canral Yudis, Palmetto States Properties, I asked Oscar for help that my Civil Right have been violated. He did not help me. I asked him to help me with Real estate Law and that my Brother Ken Brett was having his friends give me Phoney Phone calls. I asked Oscar Syger to Investigate these people. My Brother Ken Brett ruined me again in Ft Lauderdale because Oscar Syger did nothing but record my Conversation when I left his office a Ft Lauderdale detective was outside his office. I told Oscar my brother Ken Brett had done this to me my 1st time in Flor

**PART THREE: (See reverse, part three.)** The witnesses in support of my allegations are: [see attached sheet]. And now my brother Ken Brett, Seven Customs Agents in DC, His buddy Pete + friends have ruined me a Second Time.

**PART FOUR: (See reverse, part four.)** I asked him To Sue on Attorney From Pa. Bernard Berna he would not (I did) did not (circle one or the other) attempt to use ACAP to resolve this situation.

To attempt to resolve this matter, I did the following:

I sent this letter out the 1st Time 10/7/05. I received this letter back on 11/14/05. I Do Not Understand why you people have done this to me.

**PART FIVE** *(See reverse, part five.):* Under penalty of perjury, I declare the foregoing facts are true, correct and complete.

Frank Brett                          11/30/05

Signature                              Date

To: Oscar Syger
9000 Sheridan Street
Suite 105
Pembroke Pines, Florida 33024
7/8/05

Frank Brett

From: Frank Brett
639 NE. 9th Ave. Apt #5
Fort Lauderdale Florida. 333

7/8/05    Pg. 105 of 168

Oscar Syger - I met with you
at 5pm on December 2nd, 04
#1, I asked you to help me
because officer Ken Brett,
Sandy Chen, Tanya Chen,
and a lot of Bartenders were
interfering with my
Banking at Bank of America,
2 Times! Real Estate Deals, Insurance,
Investments!
#2, I told you that Ken
Brett had a Friend at LA Fitness,
that messed with my membership!
#3, I told you that Ken Brett
had Friends, that interfered with
my Livelyhood. I had tried to
Purchase Several homes with

From Suzanne Contolini 1954/396-5126
+ Chuck Dinsmore(954) 396-5110
my 2 realtors from Remax!

I told you when I came to
Florida between 11/10/04 and
11/30/04 — Ken Brett called
me from 12 different phone
Numbers! That he was using cell
phones to Listen into our conversations You said
it was not necessary! I told You about Assistant Manager From
(Bank of America, Chris Watkins who called a friend) I told
him I did not receive my checks and lot of his, Who showed up while I
was talking to Chris about my
banking, I asked Chris Watkins to
close out my account, I looked over
and this (Latino man about 40 years
old had his cell phone on,) He
drove a white SUV with Florida
Plates)

I asked Chris Watkins who was this man. He said he was his friend. I immediately asked him. That my Privacy was being invaded and I asked that this man Leave. Chris Watkins made me go to every teller in the Bank of America Bank. I believe that they were all involved in breaking my Privacy. You Should have called the FBI. The timed Video Surveilance Camera's in the bank would have Supported my case. Who was this man. Why did you not want to pursue this case?

Oscar Syger
    Pg 108 of 168

Pg4

I asked you repeatally for
help!
Why did you not help me!
I asked you if you knew
an attorney who could help me?
why did you do nothing?

Could you please respond $
in kind within a week please!
I got you from the Broward
County Bar Association —
A Lady named Arlene said you
could help me!
Have You spoke with anyone
from the Bar Association?
I asked you if you sue other Attorn
you said, not in Pennsylvania.

Pg. 109 of 168

Oscar Syger (I sent to his office)     of

#4. I Told You I was not qualified By Flagstar
Bank. Larry Segal Mortgage Loan Officer, I had
(954) 949-0575
eighty thousand dollars in Sandy Shores Invest I.LC.
Money to be used to buy homes, Fix them up, Sell
them. Larry Segal never qualified me, How is this
Possible when I had A+ Credit at that time. and 80,000
dollars. I know I was held back + Finnancially abused by
Ken Brett, Nancy Brett, Nancy Salter, Sandy Chen + Tanya Chen
Scot Hyer, and Frankie DePasqualie, Jeff Leighton
(Arubas) j      (Arubas) Scores)
+ Carnal Yud's, Bosco, S Ive From Beach Bums,
From Spazios ~ Chris (954) 720-3445) & 6 Members U.S Customs
Thea
Ft Lauderdale FL.
                                    From 7/8/05
Oscar Syger never returned a letter or a telephone
Call.    11/30/05    Fred Brett

I did not tell this to
Oscar Sugen.

pg 110 of pg 168

IT was Mom adding Joe Sullivan
and the Pannachio Brothers for the Last
7 Years. (July 2004)

In Early ~~July~~ Mom (Nancy Brett)
went to Maria Panachio ☆ Maiden Name
+ Told her about me + what I
was saying about the Pannachios +
Brothers / bTealing - al's Track.
+ I was telling Lawyers about the
Beatings + Murder of Jim the Carpenter
by the Pannachio Brothers. In Early August
2004, Nancy Brett then went to Florida for
the 1st Time ever in the summertime.
She had always gone to Florida in the
wintertime. I Found out that it was
my mom "Nancy Brett" who I Told
everything too when they occured. (She would
never go to the police with me)
When I went back to my wife in
August 2003. That my mom was 3rd
Partying through Richard Gertz to
Joe Sullivan to Al Pannachio - everything
that I had told her about the Pannachio
Brothers behind my Back. This is why
the Black guys came looking for me in
McKenzies bar in July 04. +13|9 black
Daddy (A guy 6'6" inches tall and about 360
lbs made the phone call.) The 2 Guys that
had beaten up Jim the Carpenter showed up
about 1/2 hour Later. They sat at the other end of
the bar, Taking pictures of me with their cell
phone Cameras. The kept giving me the
hand gun (using their hand) to the head.
They were there for an hour and Left.
I Found out Thanksgiving Day that my
Mom had plotted with my Sister (Nancy Salle
Against my wife and me since ~~seven~~ 2004
90
                              They were mad that I was
giving Mom any money from the Business.
Mrs Brett's then had told me this Good! Thankful

Who's Phones I was he using!

Phones!

Pg III of 168

6/21/04 — Hen called me from (484)-614-9982 Phone #

#1 He wanted to know how the sale of the home was going.

#2. He wanted to know when I was getting divorced!

6/27/04 — 8881-(610) 348-0823 — 11:53 pm

Hen called me he was talking about Carol Pudis!

I told him she played Both Sides of my marriage! with my old Lawy

6/28/04 — 8881-610-451-9962 — Hen called me + hung up!
Hugh Braten + Frank Catania + Barbara Stein
. He said they were going to mess with the sale of my home
in Part + Hung Up. He was pissed off.

11/25/04 — (305) 333-3996 — Hen called using his girlfriend
Sand Chen's Cell Phone. He was trying to be Mr nice guy
on her cell phone.

11/26/04 — (215) 285-6245 — Hen called He wanted to have
advints with me at the Blue Martini "I declined"
He wanted to be clothes at the Galleria + To take my money + buy
him some clothes too. He was betraying his brother.

11/24/04 — Hen called + wanted me to go with him to Bank of America
(610) 892-8300 — Sandy Chen had friends who worked there
he said. He wanted to know how much money
I had in the Bank.

11/26/04 — 1:08 pm — Hen calls — 423-943-8637 — He hangs up
on me.

11/29/04 — 2:34 pm — Hen calls — He's mad at me. Say's he want
8881 (954) 327-0337 to talk to me! I hung up + said
Who's Phone are using today! He lied to me + was said
everything I was saying. Sending it Too Carol Pudis + O'Briens.

11/30/04 — 9:26 AM (8881) 771-7300 — Hen calls me!
I said to him that I came in Peace. I tried everything to make
up with you and mom. I said I was going to the Police
Because they had left their cell Phones on Numerous times
again. While I was down here in Ft Lauderdale!
Hen + Mom should be in Jail for covering up for Joe
Sullivan + the Pinnacio Brothers. Hen said that him + Mom
and Nancy Salber (My Sister) were going to Paris on my money.
After they put me in the nut house! He said it was because Mom
Lied to evcrone in Havertown + Told them that Frankie + Cheryl had not
given her any money. I gave her $4,500 for 5 months when Dad died I told
Hen. Mom Lied when I gave her $5,000 inheritance when Grandmom Brett
Died. (Mom got nothing) She was very upset. I told Hen.

November 2004

James
He was a Religous Man
from the Methodist Church in
Fort Lauderdale FL,
Green Colored Church.

He had a friend with Georgia Plates
Who followed us to Swap Shop, He
was talking pictures off of his cell
phone, + Making a lot or calls that
hot Sunny Day!

Recently.

2 Days From
Labor Ready in F Lorio
— From Florida

JAMES —

954-687-8862

954-560-0085

He worked for Labor Ready!
He Helped me Load the Furniture
into the apartment!
639 NE 9th Ave Apt #2
Fort Lauderdale FL 33060
He Told me about the Moovie
The Truth about Charlie!

Alfred Hitchcock Remake
It was also called Sharade
With Carry Grant.

I am the woman Nancy ? in the
Moovie, I did not Know who was trying
to Kill me. And who was trying to
steal my Money? who was trying to me

said to me in Mom + Nancy
Ken Brett  11/30/04 — Mom + Nancy
+ Christine going to Paris on Me!
With my money in an arguement with my Broth
Ken Brett was the Informat, he was getting my
address with Pete's Custom's buddy
Cheryl  Brett — Brendan Brett + Daniel Brett +
Catholic Church — 3/16/04  we are going to take all of your
money + thares nothing you can do about you
Bastard! After I told uncle Charlie about about
their informate Joe Sullivan's past + John Collins  Poli

TEA — He Hated Cheryl Brett — TEA. Brett — 8/03

168

He made up a story of me
going to a place called Plato's in
FT. Lauderdale + Whore Houses, He
told Milte McMenamun — who
3rd partied Imfo to Cheryl Brett!
Cheryl Brett 12/03 she confronted
me with this Story! Always
made me where a condom!
She never did that before this
Story came out [in 15 years
of Marriage.

In April 04,
My ex girl friend Tristy Santo
wanted me (Frank Brett) To go
to Plato's with her, I said no,
She had been there a few
times, She had been to
Wildwood NJ a few times,
She said She had Friends who
lived there, My Uncle Charlie
Brett + Tootsy Brett Live in
Wildwood NJ, in the Summer
time,

Kristi Santo — On June —
She tried to Blackmail me
for $20,000, She said she
had nude pictures of me,
Kristi Santo — was on Probation
in Broward County, She told me
the pictures were of me and her,
Kristi Sinto said her friend
Keith was a private detective,
and he was in Counseling
class with her, Her probation
officer Lance and a Black woman (Her probation officer,)
had set us up at a Bar called
the Clit Chat Lounge in Pompano Beach,
in March 04, Saturday March 12, 04
without me knowing this,

Milte McMenamun — 3rd Party's False
(Tten's Friend, ) Information
to my wife Cheryl Brett,
He told my wife I went to Plato's
an Orgy house, Big Lie!
Frank McMenamun — 10/03
has a lot of Christian friends
who won't allow my phone to sell
in Pa, (Noreen O'Mallery
(Maureen Stewart)

Francis O'Brien — Kevin O'Brien
V Have Spread a lot of false
rumors in Pa, Have cost me
thousands of Dollars! My Marriage
✓

Sandy Chen
(Tten Brett girl,
She 3rd Party's Imfo
up North to Destroy
me Financially, This
is exactly what is
happening to me to now
I can't sell my phone
in Pa,
↓
Sandy's Friends at
Florida Rent Finders
Office (Oakland Park)
know where I Live!
Rights to Privacy violated
↓
a Lady's next door
to me — relaying Info
to Sandy Chen!
↓
Amy (From Boston — 3rd
Party friend of Steve
Smith — (She moved in
1 month after I did at
639 NE 9 Ave, Apt. # 2
FT. Lauderdale FL. 33304
↓
My Kyack got Stolen From
where I Lived!
Officer R. Santo —
8/24/05 ((Grand Larceny
My apartment was broken
into in July, Contract with
Sppuare Inc, Stolen,
Cost me a Law suite with
Sppuare, No Forced entry
Some one had the key,

Pg 114 of 168

*I Found This in my Door a few Days after I consulted You Oscar! I guess this was their way of saying Hello b*

# *CHEN'S GARDEN*

# 陳 家 園

## Chinese Restaurant
### Eat-In • To Go • Delivery
1122 W. Broward Blvd., Ft. Lauderdale, FL 33312

*On 1955, Chen's Garden opened its first Chinese restaurant which was famous in Long Island, New York. We serve very good food, and very popular among customers. For our Ft. Lauderdale customers' convenience, Chen's Garden has opened a new Chinese restaurant here. We care about your healthy! Therefore we use only 100% vegetable oil 'No MSG" added, freshly prepared reasonabl... We provide you with the ...st delicious Chinese ...nd our price is*



Tel: **954-522-9393**

Pg 115 of 168

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Oscar Syger
   9000 Sheridan Street
   Suite 105
   Pembroke Pines, FL. 33024

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *A. Marker*    ☐ Agent
                ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

*A. Marker*    7/11/12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

   7003 2260 0000 6174 9825

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

I sent Pg.1 To Oscar Syger - 7/8/05
He never responded!

