Brett
vs
Woolley et, al

GMS 06-410-GMS
CA-07-3108

From: Frank Brett.

My New Address as of 9/10/07 is
2200 Bonnevill Dr, Orlando, FL. 32826

Thank You, Frank Brett

CO Scanned
2007 OCT -1 PM 12:51
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. POSTAGE PAID
ORLANDO, FL 32817
SEP 12, 07
AMOUNT
$5.21
00046637-09

19801

CERTIFIED MAIL

7007 1490 0000 5437 4629

Frank Brett
2200 Bonnevill Dr.
Orlando, FL 32826

Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware — 19801-3576