ALD-36                                                October 25, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-3108**

FRANK BRETT

    VS.

ANDRE WOODLEY, ET AL.

    (D. DEL. CIV. NO. 06-CV-00410)

Present:    SLOVITER, FISHER and HARDIMAN, Circuit Judges

    Submitted are:

    (1)    By the Clerk for possible dismissal due to a jurisdictional defect ;

    (2)    Appellee's motion to dismiss appeal;

    (3)    Appellant's motion to stay district court order pending appeal;

    (4)    Appellant's motion for appointment of counsel;

    (5)    Appellant's response to possible dismissal; and

    (6)    Appellant's response to motion to dismiss appeal

    in the above-captioned case.

    Respectfully,

    Clerk

MMW/DNH/zm/par

_____ORDER_____

The foregoing appeal is dismissed for lack of appellate jurisdiction because the order appealed from is not appealable at this time.  In order to be appealable, the order appealed from must end litigation as to all claims and all parties.  See Andrews v. United States, 373 U.S. 334, 340 (1963).  The District Court's order granting Appellees' motions to dismiss is not appealable at this time, as three parties remain in the lawsuit against whom

**ALD-36**  October 25, 2007
**FRANK BRETT**
    VS.
**ANDRE WOODLEY, ET AL.**
C.A. No. **07-3108**
**Page 2**

---

judgment has not yet been entered. To the extent Appellant seeks to appeal the District Court's order denying his motion for the appointment of counsel, he may not do so until an order ending all litigation on the merits is issued. See Smith-Bey v. Petsock, 741 F.2d 22, 26 (3d Cir. 1984). If Appellant wishes to appeal the judgment after his claims against the remaining defendants are resolved, he must file a new notice of appeal. Appellee's motion to dismiss and Appellant's motions to stay and for the appointment of counsel are denied.

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

A True Copy
Marcia M. Waldron, Clerk

Dated: November 13, 2007
par/cc: Mr. F.B.
      D.J.D., Esq.
      T.R.M., Esq.
      D.J.M., Esq.