IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-410 GMS |
| ) | |
| KRISTINE CALALANG, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

At Wilmington this 17TH day of December, 2007,

IT IS ORDERED that plaintiff's motion to stay (D.I. 47) is denied as moot. The plaintiff's motion asks this court to stay a case filed in the Delaware County Court. This court lacks jurisdiction to consider and determine the motion.


Dated: December 17, 2007              /s/ Gregory M. Sleet
                                                                         CHIEF, UNITED STATES DISTRICT JUDGE