IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-410 GMS |
| | ) |
| KRISTINE CALALANG, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on June 28, 2006, Frank Brett ("Brett") filed this *pro se* action, alleging that the defendants violated the following statutes and provisions: 12 U.S.C. § 2601, 15 U.S.C. §§ 1601-1613, 15 U.S.C. § 1639,15 U.S.C. § 1681, 12 C.F.R. § 226.9, 47 U.S.C. § 214, 47 U.S.C. § 222, 47 U.S.C. § 223, 47 U.S.C. § 225, 47 U.S.C. § 332, and 47 U.S.C. § 605;

WHEREAS, four of the defendants filed motions to dismiss the complaint (D.I. 5, 11, 22), which the court granted in a Memorandum and Order, dated June 8, 2007 (D.I. 38);

WHEREAS, on August 10, 2007, Brett filed a Motion for Reconsideration (D.I. 50) of the June 8, 2007 Memorandum and Order;

WHEREAS, a motion for reconsideration should be granted only "sparingly";[1]

WHEREAS, in this district, motions for reconsideration are granted only if it appears that the court has patently misunderstood a party, has made a decision outside the adversarial issues presented by the parties, or has made an error not of reasoning, but of apprehension;[2] and

---

[1] *Tristrata Tech. Inc. v. ICN Pharms., Inc.*, 313 F. Supp. 2d 405, 407 (D. Del. 2004); *Karr v. Castle*, 768 F. Supp. 1087, 1090 (D. Del. 1991).

[2] *See, e.g.*, *Shering Corp. v. Amgen, Inc.*, 25 F. Supp. 2d 293, 295 (D. Del. 1998); *Brambles USA, Inc. v. Blocker*, 735 F. Supp. 1239, 1240 (D. Del. 1990) (citing *Above the Belt, Inc. v. Mel Bonhannan Roofing, Inc.*, 99 F.R.D. 99 (E.D. Va. 1983)); *see also Karr*, 768 F. Supp. at 1090 (citing same).

WHEREAS, the court concludes that none of the three above-cited conditions exist in the present case;

IT IS HEREBY ORDERED that:

1.  The plaintiff's Motion for Reconsideration (D.I. 50) is DENIED.


Dated: December 17, 2007                /s/ Gregory M. Sleet
                                        CHIEF, UNITED STATES DISTRICT JUDGE