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L    U S E

FORT LAUDERDALE FL 33309

| | | |
|---|---|---|
| Postage | $ | $1.98 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.03 |

Sent To  ACAP — Cypress Financial Cent
Street, Apt. No.,
or PO Box No.  5900 N. Andrews Ave, Suite 90
City, State, ZIP+4  FT. Lauderdale FL, 33309

PS Form 3800, June 2002                    See Reverse for Instructio

7005 1160 0000 6677 1755

Phone Records          Michael (954) 588-0509

Pg 117 of 168

Pg 14

# Builder's Special in Harbor Village!!!

## 2631 NE 7th Street
*Pompano Beach, FL*

# 179,900

*Great dry lot in desirable Harbor Village. Close to shopping, beach, across quiet street from waterfront property. This is the **only opportunity of its kind** on the market. Lot has classic 3/2 Florida home built in 1957. Offered AS IS, nothing warranted, tear down or rehab — your choice.*



### Lot Features:

- 75x115 dry lot
- 8625 sq ft
- desirable neighborhood
- close to Intracoastal, beaches, shops & restaurants
- faces south
- *room for pool!*

### Improvements:

- 1846 sq ft structure
- 3 / 2 bath layout
- built 1957
- tear down or rehab — your choice!



Steven Talcott Smith
Realtor™
Cell: 561-866-8177
Fax: 561-997-9129
Coldwell Banker Residential Real Estate, Inc
2301 Glades Road
Boca Raton, FL 33431



RESIDENTIAL REAL ESTATE, INC.

19180+ 168

Ken's Girlfriend | Friday - November 19, 0

Sandy Chen - (305) 333-3996

     Sandy called a girlfriend
down in Miami. 8:0 clock
Friday 11/19/04 She Left her
cell phone out on the table.
She recorded me 8 o'clock until
10 o'clock that night.

This information was then
3rd Partied to my wife.

Ken's 2nd Girlfried
Michael — 11/11/05
She recorded me on Saturday
Ken Brett — had made deals with
Sandy Chen to Split my money
with her. To Buy a Condo

on Las Olas Riverfront together,
with my money, after having me
committed. Sandy Chen told me
her 1st husband had Left her with
a young child. I guess that's why
she did this to me.

Ken Brett told me my mom Nancy
Brett would be going to Paris with
Nancy Salter (My sister) on my money
Too!

Tonya Chen — she came to Thanksgiving
dinner on Thursday 11/25/04. With her
mom, Sandy Chen, we ate dinner at
Ken Brett's apartment. she had a
cell phone record me from 4pm till 8pm
that night. She Left the cell phone in
her open hand bag. I saw it as I
Left the apartment.

Pg 20 88/68

(#6) 2T Sle of Venice!
CR ▮▮▮▮ 9/10/05 Somewher
between 1 AM + 3 oclock Pm,
Some one Kicked in the Side of my
truck. PSAS. Corey ID #64
took the Vandalism report
around 9. Oclock. She put a Flashli
on my truck and you could see a
sneaker print she said.
A few days before I had an
arguement with Steve Howard about
him + Several others. Althea and
her boyfriend Chris Stealing from
the boats, He asked me if I wa
Steal Something. I told him no I
do not Steal. He told me about
an engine being Stolen off of 1 of
the boats. Behind our building #27, on th-
3nd week of August 05 this happed
I did not move in Until 1st week of September

1/7/05

To Dennis Muir
2 West Baltimore Ave, Suite 320
Media, PA, 19063

Frank Brett
607 North Middletown Rd,
Media Pa, 19063

#1, I've been asking about Mark Goldman
Investigations on how he did not give me the individual Approx
10 Questions the answers In writing From the people
he had Questioned! I've asked since 9/29/04!

#2, On 10/19/04 - I paid you $38.25 For a Letter
to Mark Goldman, What ever became of This?
Did he respond to You?

I would like to Sue Mark Goldman For the amount
I paid him. IT was around $1100,00. Everything in his
Investigation was going good until he came to the Last
person Carol Yudis. She would not see him For a while,
She would not answer his Questions she told me! This
was in April 04, I would Like to Know Your
opinion on how to proceed?

#3. I've been asking A Few times For a Signed contract
with Nick Cirilli Enginers. since 11/1/04?
Could I please have this done!
what is the status of his Title Search at the
Court house? Which was already done by Misty Bull!

#4 I've been asking You For help in Finding an Accounta
on 9/29/04 and again on 1/6/05. Can You please recommend
Some one to me!

I told You about Len Halpern my Last accountant
that he aquired the Coras Brothers as his clients short
after I was there, Joe Sullivan had told me 12/31/03 that
My Uncle Dan had embezzled 35 to 40 thousand dollars

1/7/05

P9123 of 168

To Dennis Muir
2 West Baltimore Ave, Suite 320
Media, Pa. 19063

Frank Brett
607 North Middletown Rd,
Media Pa. 19063

#10  The Land Acerage Law suite! Dennis, you told me in December that you Filed For an appraise value 1/3 an acre of the Land at 607 North Middletown Rd, Media Pa. 19063. What is the status please?

#11  I asked You several times about Doctor Roeder. You Said you were filing contempt of court on 1/6/05. On Toni Berner. I called Doctor Roeder several Times in December and in January, I told him I have been waiting For his paperwork! Have you Filed For contempt of court? What happens next?!

#12.  I asked You on 9/28/04 if the Money I Put into My Sep IRA — (Aproximately 16,000 dollars was safe? You said it was!) also (Cheryls 401 K in Blue Cross is the Money approximately $50,000 dollars safe?)

7/17/06

PB# of 168

<u>Dennis Muir Continued,</u>

#7     I called Trooper Andruziac on 4/30/04 at 3:4
I asked her if she was the Trooper I who had written
the report for the Hyndai car, She said yes, I asked her
if she was the trooper I had explained the case again
to her on 1/12/04 who had taken my statements
about Ray Amy threatening me and was cursing like a
mad man in my home. She said no, She lied and I can
prove she did. I told Bud Berman, Bill Scheath, Chip
Muchnides, Joe McIntosh and you Dennis Muir this
same story, I told you how 3 PA State troopers
had been to my home at 607 N. Middletown Rd Media
on 1/12/04 called by the electric van Alex Reed who
feared for his own safety, I was next to him in my
basement when he called the police. I told you Dennis Muir
how Ray Amy's brother (A Marine) had threatened me in
Butts Tavern in Delaware. Ray Amy's brother had been talking
to the tall Blonde Trooper who had been to my home on
#8     1/12/04     At Butts Tavern (in October 04) 3 other troopers showed up,
2 of them had been to the home on 1/12/04, &
At Butts | The 4th Trooper was the (255 lb pound) Black Trooper who had
Tavern  | been at Firewaters bar in Chadds Ford (Texas) with a small
10/04   | bald headed detective. And a 6'10" 300 lb man who was a
friend of Judge John Toal, All called by Christine (bubbles)
a 21 year old Bartender. She was taking pictures of me with her
cell phone.

Bud Berman was in on everything when I came back and started to Live with her 10/11/03

11/17/06

Dennis - You Told me Know one would represent me in pg 1a6 of 16
12/04, why?

Denis Muir _ 10/12/04

#1, I asked Denise about a sale pending
Contract with Hyndai, That I put a Stop
payment on car For $3,000 on 7/30/03.
He said it didn't matter because I put
$2,000 on Visa the day before, I told him my
sister Nancy Seller Was there with her cell phone in her apartment,

#2  I asked Dennis Muir about 1st Amendment rights to privacy
violated by my sister and Hyndai, Camal Yud's! Nancy Saller's apt+
bugged by Andy Martano t.

#3. I asked You Dennis Muir to get a copy of Police Report Chuma
from Trooper Lynam regarding the break in at Cherl apartment
at 137 Deerfield Court Glen Mills Pa, (Cheryl Brett). Nothing of Value
was taken but my records were moved (Bank Statements)(Insurance
records were opened)-Thaudors) My Hyndai Car Information opened)
Realestate at 607 N. Middletown Rd - Turnstone Mortgage staff, I told
this to Trooper Lynam, I told him when Met my wife Cheryl had returned
home from work. the dog was outside in the woods, Joanne Diblanca
+ the Plumber were suppose to fix the toilet (Replace it) Cheryl called
Mn DiBrana and she said she had canceled for the day, I told
Trooper Lynam that was a Lie. Cheryl was at work, she didn't break
in I told the trooper, I Told him Joanne Diblanca + Mary Cerbo the
neighbor had Keys, Officer Lynam than told me, that your in the
middle of a devorce and youdon't even Know it, I asked him to
fingerprint the door, He would not, I called Berman my Lawyer at that
time, He said not to worry about it, On 4/6/04 I received a
Call From Tony Longo an ex painter who worked for me, years ago.
he called me for work, He had no way of Getting my telephone
was unlisted. IT was in with contractors List that was
taken on 12/18/03. I called Trooper Lynam on 5/7/04

PG 137 of 168

Dennis Muir Continued!

I told all of this Story as it was taking place to Bud Berman my Attorney at that time. He did nothing as these people broke things in my home and messed with me, + my wife. Dennis you told me of a

**Deal that was made No One Told me**

I also told this Story too Bill Schwinet Clif Mac Ford + Greg Lamonica who investigated it. Greg Lamonica said he sent 2 Attorney's to see Bud Berman — Howard Andermouth + Lawrence Welch. They were going to sue all of these people until they found out some high level Police Officer's were involved. Cheryl Brett had a civilian Liason + and a police Detective with PA Stat Police Lima Barracks, who she was reporting too. The Colonel of the PA STATE Police + a lot of Detectives ~~~~~~~~~~ I asked you about this, you called me a Dude I did

**know It was police cover-up**

I was innocent of everything. I told my wife ~~~ everything as it was happening. She was in on everything, all the schemes, all the abuse I took when I came back. Cheryl Brett knew everything. She was behind it all with her team of Lawyers, Her Psychologist from Blue Cross. (For years these people broke the Law and know one helped me.) I fought for her, when I was sick, Cheryl had gone outsid her marriage and schemed everything with John Carral (Sullivan's Lawyer

Dennis Muir Continued   7/17/06

P. 128 of 168

#6. I told Dennis Muir on 10/16/04 about a Springfield Cingular Wireless Store associate. I asked her to develope my cell phone pictures. She said since I brought the cell phone there that she would do the developing 1 time. I told her I would gladly pay. I told her my computer was broken. She told me Ok. To go get something to eat and came back 1/2 hour to 45 minutes, I said OK". I went in front of the store and sat in my truck. I told Dennis I went in the store and saw an older man buying a cell phone. He had my developed pictures. When he left the store I got his license plate. The Older man also exchanged cell phone # s with this young girl (who he had met the 1st time. Everyone in Cingular wireless was involved (The Manager).

(Dennis) I told him my banking + Insurance privacy was invaded.

#16. I told Dennis about when I worked for ~~____~~ a Painter. In October 03 that Mary Cerbo + Janice Pibian had bugged the home. I asked Dennis Muir about the use of a cell phone as a recording device. He said he did not know of a cell phone that did that on 10/16/04. I asked Dennis to Sue Hynda (Norristown) for 1st Amendment violations with Nancy Salter, Carral Yudis, Sue Boltin. I asked Dennis Muir to Sue Citizen's Bank for 1st Amendment violations with Nancy Salter, Mr + Mrs Moran of Havertown PA, Carral Yudis.

Pg 131 of 168

I told you on Sunday 1/11/04 Cheryl Brett came
over to home unexpectedly at 602 N. Middletown Rd.
Media. To apologize for her Friend breaking into her
apartment on 12/18/03, She said lets go for a walk
in the back yard, So we did, I turned around
to see Ray Amy come out of the home with a little
black box, the size of a cell phone. (Ray had no
Cell phone.) He put it in his car. He went back into
the home, Cheryl Brett than started to yell at me for
leaving her, She had totally changed in that moment,
Than She slaped me in the Face and started screaming
Your paranoid, She got in her car + Left, I found
out Ray Amy knew Sean Caughlin he had worked with
him for Falcone Truman Plumbing, Cheryl Brett's brother
knew Falcone, Also Ray Amy came to me through
Gillespie + Ritchie Plumbing, They were messing with
me taffing 2 weeks to install a heater and running the
copper pipes wrong, Than doing the copper lines over,
Tom Wiggins a Plumber recommend Ray Amy he
said he played Ice Hockey with him, Tom Wiggins
knew Joe Pickert a plumber for Gillespie + Ritchie
He was a Relative of Francis O'Brien + Ann O'Brien
who started all this trouble, Francis O'Brien used
to work with me, Also, Ray Amy had a helper
named McCabe who was Related to McCabes of
Havertown, 1st Grade Friends of O'Brien + Sullivans + Pannachi

Pg 7 of 16

Dennis Muir! They tried to give me a DuI.
This was conspiracy, illegal search + selzure
by officer ~~Verzella~~ Greiser Badge # 40 of Westown Police
and illegal confiscation of Vehicle. I told you
I had 1 beer at a bar (Irish bar) in westown,
The crowd was too young in their mid 20's, with
my last sip of 1 Beer in comes an older Lower merion
(Brown Hair) police officer. He was in his mid 40's to late 40's,
(20 white) I had seen him in Joe Sullivan's wedding Album, He plays
Cards with Joe Sullivan He's about 6 ft 1 inches tall - Brown Hair - 210 lbs, white guy,
~~This~~ He sat write next to me. I got
up + Left I was going into West Chester to see a band
at this ~~b~~ Irish bar when I noticed a car following me
for about a mile, It was officer ~~Verzella~~ Greiser who pulled
me over and Harassed me; (HB's know Joe Sullivan +
Al Pannachia Family + them since 1st Grade ~~7th~~
Havertown, I told you on 12/31/03 Joe Sullivan tried to
blame Mike Smith of Havertown, Harry Shreffler of Ridley
Park for Everything. Joe Sullivan told me that his Friends
were trying to give these 2 guys a DuI, Ray Amy
in 03 in Mid December told me he would spot for a 100 dollars
to give people who were harassing me a DuI. I said
No. Than on Jan 8, 04 they tried to give me a DuI.
Ray Amy was a confidential Informat for State Police
His friends were PA State Troopers Lima Branch.
Brothers

Page 9 of 168    #76.

#17. I Told you ~~knows~~ how Cheryl Brett and her friends had been recording me with the use of a cell phone. They had been doing this since 12/20/99 at my holmes. Brendan Brett + Beth Luce attorneys had taught her th Plus Cheryl's Brother Rob Lawt was a High technology person. # 1st Amendment Violation.

#18. I told you the PA State police have been bugging my holmes, car since 9/11. I can proove this.

#19. I asked you to Subpoena Maureen Stewart, + Ann OReilly. For questioning regarding 1st Amendment Violations by a Realtor, (Depose them)

#20. I am asking again for the time sheets from 11/30/05. I have received nothing.

#21. I asked you to depose Mary Cerbo + Joanna DiBlanc for Placing a recording device in Cheryl Brett's apartment

#22. I asked you to Depose Patty Johnson + Frank McCullough at Gwensalkin West Grove. Ask questions about recording me, Church affiliation. 1st Amendment

#23. I'm asking you Dennis for the dates you gave phone numbers to Joni Bernen + Kristine Caralang, Scott Gelnett is telephone number.

#24. I told you Perry Parmachio met with (Officer ~~Verzella~~) Greiser Md December 03 at Duffers Pub. Joe Sullivan told me this, Than this police officer tried to give me a DUI with a Lower Menton Police officer who played cards with Joe Sullivan every week. I know who this Lower Merton Police Officer is.

Citation # (1/8/04)
13016 3012-2
-12/31/03

133 of 168

(Lawyers) Brendan Brett, Beth Luce - O'Brien's Lawyer
William Toal, Jim Seepin · John Lyons
Lawyer — Kaznes ? all of Delaware County
since 1999, I never cheated on my wife during
our marriage, I never even had 1 date with another
woman · I was railroaded by these people.
    I Told you all of this Dennis Muir.
         Please Respond to my Questions in/week.
         Please.

Frank Brett — 6551 SE Federal Highway Apt, 7
            Stuart, FL, 34997

#I Never knew about the use of a cell Phone!
    Bud Berman, Bill Schewin, Hugh Brackren, Dennis Mui
    Recorded my Conversations. These Lawyers did
    act on their own without my Permission.
    when I asked These Lawyers to do something they
    did it do it.
         I have also found out That U.S. Customs officer Ken Brett
    was involved with the Pannachio Brothers back in 2001 until
    the Present. Through Dave Adams, Melvin Shaw + Frankie McManamen
    who had direct communication with the Pannachios back in 2001.

and told him this. He said my wife said I was Paranoid.
I told you this. That was one of the reason's I left
my wife. I told every Lawyer I had that Cheryl was
#4. running around with her friends and saying I was Paranoid,
She told her Insurance Agent (State Farm) also my agent. Rita.
I told you this Insurance Agent from the Richardson Agency
was messing with me. Changing dates on contracts, Changing
amounts and I had Illegal withdrawal from my Citizens
Banking Account. No record of me making withdrawal.
I asked you to Help me File a Lawsuit against Citizens Bank
? Why did you not Help me? 1st Amendment right to
Privacy by Banking Institution. By my wife Cheryl Brett.
Than Another count by Nancy Salter + My Mom - Mrs Mora
+ Carral Rudis was involved too.
#5. I told you Dennis that My Hyndai car was vandalized
on 12/27/03 by Cheryl Bretts brother. Rob Lauff [big de
next to gas valve] he had recorded me and had brought over a historic picture
booth of holmes in Havertown. I said yes I knew a lot of thes
homes were at in Havertown. I did not remember those holmes.
Truthfully, I said I did because Cheryl said she did'nt want to
tatle care of anyone. You remember her diary her 2nd year
of marriage to her 1st husband, he contracted Multiple Schorsis.
She said in her diary that's why she started to cheat on him.
She told me this several times. She was married to him for 5 year
#6 Also the Hyndai car was vandalized ~~~~~~~~~ again before ~~~
January 3rd 03, I Told Trooper Andruziac this Incident #02-129-4a
I Told her my daughter Katie and her Uncle Brian Salter had
keyed the hood + dented the roof, (I called her [Trooper And~~~~ 4/30/04
She said the case was closed. (Both of these incidents were signs of
broken Marriage by these people) Trooper Andruziac's Seargent case close

(Lawyers) Brendan Brett, Beth Lucey — OBriens Lawyer
William Toal + Jim Seepn & John Lyons
Lawyer — Kazneski? all of Delaware County
Since 1999. I never cheated on my wife during
our marriage. I never even had 1 date with another
woman. I was railroaded by these people.
I Told you all of this Dennis Muor.

Please Respond to my Questions in/weeks
Please.


Frank Brett — 6551 SE Federal Highway Apt 7
STuart, FL, 34997


#I Never knew about the use of a cell Phone!
Bud Berman, Bill Schewing, Hugh Brackten, Dennis Mud.
Recorded my Conversations. These Lawyers did
act on their own without my Permission.
When I asked These Lawyers to do something they
did'nt do it.
I have also found out That U.S Customs officer ken Brett
was involved with the Pannachio Brothers back in 2001 until
the Present. Through Dave Adams, Melvin Shaw + Frankie McManamen
who had direct Communication with the Pannachios back in 2001.
                                    Frank Brett 7/18/06

**Officer John Collins were on Chary
Brett's side from 2001. They never
called me 1 time. Yet they said they
were my friend.**

Also on 4/5/04 I asked Bud Berman to file Suite
against Title Co. + Wilson Auctioneer. I asked him if
he knew anything about this several times. He said he
quit and would like me to come in and get all my records
When I wheat into his office there was Bud Borman
Berman and a Big black guy 6' 6" Tall 300/bs iTHey were

Pg 125 of 169

#9 I Told you Dan Haydan was devaluing the home.
His market analysis was way Low at $415,000.
#6: Dan Haydan had several secret phonecalls with Jon
Berner) with Cheryl Brett's Lawyer, I told you Dan Haydan
was calling me paranoid. The Last time I saw him, he called me paranoid

#10 ~~~~~ I told you my 1st Realtor, Andy Mardano had said
the home was worth $500,000 + $535,300 dollars in
May of 03. (He was correct)

#11 ~~~~ I Told you that the house was being broken into.
I caught a Black Jeep Pa Plates 3547 in my
driveway several times, 1 Time on 9/28/05 at 10:42 AM
The Man was about 50 to 55 years old slender white ~~~~
Well groomed grey beard around 6 foot Tall.

#19. I Told you I caught the small bald headed detective
at the Top of the hill in a Black Jeep SUV, with a
headset on, a few times in 12/03 to 1/05 a few times.
You can buy that same headset for $2,000 at Spy Shop Inc!

13 #~~ In March 04, The Bald headed Detective had followed
me into Old State Tavern in Media with Dave Smith of
Delaware Chamber of Commerce) 2 Different Times.

#14 You told me That it was all over and that I could
go out without harassment and have a few beers at a
bar, strip Bar, whore house (Irrevulent) brothel
anywhere I wanted too, without harassment, 10/12/04.

What Can be done about this?

Who would look into this? Is it a Police Matter?

5. Could you please help me to get a plumber to Fix the New Jacuzzi Tub! Estimate For the Law suite!

6. Co. I've asked you to subpoena Cheryl's Neighbor Mary Cerbo Several times To ask her Questions,

Was she or anyone she Knows Monitoring me, Bugging the home, I want to know! Did the State Police ever Question her about Cheryls apartment getting broken into, 9/29/04, 10/14/04, 1/6/04.

#7. You told me I could go out to Strip bars, Whore houses if I wanted to, Or go to orgies if I want to, You said it does not matter! Is this true? Answer please!

#8. I Told You on 9/29/04 About My sister Nancy Salter Opening my mail! She opened my CITIZens Banking mail, She opened my Car Insurance mail From Travelers, She opened my real Estate mail From Prudential Fox + Lazo on Newtown Square. I would Like To go to the FBI with this. My sister Nancy cost me over 20,000 in damages because of her Invading my Privacy!

#9. I need help in Attaining Financing to buy my wife out of the home! I have excellent Credit! I know that my Travelers Insurance Agent Rita has invaded my Privacy too! She is Contacted by the Finance Company's because they require the 1st Page of Your Insurance Binder (Homeowners Insurance, She also talked to Weathers Dodge when I brought my truck in 2/04. That is why I switched car Insurance Companys!

How Can I Stop her from screwing with my Insurance! Homeowners

BEFORE THE ZONING HEARING BOARD OF MIDDLETOWN TOWNSHIP
DELAWARE COUNTY, PENNSYLVANIA

Application of Michael Owsley        :
D'Ignazio and Peter L. and Carol    :
H. Straus for a number of di-       :
mensional variances relating to     :
lot size, front, side and rear      :
yard setbacks for their pro-        :
perties at 7 East Forge Road        :
and 607 N. Middletown Road          :    No. 82-7

O P I N I O N
- - - - - - -

This is an Application by Michael D'Ignazio and Peter L. Straus et ux for a series of variances, dimensional in nature, at 607 N. Middletown Rd. and 7 E. Forge Rd., Middletown Township, Delaware County, Pa.

The Applicants applied directly to the Zoning Board for the requested variances; the conditions that they were dealing with having previously been created, as will hereinafter appear.

A public hearing was held on May 26, 1982, commencing at approximately 8:10 P.M., at the Township Building, 27 North Pennell Road, Lima, Delaware County, Pennsylvania, pursuant to public notices as required by the Pennsylvania Municipalities Planning Code and Township Ordinances, and the regulations promulgated thereunder. The hearing was held as scheduled. Members of the Zoning Hearing Board present were: WILLARD J. GREINER and RICHARD L. WAGNER. Also present were WILLIAM D. MARCH, Esquire, Zoning Board

PAGE 1

JUL 2 3 1982

MIDDLETOWN TOWNSHIP

Solicitor, and JOHN T. McKEOWN, Zoning Officer.  The Applicants were present and were represented by Vincent Mancini, Esq.

FINDING OF FACTS

1. Peter L. Straus et ux and Michael Owsley D'Ignazio are the owners of the abutting properties which form the subject matter of this appeal.

2. Peter L. Straus et ux are the owners of the property known as 607 North Middletown Road, Lima, Pa.

3. Michael Owsley D'Ignazio is the owner of the property known as 7 East Forge Road, Lima, Pa.

4. The two properties were created by a former owner who divided his property into two parcels and conveyed one parcel to Straus and the other parcel to D'Ignazio's predecessor in title.

5. The original parcel contained 2.4824 acres, and had erected thereon several buildings and other type of structures.

6. The land is located in an R1 residential area which requires a minimum lot area of 40,000 square feet.

7. As divided, the lot ultimately conveyed to D'Ignazio contained 32,000 square feet more or less.

8. The legal descriptions dividing the subject tract were inaccurate or defective and the two present owners have agreed to redescribe their respective properties and have done so in conformance with the plan of property titled "Plan of Properties of

## AFFIDAVIT OF OWNERSHIP

I, MICHAEL OWSLEY D'IGNAZIO, hereby certify and aver that I am the legal owner of the property designated   as Lot #2 appearing on a subdivision plan attached hereto and made part of this appli-cation as Exhibit "A".

_____
MICHAEL OWSLEY D'IGNAZIO

WE, PETER L. STRAUS & CAROL H. STRAUS, hereby certify and aver that we are the legal owners of the property designated as Lot #1 appearing on a subdivision plan attached hereto and made part of this application as Exhibit "A".

_____
PETER L. STRAUS

_____
CAROL H. STRAUS

Sworn to and subscribed
before me this         day
of          , 1982

_____
Notary Public

R E C E I V E D

APR 2 8 1982

MIDDLETOWN TOWNSHIP

## ANOTHER SERVICE OF

# THE Mail Room

Merritt Square Mall
779 East Merritt Island Causeway
Merritt Island, FL 32952 U.S.A.
321-452-0110

# FAX-O-GRAM

TO: Judge Dozer          FAX # (610) 891-4800

COMPANY: PASCDU

DATE: 10/11/06

FROM: Frank Brett

Number of pages including this page: 6

Street Address: 130 Valencia Rd.

City: Rockledge          State: FL   Zip: 32955

PHONE: (786) 218-8610          FAX #: 321-452-5540

Notes:

_____

_____

_____

_____

Signature: Frank Brett          Date: 10/11/06

g 140 of 168

TRANSMISSION VERIFICATION REPORT

| | |
|---|---|
| DATE,TIME | 03/28 15:18 |
| FAX NO./NAME | 16108914800 |
| DURATION | 00:00:27 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

OFFICE DEPOT
14539 MILITARY TRAIL
DELRAY BEACH FL 33484
561-498-1335

SALE STR0597 TRN2148
03/28/06 15:20 EMP 408982 POS 5.01

FAXSEND 1.89
SUBTOTAL 1.89
0.11
0.17
2.17
3.00
CHANGE 0.83

Sky Cafe of Boners

*****************************

or a chance to win

12V7AQU11R00Y2C

Pg 141 of 168

Pennsylvania
www.state.pa.us
DRIVER'S LICENSE
No 20 750 978 Dups 00
DOB 07/14/1962 Sex M
Class C Eyes BLU
Endorse — Height 6'03"
Com/Med Rstr *J*
Issued 01/19/2005
Expires 07/15/2008
FRANK MARTIN BRETT JR
607 N MIDDLETOWN RD
MEDIA PA 19063
DL

To Judge Dozer, Fax #
3/27/06 — (610)891-480

My New Address is
14861 Enclave Preserve Circle
Apt #C2 Delray Beach FL 33481

To Judge Dozer!
I have been Threatened again + again at 949 SE 20th Ave Apt #19 Deerfield Beach FL 33441. This is why I had to change address + move. The men who threatened me for the 2nd Time was a Hillsborough police officer who sent his brother and his brothers drug dealing friends after me. They continuously knocked on my door at all hours of the night then on Sunday 2/26/06 3 men pulled up in a car in their car while I was running + walking. They cursed me + my dog. They threatened to kill me.

They came to see the people in Apt 17 who were selling drugs out of their Apt. They Left on Sunday 2/26/06 but came back the next Friday in a Taxi cab at 1AM. To sell drugs. To other people in the complex. I called Broward Sheriffs Off officer Ed Cullen 7994 - District 10 (954) 480-4300 I reported this to on Monday 2/27/06. The Police have ruined my Life once again!

Sent To Judge Sleet.
Pg 142 of 168

10/7/06

On Saturday 10/7/06 I received my mail from the Post office for the 1st time. My landlord Tiffany Direnzo gave it to me. I have lived at 120 Valencia Rd. in Rockledge Florida, (zip-32955) for almost 4 weeks. When I received this mail for the 1st time Stephanie Osbourne, a friend of mind was present. In the presents of Stephanie Osbourne I asked Tiffany Direnzo if she received a certified piece of mail I sent on 9/26/06 Rockledge Post Office. In this letter to Tiffany Direnzo I explained the air conditioner had not been working for almost 2 weeks. The air conditioning was making me sick. Later that evening someone came and fixed the air conditioning. On 10/7/06 Saturday the air conditioning was working Ok. Stephanie Osbourne and Frank Brett left at 2:30 pm and returned at 6:00 pm. The air conditioning was not working now. Tiffany Direnzo went away on vacation. I also had my scooter vandalized at 120 Valencia in Rockledge on 10/7/06. I was threatened by manager at Cheaters strip bar several times. I have never been

there.) He followed me to Fuglees bar on Merrit Island on 9/4/06. Him and his fried an older Italian man threatened my life. This manager followed me to TGI Fridays on Merrit Island on 9/12/06 and harassed me with the bartender.

TGI Fridays He than gave the bartender 4 comps to cheaters on Friday 9/29/06 of which the bartender said he was going. A tall Italian man around 6'2" - 220 lbs muscular, black hair. Justin was the Bartender at TGI Fridays.

10/11/06

Frank Brett

Frank Brett

Lois J. Mrdjenovich

LOIS J. MRDJENOVICH
MY COMMISSION # DD 184012
EXPIRES: February 16, 2007
1-800-3-NOTARY FL Notary Discount Assoc. Co.

FLORIDA DRIVER LICENSE

Stephanie Osbourne

Stephanie Osbourne

9/20/06 From: Frank Brett — [TO Judge Dozer(
pg 144 of 168                                                pg

My New Address is 120 Valencia Rd.
Rockledge FL. 32955.
On Sunday 9/17/06 I wheat in Wilmington,
Delaware. I wheat to Damon's grill on Rt. 202
to watch the Eagles foot ball game at 1 o'clock.
an half hour Later in came Robert Pace and
11 of his friends. They were called by the
Manager of Damons (a bald headed man around 40 years
old.) also 1 of the young bartenders.) during the game
I was threatened by 1 of the guys RoB Pace was
with. His License plate is Delaware plate 196445
a Light blue Honda civic. (RoB Pace Left with this man
out to his car, than came back in at Half time
of the Foot ball game.) This man threatened me, that
they were going to put me in the nut house and kill me
RoB Pace is best friends with Robert Lawfft
cheryl Brett. RoB Pace is also a set up man
for Lou Twrts strip bar. He also has friends in
Hells Angels the OutLaws motorcycle gang + Southern Cross motor
Cycle gang. RoB Pace Cousin an ex Philadelphia
(Detective or Policeman) was at Damon's grill too.
He came in a white small car F BA−7605 PA Plate
with a white woman in her Late 20's who drove the car.
Rob Pace — Cousin got thrown off the Philly police

Not ) Needed

was a hitman for Joey Morlino. This was the
last warning I was getting. He also stated to me
that the Boys from the Bada Bing Strip Bar in
North Jersey said Hello. "I said, I had never been
there before. Too Justin! I asked him if he was
the "Butcher of Bayone" He smiled and shook his head yes;
The Butcher of Bayone had killed a few guys for Joey
Morlino in the Mid to Late 90's.
     Tiffany DeRienzo had my apartment bugged, I
know this for sure, Because in Early October I talked
out loud about Nicodemo Scarfo how I met him
in 1984 while working on Steven Tratts house (Head of the
Philadelphia Roofers Union) I was with my father we were
painting Mr. Tratts home in Bucks County Pa. Up pulled
Nichodemo Scarfo in a Black Limo. He had this Big
Fat Italian Body Guard with him. My father asked him to play
stick ball in the street. Nicodemo just laughed shook my Dad's and
my hand and went inside with Steven Tratts to discuss business, Steven
Tratts was a friend of Robert Smith who lives on Turh Rd. In Doylestown
Bucks County. They were getting rich bachs from Robert Smith from
1983 until 1991. Robert Smith was paying off Union Officials in Philadelphia,
New York city, Atlantic City any where there was a strong Union,
Jersey City North Jersey, Bayone New Jersey, Union City New Jersey, etc.

(Erin— Degree in Psychology + Bachelors in Criminal Law)
Small thin white girl — Long black hair, No Boobs.

I also forgot about the other stripper at Halt's
on Wedslay September 20th, 06. Erin who was with an older
bouncer with blonde hair. She came over to me, she took off
my hat and said " You have that Freshly Fucked Look! "
Excuse me, I said, " She said that was a message from
a stripper (A Blonde Stripper named Cheryl.) around 40's, 9/0.5p Early
Cheryl was a stripper in FT, Lauderdale Florida. Pure Platinum Solid Gold
She said that to me after a man, D72 45D white cadillac D72-45D
older Italian man Florida plates had just threatend to make an alligator
hand bag out of me. That's if I talked to the police
he added. This man was a Mafia drug dealer, I was
told that Later By a Jewish Lawyer " Harry Geissinger that night
the 3rd." Sandy Chen + Ken Brett had set me up that
night. Officer Ken Brett (U.S. Customs was supposed to
meet me there.) To watch the Monday night Football game
against Dallas Cowboys. He never showed up. Instead Sandy November 2004
Chen his new girl friend had friends that were bouncers
there and a Jewish white bartender around 40. They were bust-
-ing my stones all night during the Football game. Sandy's Ex husband was
an accountant (Jewish) After I told some Florida Lawyers about Sand Chen, Steve Aust
Don Aaronson there was an attempt on my Life coming out of Wizards strip
Jewish Attorneys bar in Philly. A Black male around 55 to 60 years old 6' foot
Oscar Sypert
Harmy Geissinger III muscular came up to me, He pulled out a switch blade knife
He called me a hat and I maced him in the face and broke
his right arm. I left in a hurry.



Pg 148 of 168

On Monday 9/18/06 I whent to Casapullas
North Deli on RT. 202 Wilmington Delaware at
3:30 pm. Around 3:40 pm a small Blue car (Delaware
Tag 30062l came. The woman in this Car had been
to Damons on Sunday, She was friends with the
(Blonde) older woman 50's in Deli, AT 3:50 pm two Delaware
State Troopers came in Delaware Plate l57685 (Red
Ford Taurus, The Troopers New the Older woman,
who Than Left immediatly in the small Blue car. The Troopers
were joking around got their Sandwiches + Left when I Left.
This is a Violation of 1934 Telecommunications Act,
The Ladyies + Troopers + Bob Pace + friends from
Damons (Sports bar) our out to harm me by Stealing
my Cibil Rights by use of cell phone.

Pg 147 of pg 168

This was a Monday night football game. Eagles won.
There was a male chinese psychiatris there around
45 to 50 years old. Also a Blonde (long hair) - chinese woman (Stripper)
around 40 years. She told me she came down from New York Strip
bar. In Late December 05 I saw this same chinese
psychiatrist down in Florida on Hemishee Rd (1 Block of Bars)
in an Irish bar on the corner (Dicey Riley's) He was with a young
blonde ½ his age. He came ½ hour after I got there.
He was talking to the Latin Bartender who had been there for years
also talking to the Irish Bartender who had been there for years.
a few weeks before I saw David Adams + Sand Chen at this
Irish bar, Dicey Riley's. My Question is this Chinese Psychiatrist
my wife's Cheryl Brett's Psychiatrist since 2001.
If This man is her psychiatrist what is he doing in Florida
Following me around? See I told my brother Ken Brett
of many crimes by Blue Cross Executives + Buyers who
were getting kickbacks from other companies. How some
of these people were involved in receiving cash gifts from
other companies to get their business. I had told this to
Brendan Brett (Family Lawyer back in 1999) when all of this
trouble started. There have been. 4 Attempts on my Life.
I can Connect Cheryl Brett, Pannachio Brothers to all
4 Attempts. Perry Pannachio's Ex wife is a stripper.
I can also connect Robert Pace to all 4 Attempts on my Life.
I can Connect Cheryl Brett to a beating I received by 4 men in a Bar in
Pompano Beach called the Oasis. Now closed. Sherry Krohn my neighbor was in
Contact with Cheryl Brett's hairdresser in Havertown. These men were friends
of Sherry Krohn. Pompano Beach FL. from Christ Methodist Church.

10/3/06
Ft. Lauderdale
FL.

Men who Threatened Me:

Florida Plate BUG-IMF - 10/28/06 - Around 50 year old Italian
Blue Ford Truck,
   Roger Man - 6 foot 185 lbs Black + Grey hair. 1 Hour after I
was at Fuglees Bar in Cocoa Beach Fl. He came
over to me and told me he was a hit man from North
Jersey. Bayone - He told me he killed a man years
ago for Nickademo Scarfor. He told me this was a warning
to me. To keep my mouth shut about the Mob. He than
threatened 2 older Ladies around 55 to 60 years old from
Tiffany DeRienzo church. My Landlord at 120 Valencia Rd
in Rockledge FL 32955. I had been talking to these two
Ladies for a while about church and Devorce, I had to
walk then out of the Bar because this man was threatening them,
This man had been talking to the manager of Cheaters -
strip bar earlier before coming over to me and the 2 Ladies
I have never gone to Cheaters strip bar before. The one
Female Italian bartender was wearing a thong over top of
her Jeans. The manager from Cheaters had given them a
Female Bartenders a thong each. The thing that bothers me
is that Joey Morlino - Crime boss was investigated
for hiring someone to kill a man in North Jersey in the
mid 90's, Also, I was in FT. Lauderdale Florida at
the Oasis Pub. - I was there an Hour Listening to
a band on a Tuesday night, The guitar player made
a phone call. 1/2 An hour Later in walked Justin -
From Bayone North Jersey. He came over to the a  another man
Few minutes Later and threatened me. He said He knew
of me. A man from Triple A auto was there.



Also Rob Pace cousin still has friends on Philly Pg. 2
Police Force who used to give out addresses so
these gang members would Extort, steal and beat people up.
for beating up + terrorizing Philly drug dealers.
I was there years ago when Robert Pace told this story.
The next man Robert Pace was with was in an
A small orange car Delaware plates 502325. This
man had followed me in Delaware several times in the
last 2 years at a strip club called Hak's in Wilmington
in Delaware. He is a young mid 20's black male about 5'7 - 150lbs
The next man Robert Pace was with drove a Red Hummer
Delaware Plate 303084 he followed me in Delaware
the night before on Saturday 16th of September, 06

These men are out to steal my civil rights and to
spread rumors for Rob Lauff + Cheryl Brett.
They are out to terrorize me and to scare me away.
For I hold the key to Rob Lauff, Cheryl Brett
and Robert Pace past crimes. Social Security Fraud, Ins
Robert Pace in his devorce with his wife Lori Pace.
Robert killed her pet bird. He proceeded to serve her
this bird for dinner. The poor woman ate the bird
unexpectedly, Robert Pace had tricked her into this.
He had terrorized Lori Pace several different times.
I was there when Robert Pace told this story to Rob Lauff.
                    Thank you   Frank Brett  9/20/06

I did not
know of
the time
of
Fraud.

Pg 145 of 168

Kris Martier's - Brother n cousin/
Matthew Martier     (610)565-6312
15 East Front Street Media
I worked for Kris Martier in November
03, We painted a Nuns home in Broomall.
Than she fired me when I talked about Police abuce.
Collins + Company PC  -(610)566-4768
128 E. State Street Media
→ Accountant - Bill Schewen
recommended ! + Chip Machrides!

Pg 151 of 168

Bill Ferrow (painter) Painting V/ll
(Black Contractor) white Contractor
Kris Martier -     Pg 150 of 168

Ray Amy - 1/13/05 - Ray Amy
Threatened me, State Police overhe
They were bugging the home.
Kevin - From Kevins Bar RT 202
Chadds Ford   12/16/03
He tried to sell me stolen stereo
+ video equipment ! He had a
white rented van full of equipment
I refused to by anything from him.

Pg152 of 168

4/20/07 - 2:15 PM

Chester County Bar Association (610)429-15(
        Lawyer Referral          (610) 692-18;

        I spoke with Gayna - I asked her
if she could give me all the referrals that
I had called about. She told me Jana
is the Administrator and she handles all
Referrals -
        I called Jana and Left a message at 2:3(
She did not return my phone call
        4/23/07 - All These attorney's were
2005 - Cover Up Attorney's
Edith Chew   - 2/7/05 - Family Reco

-- Joe Capuzol  2/2/05  Family Law

William Butler  1/31/05  Family Law

Dan Wolpert  1/31/05 - Civil Rights

Mitchel Crane  1/27 05  Family Law

John Johnston  1/27/05  Civil Rights

( ? Lucas Nordlni )

2005                                          1∕8 153 of 163

Pa.

Montgomery County Bar Assc (6∕8∕275-52

Montgomery Referral - Service  (610) 279-966

$40.00  1∕2 hour                    (610) 275-54

4 ∕23∕07 - 11:30pm -

He called me back — He did not Leave

Frankt — Lawyer Referral Service -

⸢  All these attorneys were Coverup Attorney

⸤ John              2:20pm

[ I asked him for a list of ]

Notify them Referral

2004 - Par McCartney! 9∕22∕04
              -Devorce

2004  John Krantz      9∕21∕04 - ?
          ✓ Civil RIGHTS - Devorce

2004  [ Craig Fox ]  9∕20∕04
        Legal Mal Practice

2004    Terry Blum    9∕9∕04
        Contract + Consumer Protection

Pg 154 of 168

Delaware County Bar Assoc, (610) 566-6625
Delaware County Lawyer Ref

4/33/07 - 11:40
Judy - She said Deleted the files!
Nothing in her files or Computer or paperwork
of any Lawyer Referrals to me.
Joe Mc Intosh, He participates Judy Told
me. Chip Machrides he participates Judy Told me.
Bill Schewin he's not in the system.
~~~~~~~~~ She would not Give out List of
Cover Up Attorneys.

He did nothing:
#132,000

Pg 155 of 168

# Memo

**To:** Bill Shehwen
**From:** Chip
**Date:** 4/16/04
**Subject:** Frank Brett

I met with Frank on 4/16/04 at 3:45. He brought in a plot plan and various documents involving variances that were granted - He obtained these from Middletown Township.

Apparently it was known and mentioned in these documents that the deed description was wrong (was a deed of correction ever recorded)

Variances were obtained for grand fathered structures (possibility that they could be rebuilt on existing foundations.)

Frank mentioned several times that he spoke to Houtman & Clark and Jos Clark made the mistake way back when.

William Pietrangelo
At fault: Title Company, Seller (estate-executor), Wilson Auction, Surveyor

Locust Creek Tavern -

~~[illegible]~~ - Turnstone Mortgage, 403 A. Gordon Dr. Exton, PA. 19341
Devon Meyer, Maura Calahan, Ron Beebe

#1. William Pietrangelo - 30 East Second Street, Media PA. 19063 - (610) 565-0600 - 317 - 060
#2. Wilson Auctioneers - 344 - Valley brook Dr. Chester Heights PA. 19
Rob Borgstrum - Valerie (Secretary)
-#3. Surveyor - Rob Wilson, Ross ~~Houtman~~ +(Clark) - Media PA.
#4. Title Co. - Misty Bull - 270 North Sherman Street, Wilkes Barre, PA. 18702 3/17
One Turn Closing Services LLC

On Thursday, 10/23/2003, I first read a printout from Wilson's Auctioneers announcing the sale of 607 N. Middletown Road. It posted "1.6 Acres".

On the day of the auction, Saturday, 10/25/2003, Wilson's Auctioneers announced that the property was situated on 1.6 acres. He pointed to the boundaries being the street and to the left side, lined with Dogwood trees, to the right side, lined with the stone wall of an old greenhouse and the rear of the property being lined by trees across the back (vague description).

Borgstram (cs)

After we won the bid, Rob said "you just got a free home", when I asked what he meant, he said "all you need is to keep the existing home on .6 acres and build a new home on the remaining 1 acre". The lawyer, Mr. Piatriangelo was present and agreed.

Rob said he spoke with someone from the township and I was led to believe that we could keep the .6 and build on the remaining acre. Which was our intention when we bid on the home. To build and sell off 1 acre.

Township tax bill and County tax bill both state 1.6 acres.

We did not receive a **copy** of the appraisal until after settlement. It was mailed and received in late December.

Frank Brett contacted the township to discuss subdivision in early March. This is when we first heard "1.3 acres."

Title Insurance company mailed Deed, post marked 3/23/2004. This document shows 1.3 acres.

X Clgg Brett          Date: 4/5/04

Frank Brett                 Attempts on my Life!   19 B lot 168

They pulled over after a few miles. So did I. The 2 young men got out of the Black Truck - (Georgia Plates), I slowly backed up my car. They were yelling at me "were going to kill you," I was in no way getting out of the car. They jumped back into the Truck and took off again. I gave chase. We went a few miles and they turned into a shopping center. It was around 2 AM. They drove behind a bank. They were there for a few minutes. I was waiting at the Exit of the shopping center. They were changing drivers. Then they sped off and drove right at me. I could see the new driver. I thought they might shoot me, they were yelling obscenities as they passed. I gave chase. We went a few miles and than they chased me a few miles. Than they turned around again. I gave chase and didn't want to lose them because I was in an accident 2 weeks earlier. They turned into the (NSB) Naval Submarine Base, Kings Bay, Georgia 31547, I drove passed the M.P. Post and turned the corner and the Georgia State Police had them out of the Truck. A Georgia DUI Checkpoint in the Base that night. A Georgia State Trooper had the 2 young marines out of the truck. Another Trooper approached me and I told him I had called 911 about an hour ago. I told him about a hit and run accident in Florida near the last exit. The trooper said he would check into it. I told the Georgia State Troopers what had happened. Than I had to tell the whole story again to M.W. Wasuck - Naval Police Kings Bay Georgia what happened. I was there for around 3 hours than I had to drive to Florida State Troopers. I had to fill out an accident report there too because that is where the accident occured. The Georgia State Trooper - 2 white guys showed me the weapons the police had found behind the seat. They told me I was very lucky that the 2 marines didn't use their billy clubs on me. (2 old fashioned Billy Clubs, solid wood about a foot long or so") I agreed with the Georgia Troopers. They told me the 2 marines were both going to be charged with DUI, Leaving the scene of an accident, Hit and Run, Terroristic threats, Concealed weapons, crossing state lines with intent to cause bodily harm. I filled out the Police report with the Florida State Troopers outside of Jacksonville. I was there for an hour and a half telling a black trooper the story.

Kings Bay Police — officer M.W. Wasuck case#0349173oo445

7/24/03 - I was heading home to Pennsylvania to get back from Separation with my wife Cheryl Brett, I had rented a car from (RTI) Enterprise Car rental in Pompano Beach Florida, Only 3 people new I was heading home, Cheryl Brett, Ken Brett and the door man Louis Guadalope, (From Christ Church — Methodist Church) who had been secretely in touch with Cheryl Brett through Kentworth Christ Church and Peter Sereno - (Park Avenue Travel an old Friend of Robert Lawyer Sr. I was told by my brother Ken Brett that the State Police were tracking the car. A few nights before Cheryl Brett and I talked about the Pannachio Brothers, their Attorneys (Charles Peruto Jr. - Mafia Lawyers who had represented alot of gangsters and Gary Heidnick the Serial Killers,) I talked to Cheryl Brett about the Pannachio Brothers involvement with several counts of Insurance Fraud, Stealing Cars and each others trucks, Had Kickback payoffs to Cassacio Associates of I Lawrence Rd. Havertown Pa. Paying off a Banker in Chester - Section 8 housing Authority, Having their Hud projects broken into by their employees Jim and his black friends from Chester. Perry Pannachio being a bookly and an extortionist Their involvement in many other criminal activities such as Fencing Stolen merchandise out of their Yeadon Laundrymat and their selling of Marijuana out of the back of the Laundrymat, Cheryl Brett hud Lied to men she was involved with them since 1999 thanksgiving weekend, Joe Sullivan and Al Pannachio told Kim Santee (Cheryl's best Friend) I was having an affair with a Stripper, This was a complete Lie.

I was driving North on I 95 around 2:00 - 3:00 AM, I was going to spend the night at the Last exit in Florida on an Island, I was tired and I missed the exit, Suddenly a truck appeared in my rear view mirror it was coming up fast, I veared to the Left at the Last minute, I was going 70 mph, when the Black Dodge Dakota pickup truck hit me in the right near of the car, We both pulled over to the side of the road on I 95, The Black truck was in front of me, The driver got out of the truck, than he jumped back into the truck and speed off Fast, I gave chase, I called 911 and I was half way into the Story with the Police and my cell phone died, They got off the 1st Exit in Georgia and whent down a very dark Rd.

3/28/07 - I went to the Orena Bar in Orlando, around 8 o'clock, I was watching the basketball game. It was the same bartender from the 1st Time I had been there. He knew the Latin guy who worked for a telecommunication Company in Jacksonville, He goes to the Orena Bar a few times a week the told me. He had 1 son who he taught karate. He knew who I was and told me never to get into anyone's car, He told me that's how the Mafia kills people. "I agreed." that Monday was 11/13/06. Around 9 o'clock on 3/28/07 Joe Brown and Mike (from Chalfont) and his engineer from Syntec Corp, came into the bar. They sat next to me, They knew the bartender and were from South Philly. I talked to Joe Brown about the Bush administration and the Patriot Act. How, they (the Government) since 9/1/1 have been Listening to Domestic phone calls, "Joe Brown and his engineer Mike agreed with me, "Mike said they have a room where the NSA (National Security people come and go." Only the Big Boss has the Key to this room, Joe Brown told me He was working at the Convention Center in Orlando this week. He told me he works mainly at the convention center in Philadelphia. I asked him if he knew Frank Zephia. He said yes. That is my ex wife's friends, Then They left around 11:20 Pm, Stealth telecommunication carrier was also there. I talked with some of the people briefly. There were also friends of Byron Houseworth from Missouri who were there. (Female drives a white honda accord.) Around 11:30 pm a man comes and sits down right next to me, He had a marine haircut and said he was from Georgia. He said to me that he killed a guy 20 years ago. He just got out of prison

161 - A
of
169

Lawyer Interfered with in Florida: By FBI and State Police + Broward Sheriff Department of Corrections.

#1. Oscar Syger - 1st Amendment Violations, I wanted him to Sue Bud Berman, Officer Ken Brett Said he screwed me over. Ken Laughed and Said theres nothing I can do about it, Jewish Federation is Pissed off Because of Brendan Brett, Don Wall Sue Wall, John Carrall and a lot of attorneys messing with Berman I did not know until 12/05.

#2 Harry Geissinger III - Told him about 16 U.S. Customs Agents harrassing me, Ruining my Financial Business, Real Estate Business, with my (Mafia Mothers Boyfriend. Frankie Di Pasqualie.

#3. Tom Austin - Told him about 1st Amendment Violations - Real Estate Transactions He had people on Parole threaten me at T.G.I Hut Bar (Days Inn Ft, Lauderdale FL.)

#4. Don Aaronson - 1st Amendment Violations by FBI Agent - Blonde Small 5'9, Muscular, Ken After I talked with him about Telecommunications Violations, Illegal Wiretaps, U.S Customs Agents, invading Banking, Real Estate Business, Trying to Steal Civil Rights, FBI Agent outside His door.

A  #5. Lea Mayersohn - She had FBI Agent - (Italian outside her door recording our Conversation without my Knowledge,) I Later Found out his Identity after my neighbor had his Boat Engine Stolen. I went out to dinner with Tony (He was on Parole) 2 FBI Agents came to Ft, Lauderdale Ale house, Sat behind me, I Told Tony the Boat engine was Stolen 3rd week of August, 1 week Before I got there by Steve Howard + DeeDee a black guy from United Methodist Church. Lea Mayersohns Paralegal goes to the Same Church, No arrest were made. 1st Amendment Violation - Illegal wiretapp by FBI agent and client relationship with attorney. I Told Lea Mayersohn I had been Threatened by Steve Howard and His drug friends from Spazios Bar. They were bringing in Kilos of Cocaine and Marijuana, From Tu Papa in California - Spazios Bar. Althea + Carmen and Chris, Steve Howard were selling the drugs in Elbow Room, Spazios Bar Blondies on the Beach in Ft, Lauderdale FL.

#6. John Kennedy - Told him about Civil Rights Violations by Police Real Estate Transactions, Joanna Roland + Ron bugging her rental Property.

07/10/ 07 168

Jewish [ ] Italian Lawers — Interfered with by FBI, State Police, CIA, DEA,
Stuart [ ] Lauderdale Lower Merion, U.S. Customs, Local Police Media, Havertown, Springfield, Upper Darby

#1. Frank Pietrangelo — Lady ? Red Head daughter Schmidts - He was buddies
with them. Estate Attorney - Wilson Auctioneers. Sent his daughter to End my marriage

#2. Vincent Mancini — Schmidts - (Next Door) State police
spies, · Steve Kapshi — Tony Longo, Chris Carasire - Pannachio Bothe Nick
Master ? Kurdol? - They ruined Law Suit against Wilson Auctioneers. wit Bud Berme
Urso #3. Vincent Carasella - [ Stephen Devine - Dan Armstrong.
Tony + Cath Suoozie — (Seminole County Courthouse) Charles Peruto Jr, + Sr, - He
bugged office of Dennis Muir - My Life went hardship + harrass ment after these happ

#4. Greg Lamonaca — Alpannachio's Lawyer. (Lawyer client Breach)
Larry Walsh - Lawyer / Plumadira — (Code of Ethics Destroyed, Kristi Sam
I told him about her. She had Mafia Contacts out of Detroit, Michigan. GM Vice President.

#5 Lucas Nordini — He was the Last Lawyer I hired (He spoke with Jim
(Berner) Had his partner Show up in Court for Real estate buy out. His partner Knows Joe Sull

#15. Joe Capazzoli — I was in his office for 1/2 an hour - He called me. Chester County
He Just used me recorded me, Told him about the MOB + Joe Sullivan, Pannochio Brothers.

#6. Tom Musi — Lawyer who went to See Brendan Brett
— Wilson Auctioneers (He represented Wilson Auctioneers Conflict of Interest)
He went to See them write After Brendan Brett

Judge John #7 [OP] Frank Catania - Hugh Bracken, Wenke, Sheridan, All in with Paul
DAL, and Brendan Brett and Beth Lure, Don't Sue Wall - all Attorneys
Hillison, Sullivan Sr.

#8. ████████ — Bill Schein, Bill MacInides, Bill Haburchak
3rd Attorney Hyndae - Interfered with by John Carral, I went to Lunch with them
when I told him not to.

— #9. Margaret O'Connor — Hyndae — 1st Attorney, Mrs Brett + Richard
Sue Gertz, Melvin Shaw Interfered with her (Nancy Sailer)

Sue #10. Bernard Berman — Hyndae — 2nd Attorney — (Officer Ken Brett, Frank
Wilson McMenimum) Carral Yudis, Mrs Brett Interfered with him (Betrayed his ethics,)
Auctioneers

#11. Greg Mallon — 2nd Attorney — Mom + Melvin Shaw - After I got arrested.
(He did not help) - Richard Sprague he recommended did not help. (Jewish Attorney) — Carral
Jewish Inter

#12. Dennis Muir - (Jewish) — ● Jim Smith, Anne O'Reily interfered with him
Told him about Ed hood Walwa Corp. Good friends of Paul Linden and John Collins, and Painter Bill Ferro

#13. Michael Sweeney — 200 N. Jackson St, Media - (610) 892-7500 (Charlie
Brett's Friend) I Never called him - Bohdan Zelachewsky referral -

Parole Officer — Frank (Delaware County Corrections). He sent people to
my home to destroy my home, Plumber Ray Army, Brian Grimsly.

#14. Vincent Iannello Jr. ± 327 W. Front St, Media (610) 565-4833 I told him
Civil Rights Violation Recommended by — (John Gray) (- Slandered - (septa)

and moved to Orlando. He called me a Paranoid Schitzophrenic
and said I will be Bubba's Bitch Someday in Prison.
He told me they will probably kill me there, I got up and
walked away from this man. He was around 50 years old, I taken
He goes to the Baptist Church in Georgia he said. He Lied.
He is about 5'10 tall about 180 lbs wheres glasses. I think He  Vince Carano
knows Robert Broadnax and Stephe Devine, Armstrong,
and Dennis Mulr. As I was leaving I saw a
Latin man who looked Like Albro Roa Sanches. He was terrorizing
me and my wife with his friends in 2002 and 2003. This Latin
man made a gun sign with his hand and aimed it at me,
I went to my truck and called the Broward Sheriff,
(Corporal Edward F Kelley) a Latin woman police officer and A Black
sheriff showed up. I explained to the Latin sheriff and
the Black Sheriff that Albro Sanches had threatened me and my
wife several times. I explained to these 2 officers that
the man from Georgia had threatened me. He knew the Manager
of the bar, Corporal Kelley came out of the bar with the
bartender, I told him that's one of them. Corporal Kelley Laughed
and told the bartender to Leave. He than said to me "If I
said one word he was going to arrest me." I just Left
the Bar The Police were covering up for who threatened me and
Committed crimes against me with their cell phones turned on.
I told the Latin and Nice Black Broward Sheriff that
Albro Roa Sanches came to my Apt at McKinley Corp.
and Properties on Tuesday 4/16/07. He came with another
Latin man, they Knocked on my door around 10:30 at night and
Threatened to kill me. The Police did nothing.

## Clergy Abuce!

**MayFlower - May 28th 1999** | ← Sent wrong Size truck | MayFlower 7/1/07
Pearl Kluth - Francis O'Brien - Evans Family | Broke Furniture | Jeff Horton
Kevin O'Brien

**Centerfolds Bar 12/25/99** | ← Conspiracy To Destroy Marriage | © Enter Folds Bar 7/4/07
Joe Sullivan - Sullivan Family - Mark Tarsdale | Cell Phone E communication | Dead Dog Bar (I had 1 Beer roast beef Sand)
Shelly - Joe Sullivan Donna Sullivan | Fraud, (1934-1996) | Than I went back to Hotel in
Burnaby's Bar - Joe Sullivan Free tickets | | Myrtle Beach, South Carolina,
| | I had never been to SC. Centerfolds

**Raymond Dodge** - Now David Dodge of | ← Harrasment | **Yardley-Massey Dodge**
Chadsford, Pa. 7/31/00 | 4 Hours to by truck | 7/3/06
Joe Sullivan & Pannachio Brothers. | Bait & Switch Attempt | Recorded By Thor, Everson, Scotland
Tom Seltzer + Ed Delonga. | Insurance Fraud Tom Seltzer | + Massey, Followed me to Sleep In in
| + Ed Delonga with Pannachio | Newark, Delaware. 11/06 Massey,
| brothers, |

**Travelers Insurance** - 1st Time | ← Bait + Switch | **2nd Time Travelors Insurance 11**
Rita + Boss - they told Family Dodge | Billing Errors | Made mistakes in Billing. Kept making
my situation — Family Dodge put a fire Iron | Pulled Money out | those mistakes, Bait & Switch, Tell me
in my engine. | Wachovia Bank Account | 1 price gave me another.
| When I was no Longer |
| a Client, In touch with |
| Kathy From State Form |
| Rights to Privacy |
| invaded. |

**GreG Mallon** - 2nd Attorney I had | ← Religious Payback | **David Mallen 6/23/07**
Pennsylvania - recommended by Nancy Brett + | Baptist Religion | Orlando - I was given his card by
Melvin Shaw - He gave me Jewish slander | Both Attorneys | Stephnie Bingham, The Last time I saw
attorneys name - Rachel + Tom Sprague (Trios | Helped the Baptist | her, She Said, this was a Baptist
attorney) Daryl ort-B | | pay back For your mother and Uncle Richie
He took my money + did nothing for me, |
I told him some things about my wife, |

12/03 Hyadee Norristown - 3 day write of | ← Bait + Switch | **Wallace Hyndae 6+7+8 of 06**
recission, Ignored | Harrasment - | Mrs. Wallace - Followed me to Post office
Cheryl Brett went to See Katie Boldin the day | Electronic E Mails | I didn't recieve Mail + Some mail was late
the Carvans brought home. | Telecommunications | People Moved next to me + below my Apt From
Hyndae brought Car to Nancy Sullivas home | Act 1934-1999 | Wallace - Some of them Friends harrassment
without me having Insurance or Insurance |
Quote on Car |

**Margaret O'Connor - 7/30/03** | ← Bait + Switch | **Bill Stephener 4/5/04**
Gave me wrong advice. Nancy Brett | 4 Hours Hijacking | Got me Appraisor Tom O'Connor For
interfered to cost me money. On Purpose, | Harrassment | 609 N. Middletown Rd. Possible relation
could of used Fee Dispute with American Express | 1934 Telecommunications | to Margaret O'Connor, He did nothing to help.
because I wanted put down a deposit. | Act, | in Hyndae Lawsuit.
asked Nancy at about 9 o'h more. She Said don't matter.

(c)(2)(A)(B)-(c/I-VII) involving class action Mass dissier, Complex TorT.

Pg 162 of 168   Verizon - 9/7/04   until   9/7/04   Account with Them

4/7/04 - I opened my account with Debra Roberts. Metro Package.

5/21/04 - Mike Rush - employee told me Bill for May never came. Never went through his Dept. Address was messed up.

5/25/04 - AL Moffa - To set up Direct Debit payment with Citizen Bank. Because of Billing Errors on Verizon's behalf. All address still messed up.

6/16/04 - Mrs Schaeffer - Check was returned by Citizen Bank! I had Direct Deposit I Told Her. I also had plenty of money in the Account and I was charged $15.00 penalty. Mrs. Schaeffer Billing Error.

7/12/04 - Check was returned by citizen Bank - charged $15.00 penalty

7/23/04 - Janey - Said 2 checks for payment were returned by Citizen Bank. Not My Fault. I Told her -

7/26/04 - Janey - Said to me to mail out another check. to add the 2 check amounts together.

7/15/04 - Mrs. McDonald - I spoke to - Verizon billed me $1500 for a returned check. I had plenty of money in the bank.

9/3/04 - 1 Check returned to me - Insufficient Funds. I had plenty of Money in the Account.

These employees of Verizon and Citizens Bank with whom Mike Rush has an attorney Friend Named Karen Rush and Dee O'Brien who Cheryl Brett had known since 1989. I claim that These Employees of Verizon have broken the 47 U.S.C. # 605 and were deliberately making mistakes on my Accounts with Employees From Citizens Bank. These actions by these employees cost me a Thousand dollars in my Time plus attorney fees to Bill Sheuben, Chip Machwulus, Joe McIntosh, and Dennis Muir, Lucas Nordin.

That these employees violated the telecommunications Act, Section 222, 1934 Amended 1996.

Domestic calls from venizon were interfered with, and monitored and DataMined from 4/7/04 until 9/7/04

Domestic calls from Cingular wireless were interfered with, and monitored + DataMine from 9/1/01 until 6/1/07

Domestic calls from Bell South were monitored from 5/1/06 until 6/1/06 + Data Mined and interfered with. Seth Russell was Bell South employee who messed with my billing and monitord my phone calls. Also a Mrs. Williams. from Stuart Florida Bell South who on 5/1/06 set up this Bell South account. She demanded my cellphone number or she was not going to set up the Account, Mrs Williams is a Black Lady. On 5/4/06 I called a Mrs. Joseph ID# (YTH-BMAM) I told her I wanted to speak with Mrs Williams from Stuart. Mrs Joseph said there was no such person and then for no reason at all transfered me to a Mrs. Shannon in Kentucky. I asked Mrs Shannon I need the informati on an employee named Mrs. Williams from Stuart Florida. Mrs Shannon said Mrs. Williams Does not exist. Mrs. Shannon Transfers me without my permission to a Catholic church in Kentucky. A father Tom Sullivan, Mrs. Williams refused to give me her I.D. Number, when I asked for it. I had trouble with my billing from Bell South ever since that day until 8/5/07. JoAnna Roland and her Methodist Church and her son bugged the home. Had the in of riends breatt into Residence in which I rented from her. !

Bell South gave information to Florida Power + Light - I had trouble with my billing, Bill was sent out on 5/10/06. I never received it and I told Supervisor Mrs. Rogers ID# (547) And she transfered me to Montita for no reason ID# (85109) and she transfered me to a Nita ID# (3335), United States Post office Stuart, Florida held all my bills for 13 Days. This was because Mrs. Wallace (from Wallace Hyndae) and Joanna Roland and their Pastor for the Methodist Church in Stuart Florida were directly responsible.

Same thing happened to water Bill, my Banking from Wachovia Bank, Cit Bank, Sovereign Bank, Bank ATLantic, Bank of America, Joanna Roland and Father Tom Sullivan had spotten. Tom Anger + Cathy Anger and Charles + Beth tildea both from Monsignior Bonner in UpperDarby who were

all involved, While I Lived in Stuart, Florida my truck was Vandalized and scooter was Vandalized and my apartment was broken into 2 times in 1 month in Stuart, FL, So I moved after a few threats from Tharrassment from Joanna Roland, JoAnna Roland and Methodist Church t Tom Sullivan all were involved in Telecommunication Fraud, Act 222, 1934 amended 1996 The Service from Bell South was terrible. I kept getting put on hold and transferred without my permission, I kept getting Bell South recordings. Example outgoing call on 5/12/06 – 3:40pm I called Joanna Roland (Bell South message said that a 1 plus are code not needed,) I didn't dial a 1 for A Local Call, 3:42 pm on 5/12/06 – I called Joanna Roland, Bell South message said 1 plus area code is needed, this happened to me at least 6 times in May of 06, This is a Brain washing technique used by the CIA, NSA and FBI.

THERE IS NO CHARGE FOR

my VISIT TODAY. TECH 417 m.Thf

BELLSOUTH

SETH RUSSELL
5/4/06

ID - 319M
New Jersey - License Plate

Dec 26-2005
Pg 166 of 168

To whom it may concern
On aug 28.2005 around
2 am. Frank came to
my house Bloody & Beaten
up, Brused, I was a
neighbor of his so we
took him in and cleaned
him up. He seemed very out
of sorts because of seeing
Bettering. I called his
Brother to come and
Check on him when he
left my house and went
home. He was hit by a
Black SUV. Mr. Cole Young
My Neighbor was Frank Brett

FRANK WAS IN MY PARKING LOT AFTER A BAR
FIGHT AT OASIS CLUB POMPANO BEACH.

HE WAS ASKING FOR SOMEONE TO CALL LOCAL POLICE.

I APPROACHED BARTENDER "MIKE"?? ABOUT LETTING
FIGHT SPILL INTO STREET AND MY PARKING LOT. DURING
A MONTHLY EVENT I HOLD AT MY SPACE AND OUTSIDE
HE SAID A GIRL IN THE BAR HAD BEEN PUNCHED
IN THE FACE AND HE WAS PULLED INTO FIGHT
DEFENDING HER.

BARTENDER SAID THEY TOOK CARE OF IT AND DIDN'T
CARE ONE WAY OR ANOTHER. WAS ALSO UNCONCERNED
ABOUT LOCAL BUSINESS OR IMPRESSION.

Michael
Colangelo.

Uncommon Gallery

7/20/06.

The other bartender — Female was an ex stripper at Cheetah [someplace]
The girl who got punched in the face was a stripper at Cheetah Pompano + Hallandale
Her boyfriend was an EMT in West Palm Beach! The boyfriend's friend was
Rene + Todd Edward Caster,

# UNCOMMON Stock
### Fine Art & Images by InkSpot Designs

Name:
**Michael D. Colanero**

Birth:
**January 03, 1967** (capricorn)

Businesses:
**InkSpot Designs - "Digital Illustration & Magic"**
**UNCOMMON Stock**



Now a nationally recognized artist/illustrator/designer, *Michael D. Colanero* started his artistic career at the age of 3 sketching and doodling on napkins and the back of place mats in his father's restaurants.

Gradually progressing through crayons, markers, pastels, paints, airbrush and a few others his enlightening exposure to computer graphics showed a potential in which the limits and rigidity of traditional mediums could be broken. In 1988, deciding to pursue it professionally, he became a freelance Quantel Paintbox artist for video production.

Finding the extremely flexible yet very precise medium attractive and creatively liberating, he also dove into high-end desktop computer graphics and publishing with Apple's introduction of the first color Macintosh. Melding his passions and hobbies to his career and learning as the new medium developed, he emersed himself completely. His resulting capabilities now cover a wide range. A partial listing would read: illustration, design, photography, animation, web/interactive and 3D modeling/rendering as well as many other techniques and aspects' of digital production for print, video or on screen viewing.

Following the example of his father's independence and work ethic he started his own business, a one-man agency in the form of a studio called InkSpot Designs – "Digital Illustration & Magic". A continuously growing venture, InkSpot Designs is now currently boasting over 20 awards on both local and district levels, as well as being twice Nationally Published.

This continual expansion has now spawned **UNCOMMON Stock**, a collection of high quality open and limited edition fine art prints and other reproductions of his illustrations, photography and digital creations. Escaping the "decision by committee" process required in a client relationship, and revealing through his imagination and creative explorations new facets of visual richness and beauty. These images present a diversity of subject matter and themes and are available in a number of sizes and configurations.

With the curiosity of youth and the critically keen eye of a perfectionist his work is an extension of his life – reflecting his unique experiences and perspectives to the viewer. Exploring various aspects of the world around us all that often go overlooked – inspiring us to pause and appreciate both the intricate details as well as the beauty of simplicity. Working in a variety of styles he is always looking for opportunities which utilize, enhance and challenge his education, skills and talents.



(954) 336-4305

www.uncommonstock.net

[954] 946-2693 voice    [954] 946-2667 fax/data

December 2003 —
Cheryl Brett Glen Mills Apt.

Pg 168
of 168
1 A

On December 24th 2003 I woke up to a Phone call at Cheryl Brett's apartment at Glenn Mills Pa 9:AM. It was officer John Collins who said he was in the neighborhood with Mr Linden (officer Collins Father in Law.) and would be over around 11" oclock to drop off a crockpot which he said he had borrowed from Chery I left the home around 10:AM and was on my way to th granite run Mall when I noticed Mr Linden and officer John Collins following me into the mall parking Lot. Mr Linden wa driving his car. I proceeded into the Mall. They kept drivin around and Than They Left at 10:10AM, I was in the Mall all day. Around _____ I saw Pat Collins with Joe Sullivan. This was a 1st because they never went shopping togeth ever before. They parted ways. I watched from a distance for few minutes to see that Pat Collins had Left. Than Joe Sull. approached me, he said hello, he said that he had just been i the neighborhood shopping when he saw my truck in the parting Lot. I Laughed and said "Out of the 10,000 cars in the parking Lot you saw my truck. Than I asked Joe "Are you here shopping all alone, He said Yes he was" This was a second Lie I saw him with Pat Collins. He said that he wanted to have a drink with me I said OK It was around 3 "o'clock and I had finished Christmas Shopping. Joe Sullivan had no gifts at all. While we were drinting Joe said how sorry he was that this had happen to me. He said that it was Mitie Smith, Harry Shreffenn

This page

This was taken out of Cheryl's
Personal Address Book 3/04 !
This Shows that Cheryl + Brendan
Brett were in touch with my Lawyer
Hugh Bracken! Cheryl Lied at Least
10 Times to me about this.
Brendan Brett had Broken the Law!
I Told him not to Contact my Attorney
because he took my wife's side after
my arrest. He always said growing up! At cardgames!
That the wife was always right, no
matter what!

Brendens Friend
Lawyer (Brendens Referal)
Hugh Brackin
610-565-4776
Ken As of 2002   12/16/02
2500 NE 48th Lane

Pg 168
of
168 3C

January 2004
Cheryl Brett — Ray Amy — PA-State Polk
Lima Barracks,

Mother, Brother and Sister had ever done. The family secrets
to which the Sullivans, O'Briens and Lyonses used against me over the
years. So I did not speak to him. Joe Sullivan told me how
Perry Pannachio was hanging out with Janice D'Ambrosia — son
at Duffers Pub in Edgemont    PA, In December 03.
It was Janice Di Ambrosia who Cheryl Brett was renting her
apartment from. It was Janice D'Ambrosia and Mary Cerbo
and plummer who Bill Mason who bugged the house from
10/11/03 until 1/7/04 when I Left Cheryl Brett because
the house was bugged. The house was bugged at 607 N. Middle
Rd. by Ray Amy a friend of Tom wigging who worked for
Gillespie + Richie Plumbing. I had asked Bud Berman
in 1/8/03 if Ray Amy was an undercover Cop or if he
was a Confidential Informant for PA State Police Lima Bar
I saw Ray Amy Leaving my house on 1/11/04 while my wife Cheryl
Brett who had come over around 1 o'clock in the afternoon without a
call. Cheryl was trying to distract me by walking with her and
baby Tristan in the back yard. I looked back and Saw Ray Amy
Leaving the home with something that Looked Like a Cell phone.
He had no cell phone. After Cheryl Brett was nice to me for a few
minutes she turned into Evil woman and began to yell at me
for leaving her a second time. I said because she had bugged
the home a second time. I asked her if she came over to
distract me so Ray Amy could remove a listening device
from the home. Cheryl Smiled and got in her car and

Pg/68
08/68

Pg. 4. D

Left. I immediatly went over to Ray Army and asked him to show me what he had put into his car. He said he was done for the day at 1:30pm and had to leave. He would not show me what he had taken out of the home. He all of the sudden got into his car and he said in his contract there was no time limit on how long he had to work each day!" He left. I had written him a check when he 1st showed up around 10:30AM. He said he was going to work here untill 5 "o" clock P Mon Sunday. I know he was recording a listing device in the home.

Pg /68 ——→ Pg. 2. B
or
168

Lyons es g Murphys g

O'Briens, John + Anne O'Reily, Maureen Stewart, and a lot of
their friends who had done this to me and my wife Cheryl,
I told Joe I was told to stay away from him. He said he
would not do anything anymore to harm my family.
He wanted to tell me that they were working on getting
Mike Smith a DUI. I said who. "Joe said, there were a
lot of people involved the Pannachio Brothers their whole Gc
Jim Lyne, the Sullivans, Padano's, a lot of people he said. I said I
Just want to live in peace and Love my wife and son and
I was very happy to be home. Time had run out and we
parted ways. Joe gave me his cell number and I gave him mine.
12/31/03 I met Joe Sullivan for a drink at the West End
Pub in Media. Cheryl Brett said to go out and have some fun.
I met him around 3 o'clock. Joe said, "Perry Pannachio was
looking for me, to have a talk. I played dom. I asked Joe
Why. He said he heard rumors that I had told the police that
Perry Pannachio was responsible for a lot of problems between
me and my wife Cheryl. I denied this. I had told my lawyer
Nancy Sulken, Bud Berman, and Past Lawyer Brendan Brett and Hugh Brackin
and Cheryl, the year before this. I would never tell Joe Sullivan anything
of value anymore. I told Joe everything was going good. Joe,
called Richie Gortz, (My Uncle) to have a drink with us. I told Joe
I realy didn't want to talk to Richie because he had a big mouth
Just Like Joe Sullivan. Richie had told the Sullivan family that (2001)
Their Family golfs outing all and everything that I, my father

1976804168

Exibit #2 - Pg1

I claim that Stephane Bingham Lopada was getting money from John Carral - (Attorney for Sullivan Family) to steal my civil Rights. With Help from 2 Orlando Baptist Churches, Orlando Courthouse, Seminole County Courthouse, Orange County Bar Association with Jewish Federation to which Stephane Bingham Lopada was Calling behind my back. She was seeing a Psychologist 1 time a week. She lied about everything. She had no money, All of the sudden she gets money for a Lawyer and gets batter custody of her children, thanks to me of course. That Mrs. Horrowitz from Delaware County Courthouse Leaked information to Seminole County Courthouse in 12/06 of which Cathy Suoozie & her husband Tony Suoozie a police officer took over. On our 1st Date to Pat O'Briens - Dialing Plano n5 - 12/2/06 Satu at Universal Resort. Citizens Bank employees from One Citizens Drive, Riverside Rhode Island, 02915 showed up. These were the people who forged a Check for my ex. Wife Cheryl Brett, Brought there by Stephie who was in contact with her through Blue Cross. Her girlfriend Lanie Sauers - 908 S, Orlando Ave, 3/07 Winter Park FL, 32789 - A Baptist criminal (Pot Head) who is big in her Church did try Andwlent to Port St Lucie & Met with Cheryl Brett's Frred Michael Carrin and she Police Friend - Mr. Scot Gore of Broward Sheriff Dept. They Invaded my Rights to Privacy. (1st Amendment.) They proceeded to get intouch with Cheryl Brett's girlfriends. Robin Grey, Sue Desimore & Kim Santee. Also Contacted was Joe Sullivan - (Sacvent order of Hybientous,) Bert & Ernie Verrethno of 5 Princeton Rd were also contacted by Stephanie Bingham. Also John & Donny Botz friends of Joe Sullivan. Stephanie Bingham through the Baptist church in Orlando also was intouch with Stephanie Osbowre + My Mother & his Brother. This Black attorney (Steve Balter & Brian Gardnery, Dawson & Romaguea of Suite 900, 111 North Orange Ave, Orlando, Florida. 32 801) was meeting with Stephanie Bingham Lopada once a week behind my back. He was intouch with a Black State Trooper in Delaware who followed me to Delaware University on 4/07. Several times, I could noven get anyhelp from the Black librarian at Delaware State University, Mr. Balter than got intouch with Robert Broadnax of Privat Eyes investigations in Delaware, They were running me through the Baptist Church in Newcastle Delaware, from 1/1/07 until Present Time. Stephie Bingham was also intouch with Bob Griffith a man who is intouch with William toa L - Judge Delaware County Courthouse. Stephie Bingham had her daughter, Nicholei Lapada & Emily Lapada. Friends from Oklahoma follow me to Motel 6 in Elkton Maryland and than to R.J. Waw in Media PA, on 7/8/07 where a young trucker whont into Wawa Just behind me. Than I whent home to 607 N, Middletown Rd, Media Pa. 19063. Stephie Bingham was intouch with Jeff Horton who Bugged my Apt. in 7/07 / until 6/15/0 Stephie intouch with Ms Ashley Burketts too, Civil Rights Violations 1st Amendment,

Pg 168 of 168
Exibit 3 — pg. 1

I claim that the morning I met Stephane Osbourne
on 10/5/06 at the Trailor Park Motel was a set up
by the Deleware State Police and members at the Baptist
Church in Newark, Delaware. They did this to break my
marriage to Cheryl Brett. At 7AM I went to get a soda
and I met Stephane. She told me she was homeless and was
thirsty. So I brought her a soda. That's when I noticed a (Staying
at the Hotel) man in a Red Camaro — 77 AFST - New York association of Troopers
emblem on his Cap. She gave him that Look that you knew they
knew each other. Stephane asked if I could get her something to
eat. So I took her to breakfast. After breakfast went back
to hotel, a Blue Van — GFP-9537 - Tennessee Plate. Man & wife from
Tennessee. They were of India descent. Stephie waved to them.
She said she knew their relatives from Dunkin Doughnuts in
Newark. Stephie went to Florida with me. I took her to Palm Beach and
at the Wachovia Bank, Stephie Osbourne told me her mom banks there.
Then 10/21/06 I took Stephie to her girlfriends home. Later that
night I was pulled over by Deleware State Police Detectives. For
no reason. I did not consent to illegal search of my car rental
for 1 Hour. They said they did not need a warrant, they went
through the car and checked my Luggage. They Let me go but
told me not to go into that neighborhood at night. On Sunday
10/22/06 - Stephie told me she had dated. Mike Basciani Jr.
1036 Glen Willow Rd. Avondale Pa. Years ago. She told me she
heard of the Pannachio brothers while dating him. I told Stephie
that Mike Basciani Jr. had put his employee Albro Roa Sanches
on to my job secretly. I did not know he knew Basciani until
I fired him for messing up jobs on purpose and threatening
me. Albro was Sabataging jobs. I remembered Al Pannachio
calling me from a pay phone to make an estimate on Mike

Exibit#3  Pg. 2

Basciani Jr. Home. Al told me in February 2001 that another painter had messed up the job. I went to the home 3 times for the Pannachio Brothers. Gave them a written estimate. I spent hours there and haggling with Al Pannachio who told me I got the job at 1st, than I didn't get the job. He was wasting my time on purpose. Him and Joe Sullivan played these kind of games. Basciani was a friend of Stephie's husband. She told me that. When I found out that Stephie Osbourne had been Living with a guy named Dwane Quilken at 822 Salem Church Rd. Newark DE, 19702. I Left her Immediately. Stephie wanted to be a stripper at Hati's strip bar in which Dwane Quilken had gone quite alot. She said I have the equipment to be a stripper, I agreed but told her to think of her children. Stephie's ex husband was an Accountant who had friends in the State Police in Delaware and at Damons Bar in Newark were I went 1 Sunday. Mike Basciani Jr. showed up at Damons half hour Later. He was with his wife and her mother. His wife is a blonde. He was called by the manager a balled Italian man around 40 + 50 years old.

Example – Joe Sullivan – Football player Upper Darby PA. He called me to his home in 2001 to make a paint estimate. It was an hour drive for me. When I got there his wife showed me everything he wanted painted the Home + Garage. I noticed Rob McDonald paint sign in the Garage. The home had already been started to being painted. When I called Joe Sullivan for estimate, He told me Rob McDonald his friend from Annunevation Catholic School had got the job. He wasted my time on purpose. That the Pannachio brothers had done this type of harassment to me every year since 1999. Best friends of Joe Sullivan Football player and Joe Sulivan who worked for Lower Merion Twp.

Pg 168 of 169
Exibit # 4 - pg 1

The 1st Time I went to see Bud Berman 12/14/02. I told him the Pannachio Brothers stole each other's Trucks, What they did was to Leave the Keys in the Truck, Go to Chester where Jim (A 40 + 45 years old black Employee of theirs) would have his friend steal the truck and totally crash the truck. Than the Pannachio brothers could claim this on their insurance They usually did this when the mileage was way over on the Leased truck. The one truck was a Toyota Takoma of Perry Pannachio. The other truck, was a Dodge Ram Leased at Raymond Dodge now (David Dodge) in Chaddsford Pa. IT was Leased by Tom Seltzer and Ed Delonga both employees of Raymond Dodge. This was 3 counts of Insurance Fraud by the Pannachio brothers because Nick Pannachio did this 1 time too. I told Bud Berman that every Insurance Claim that was made on their Business + Hud work projects in Chester was fraudulent. These Insurance Fraud Claims started in 12/1989 and Lasted until 2002 too my knowledge. The 1st Time I personally witnessed Fraud (Insurance Claim) I was working a Side Job for Al Pannachio in Chester. I went to touch up paint the morning of the final walk through with Hud Officials and a Banker from Section 8 Housing authority in Chester, PA. I was there with the Hud officials and the Pannachio brothers Nick + Al Pannachio. They had Jim go the night before with his friends and steal kitchen cabinettes off the walls. Steal the 2nd Floor sink and cabinette. Some of the copper pipes in the home were taken. This caused a flood Through out the whole home. The ceilings and floors were ruined. Carpets were ruined. The Pannachio brothers did this because business was slow at the Time. They were creating work for themselves. I saw this again in January 2001 in Chester Pa. I also saw Nick + Al Pannachio hand Cassacia Architects (From 1 Lawrence Rd) in

Pg 168 of 168
Exibit #4 - Pg. 2

Havertown an Envelope full of cash. The 1st time in Chester Pa. 10/1989 and the next time in 12/2000. Jim the Carpenter was a witness to these crimes too. The Pannachio brothers (Nick) broke his jaw the 1st time Jim mentioned this to Joe Sullivan. Joe Sullivan than went and told Nick Pannachio who broke his jaw, The next few times they dead people beat him up bad, They told his Delaware County Parole Officer Frank (Italian man other stories); The Pannachio brothers had set him up every time. Joe Sullivan and his family made him out to be a drunk and a girlfriend beater. This is what Joe Sullivan had told me, He went to his priest Jim+Tom Sullivan and they spread this through the community. Years Later the Sullivan Family and 2 priest did the same things two me and my wife, I told Bud Berman exactly what they were doing, He did nothing to help me, He turned around and told the Pannachio Brothers and the Sullivans everything I had told him. This started happening in 12/03. Bud Berman went throug the accountant to which he recommended me Len Halpern, Soon afterwards the Sullivans Contacted John Coneys a Mortgage Broker, John Coneys + Chris Coneys than became clients of Len Halpern, Everything I told Mr. Berman went through Len Halpern than John + Chris Conys of Havertown to the Pannachio brothers + the Sullivans. I contend that Bud Berman Committed Obstruction of Justice and Fraud, He never did what I had asked him to do.



# BERMAN ASBEL & BERMAN, LLP

20 West Third Street, PO Box 625, Media, PA 19063-2824          *Bernard M. Berman, Esq.*  bmb@BermanLaw.com
Tel: 610.565.9696                                                *Stephen M. Asbel, Esq.*  sma@BermanLaw.com
Fax: 610.565.7083                                                *A. Kyle Berman, Esq.*  akb@BermanLaw.com

January 2, 2003

Frank Brett
2500 N.E. 48th Lane
Apt. 609
Ft Lauderdale, FL 33308-4786

Dear Frank:

Enclosed is a Statement for Professional Services by this firm as of November 30, 2002, and a copy of the Mastercard refund issued in the amount of $5,000.00.

Also enclosed is a copy of the fully executed engagement letter as of December 16, 2002.

Best wishes for a healthy and Happy New Year.

Very truly yours,

Berman Asbel & Berman, LLP

*Bernard M Berman* /dms

By:    Bernard M. Berman, Esquire

BMB:tmd
Enclosures